AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated, *Plaintiff(s)* <br><br> v. <br><br> RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual, *Defendant(s)* | Civil Action No. ~~4~~ 3:14-cv-04735  EDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RADARIS, LLC
1853 Commonwealth Avenue, Brighton, MA 02135 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
RADARIS AMERICA, INC.
108 West 13th Street, Wilmington, DE 19801 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
EDGAR LOPIN -- 1853 Commonwealth Ave, Brighton, MA 02135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CounselOne, PC
Anthony J. Orshansky
Justin Kachadoorian
9301 Wilshire Blvd., Suite 650, Beverly Hills, California 90210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Richard W. Wieking*

Date:  10/30/2014

*Signature of Clerk or Deputy Clerk*