ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff JOHN HUEBNER and IRMIN LANGTON,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>　　　　　　　Defendants. | Case No. 4:14-cv-04735-EDL<br><br>[Assigned to the Honorable Elizabeth D. Laporte]<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

> CounselOne, P.C., counsel for Plaintiffs and the Putative Class
> Anthony J. Orshansky
> Justin Kachadoorian

DATED: October 31, 2014              Respectfully submitted,

By: */s/ Anthony J. Orshansky*
    Anthony J. Orshansky
    Attorneys for Plaintiffs John Huebner and Irmin
    Langton and the Putative Class