ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE (Civil L.R. 7-11)** |
|---|---|

## I. INTRODUCTION

By this Motion, plaintiffs John Huebner and Irmin Langton (together, "Plaintiffs") respectfully request that the Court continue the Case Management Conference currently scheduled for January 29, 2015 for at least ninety (90) days, and the corresponding date by which to file the Case Management Statement, to allow time to complete service of process and determine whether any defendant will appear to defend the action.

## II. ARGUMENT

It would best serve the interests of judicial efficiency and economy to continue the Case Management Conference in this action. Plaintiffs' Complaint names three defendants: Radaris America, Inc. ("Radaris America"), Radaris, LLC ("Radaris"), and Edgar Lopin ("Lopin") - two related companies and their principal. One defendant (Radaris America) was served with process on November 7, 2014. Its response to the Complaint was due by November 28, 2014. Fed. R. Civ. P. 12(a) (1)(A)(i). It has not responded to the Complaint or otherwise appeared in the action, and has been in default since December 1, 2014. Nor has Radaris America or any counsel for Radaris America communicated with Plaintiffs. At this point, it appears that Radaris America does not intend to defend the action. If no appearance is made, Plaintiffs anticipate moving for Radaris America's default.

Plaintiffs have been attempting service on the other two defendants. Process servers reported that, as of January 16, 2015, they had been unable to effect service of process on either Radaris or Lopin at one of the address identified in the Summons. *See* Declaration of Anthony J. Orshansky (Orshansky Decl.,), Ex. B. The process servers reported that Radaris and Lopin are no longer at the address where service was attempted, and the tenants are unaware of their whereabouts. *Id*. The process servers believe that, based on their research, Radaris may no longer be an active company. *Id*. The process servers also performed a skip trace on Lopin in Massachusetts and did not locate him. *Id*. Plaintiffs intend to make additional attempts to serve defendant Radaris and Lopin at an alternative address. *Id*., ¶ 6. If further service attempts are unsuccessful, Plaintiffs may dismiss Radaris and Lopin from the action. *Id*. Plaintiffs therefore require additional time to attempt service.

1

Because no defendants have appeared (one defendant is in default and two defendants have not been served), no Rule 26(f) conference has occurred.  There is no schedule of pre-trial motion and discovery dates to propose, nor any substantive issues to discuss at the Case Management Conference.  All Plaintiffs can do is report to the Court what is set forth in this Motion.  It therefore would not be a valuable use of the Court's or Plaintiffs' time and resources to conduct the Case Management Conference on January 29, 2015.  No pre-trial schedule has yet been set in this action, nor is it clear that any defendant intends to defend this action, so no prejudice would occur to defendants or to the Court's schedule.  No prior continues have been requested or granted in this action.

### III.    CONCLUSION

Plaintiffs therefore respectfully request that the Court continue the Case Management Conference for at least ninety (90) days, and the corresponding date by which to file the Case Management Statement, to allow:  (1) further attempts to serve process on defendants Radaris, LLC and Edgar Lopin at an alternative address; (2) additional time for defendant Radaris America, Inc. to cure its default and appear in the action; and (3) time to move for a default as to Radaris America, Inc. if it does not appear.

In the alternative, if the Court is inclined to proceed with the Case Management Conference (which likely will involve only Plaintiffs), Plaintiffs respectfully request that their counsel, who are located in Los Angeles, be permitted to appear by telephone.

DATED:    January 20, 2015                         COUNSELONE, PC


                                                    By    */s/ Anthony J. Orshansky*
                                                          Anthony J. Orshansky
                                                          Justin Kachadoorian
                                                          Attorneys for Plaintiffs and the Putative
                                                          Class