ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual, <br><br> Defendants. | Case No. 3:14-cv-04735-VC <br><br> [Assigned to the Honorable Vince Chhabria] <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ANTHONY J. ORSHANSKY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE (Civil L.R. 7-11)** |

**Declaration of Anthony J. Orshansky**

I, Anthony J. Orshansky, declare:

1. I am a competent adult, over the age of eighteen and counsel of record for plaintiffs John Huebner and Irmin Langton ("Plaintiffs") in the above-captioned action. The following is based upon my personal knowledge, and if called as a witness I could and would competently testify thereto.

2. Plaintiffs' Complaint names three defendants: Radaris America, Inc. ("Radaris America"), Radaris, LLC ("Radaris"), and Edgar Lopin ("Lopin").

3. Defendant Radaris America was served with process on November 7, 2014. Attached hereto as Exhibit A is a true and correct copy of the proof of service of process on Radaris America.

4. Radaris America has not responded to the Complaint or otherwise appeared in the action, and has been in default since December 1, 2014. Nor has Radaris America or any counsel for Radaris America communicated with Plaintiffs. If no appearance is made, Plaintiffs anticipate moving for Radaris America's default.

5. Plaintiffs have been attempting service on the other two defendants. Process servers reported that, as of January 16, 2015, they had been unable to effect service of process on either Radaris or Lopin at the address identified in the Summons. Attached hereto as Exhibit B are true and correct copies of the declarations regarding attempted service of process on Radaris and Lopin.

6. Plaintiffs intend to make additional attempts to serve Radaris and Lopin at an alternative address. If further service attempts are unsuccessful, Plaintiffs may dismiss them from the action.

7. No prior continues have been requested or granted in this action.

1

1    I declare under penalty of perjury under the laws of the United States and the State of
2  California that the foregoing is true and correct.
3    Executed January 20, 2015, at Los Angeles, California.

_____/s/ _ *Anthony J. Orshansky* __
Anthony J. Orshansky