# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.   SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945   FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 1301 CLAY ST. #400 SOUTH<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: OAKLAND, CA 94612<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:    TIME:    DIV: UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:    RADARIS, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY C/O EDGAR LOPIN (AGENT)

Address:    BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498

Process is being returned without service for the following reason(s):

NOT SERVED:
Attempts were made to serve this defendant at the address provided in Massachusetts, but apparently, they are no longer at this address. This is a very old, converted house (into offices). This defendant is NOT listed on any directory. There are about 10 business/suites here, but after speaking with a few of them, they do not know of either defendant. We conducted a Search with the Massachusetts Secretary of State and found this same address in Brighton Massachusetts and they show this entity started on 04/13/2011 and was cancelled on 12/12/2013. I also conducted a Skip Trace on Edgar Lopin, in the State of Massachusetts, and found nothing.

Person who served papers:
  a. Name: STEPHEN A. RAHEB
  b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
  c. Telephone number: 8189959771
  d. The fee for service was: $62.50
  e. I am (check all that apply):
    (3) a registered California process server:
      (a) Independent Contractor
      (b) Registration number: 281
      (c) County: VENTURA

Form Adopted for Mandatory Use     **NON SERVICE REPORT**     Code of Civil Procedure, § 417.10
Judicial Council of California

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.  SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945   FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF CALIFORNIA<br>STREE ADDRESS: 1301 CLAY ST. #400 SOUTH<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: OAKLAND, CA 94612<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JANUARY 16, 2015

_____
STEPHEN A. RAHEB   [14-059010]

Form Adopted for Mandatory Use
Judicial Council of California

**NON SERVICE REPORT**

Code of Civil Procedure, § 417.10

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| ANTHONY J. ORSHANSKY, ESQ.    SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945   FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | |
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREE ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:        TIME:        DIV: UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:    EDGAR LOPIN, AN INDIVIDUAL

Address:    BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498

Process is being returned without service for the following reason(s):

NOT SERVED:
Attempts were made to serve this defendant at the address provided in Massachusetts, but apparently, they are no longer at this address. This is a very old, converted house (into offices). This defendant is NOT listed on any directory. There are about 10 business/suites here, but after speaking with a few of them, they do not know of either defendant. We conducted a Search with the Massachusetts Secretary of State and found this same address in Brighton Massachusetts and they show this entity started on 04/13/2011 and was cancelled on 12/12/2013. I also conducted a Skip Trace on Edgar Lopin, in the State of Massachusetts, and found nothing.

Person who served papers:
   a. Name: STEPHEN A. RAHEB
   b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
   c. Telephone number: 8189959771
   d. The fee for service was: $62.50
   e. I am (check all that apply):
      (3) a registered California process server:
         (a) Independent Contractor
         (b) Registration number: 281
         (c) County: VENTURA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Form Adopted for Mandatory Use<br>Judicial Council of California | **NON SERVICE REPORT** | Code of Civil Procedure, § 417.10 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.          SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945    FAX NO.: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREE ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER | Case Number:<br>43:14-CV-04735 EDL |
| DEFENDANT/RESPONDENT: RADARIS, LLC | |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

Date: JANUARY 16, 2015

_____
STEPHEN A. RAHEB    [14-059011]

---