ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>            Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE (Civil L.R. 7-11)** AS MODIFIED |

1 [~~PROPOSED~~] **ORDER** AS MODIFIED

2   The Administrative Motion to Continue the Case Management Conference filed by

3 plaintiffs John Huebner and Irmin Langton ("Plaintiffs") is hereby GRANTED.  The Case

4 Management Conference is continued for 90 days, from January 29, 2015 to ~~April 21,~~ March 31 2015.  The

5 date by which the parties must file the Case Management Statement is continued from January 20,

6 2015 to ~~April 14~~ March 24, 2015.

7   **IT IS SO ORDERED.**

8 DATED: January 21, 2015

  _____
  The Honorable Vince Chhabria
9   Judge of the U.S. District Court