Exhibit A

**Anthony J. Orshansky**

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Tuesday, February 24, 2015 11:08 AM |
| **To:** | Justin Kachadoorian; Anthony J. Orshansky |
| **Cc:** | Val Gurvits; Evan Fray-Witzer |
| **Subject:** | RE: Huebner v Radaris et al, N.D. Cal Docket No. 3:14-cv-04735-VC |

Thank you Justin, we will let you know as soon as we can.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

---------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Friday, February 20, 2015 6:01 PM
**To:** Matthew Shayefar; Anthony J. Orshansky
**Cc:** Val Gurvits; Evan Fray-Witzer
**Subject:** RE: Huebner v Radaris et al, N.D. Cal Docket No. 3:14-cv-04735-VC
**Importance:** High

Matthew,

We need to know if you are going to represent any of the defendants prior to 3/24, the date our 26(f) report is due. As you may know, the scheduling conference is on 3/31.

Regards,

Justin

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Wednesday, February 18, 2015 1:57 PM
**To:** Justin Kachadoorian; Anthony J. Orshansky
**Cc:** Val Gurvits; Evan Fray-Witzer
**Subject:** Huebner v Radaris et al, N.D. Cal Docket No. 3:14-cv-04735-VC

Dear Counsel,

This law firm is in the process of being engaged to represent some or all of the defendants in the above referenced suit.

We are writing to request a 30 day extension until March 18 to respond to the Complaint as lead counsel, Val Gurvits, is on vacation this week and we have a trial next week.

Thank you for your consideration, I look forward to hearing back from you.

Very truly yours,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5751 / Virus Database: 4306/9316 - Release Date: 03/16/15

**Anthony J. Orshansky**

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Monday, March 23, 2015 1:17 PM |
| **To:** | Anthony J. Orshansky |
| **Cc:** | Val Gurvits |
| **Subject:** | RE: Huebner v Radaris |

Dear Anthony,

Our client has agreed to mediate this case in Boston in May, preferably before a US Magistrate Judge.

Please let us know if this is acceptable to you and we will begin preparations.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

--------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Matthew Shayefar
**Sent:** Friday, March 20, 2015 11:16 AM
**To:** 'anthony@counselonegroup.com'
**Cc:** Val Gurvits
**Subject:** Huebner v Radaris

Dear Anthony,

Thank you once again for your call yesterday.  We have talked to our client about your proposal to mediate the issue and they are discussing it internally.

The one question we have though at this point is whether you would be willing to do the mediation in Boston.  Would that be possible?

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

--------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5751 / Virus Database: 4311/9366 - Release Date: 03/23/15

**Anthony J. Orshansky**

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Friday, March 20, 2015 8:16 AM |
| **To:** | Anthony J. Orshansky |
| **Cc:** | Val Gurvits |
| **Subject:** | Huebner v Radaris |

Dear Anthony,

Thank you once again for your call yesterday.  We have talked to our client about your proposal to mediate the issue and they are discussing it internally.

The one question we have though at this point is whether you would be willing to do the mediation in Boston.  Would that be possible?

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

--------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5751 / Virus Database: 4311/9340 - Release Date: 03/19/15

Exhibit B

**Anthony J. Orshansky**

| | |
|---|---|
| **From:** | Val Gurvits <vgurvits@bostonlawgroup.com> |
| **Sent:** | Tuesday, April 14, 2015 4:23 PM |
| **To:** | Anthony J. Orshansky |
| **Cc:** | Justin Kachadoorian; Matthew Shayefar |
| **Subject:** | Re: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference |

Anthony,

I presume they're not interested in mediation given that I have not been contacted with further instructions. Given that we're not getting paid for spending any time on this and given that we have not been retained, we are unfortunately unable to allocate any further time to these discussions.

With respect to service of process, I would imagine that any US corporate entity can be served through their registered agent. However, based on the above we are unfortunately unable to further assist with this.

Best,

Val Gurvits
Sent from my iPhone

On Apr 14, 2015, at 6:50 PM, Anthony J. Orshansky <Anthony@counselonegroup.com> wrote:

> Dear Val, what information leads you to believe the defendants are in Russia?  Please provide any
> contact information for defendants.  Are they still agreeable to mediation?  Anthony
>
> Counsel**One**
> 9301 Wilshire Boulevard Suite 650
> Beverly Hills, CA 90210
> T: 310.277.9945
> F: 424.277.3727
> E: anthony@counselonegroup.com
>
>
> ==================================================
>
> The information in this e-mail, including any attachments, may be confidential, legally privileged, and may be restricted from
> disclosure by applicable state and federal law. It is intended solely for the addressee. Access to this email by anyone else is
> unauthorized. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the contents of this
> message is strictly prohibited. If you received this e-mail message in error, please reply to this e-mail indicating so. Please also
> permanently delete all copies of the original e-mail and any attachments. Thank you.
>
>
> ==================================================
>
>
> **From:** Val Gurvits [mailto:vgurvits@bostonlawgroup.com]
> **Sent:** Tuesday, April 14, 2015 2:47 PM
> **To:** Justin Kachadoorian; Matthew Shayefar
> **Cc:** Anthony J. Orshansky
> **Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management
> Conference

Dear Anthony,

I am following up on your telephone conversation with my associate Matthew Shayefar which you had a few minutes ago. As he sated during the telephone conversation, and as I made it clear in my last email to you, we do not (and have not) represented Edgar Lopin in any capacity. We have no idea how to even get in touch with him.

With respect to Radaris, while we have represented them in the past, we have not been retained to represent them at this time and have no authorization for acceptance of service on their behalf. We do not represent them, (and although Matthew thought we can get a message to them) we are NOT in touch with this company any longer, we do not undertake to forward any communications or filings to Radaris, and we have no way of knowing if such communication would even be received. We have unsuccessfully tried to be retained for this case, but were unable to get a response. It is our impression that the management of Radaris is in Russia.

Please make sure to include a copy of this email with any filing for alternative process service which you choose to make involving us.

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

-------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

**From:** Val Gurvits
**Sent:** Friday, April 03, 2015 1:38 PM
**To:** Justin Kachadoorian; Matthew Shayefar
**Cc:** Anthony J. Orshansky
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Dear Justin,

We are not authorized to accept service on behalf of either party. We do not (and have not) represented Edgar Lopin in any capacity. With respect to Radaris, while we have represented them in the past, we have not been retained to represent them at this time and have no authorization for acceptance of service on their behalf.

Best regards,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Friday, April 03, 2015 1:32 PM
**To:** Matthew Shayefar
**Cc:** Val Gurvits; Anthony J. Orshansky
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Matthew,

Are you authorized to accept service of the summons and complaint on behalf of Radaris, LLC and Edgar Lopin?

Best,

Justin

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Tuesday, March 31, 2015 11:39 AM
**To:** Justin Kachadoorian
**Cc:** Val Gurvits
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Justin,

It was our understanding that we were going to be retained as well, however, as I've spoken to Anthony about, my client is having second thoughts about moving forward with this litigation because the costs of defense would be more than they think the company is worth.  That said, as I've also discussed with Anthony, the defendants are still willing to try to mediate this matter if it can be held in Boston.

Best,

Matthew Shayefar

Boston Law Group, PC

3

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-----------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Tuesday, March 31, 2015 2:13 PM
**To:** Matthew Shayefar
**Subject:** FW: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Matthew,

It was my understanding that you were retained by defendants. Am I incorrect?

Justin

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Tuesday, March 31, 2015 9:47 AM
**To:** Justin Kachadoorian
**Cc:** Anthony J. Orshansky; Alexandria R. Kachadoorian; Val Gurvits
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Hi Justin,

Thank you again for the email. However, I wanted to let you know that I will not be joining the conference call because I have not been authorized to enter my appearance in the lawsuit.

Very truly yours,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-----------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Thursday, March 26, 2015 6:13 PM
**To:** Matthew Shayefar
**Cc:** Anthony J. Orshansky; Alexandria R. Kachadoorian; VCCRD@cand.uscourts.gov
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Just to make sure everyone has the conference call information, see below:

Conference Call Information
Toll-Free Dial-in: 1-800-356-8278
Conference Code: 603058

Sincerely,

Justin Kachadoorian, Esq.
CounselOne, PC
9301 Wilshire Blvd., Suite 650
Beverly Hills, CA 90210
Tel: (310) 277-9945
Fax: (424) 277-3727

The information in this e-mail, including any attachments, may be confidential, legally privileged, and may be restricted from disclosure by applicable state and federal law.  It is intended solely for the addressee. Access to this email by anyone else is unauthorized.  If you are not the intended recipient, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please reply to this e-mail indicating so.  Please also permanently delete all copies of the original e-mail and any attachments.  Thank you.

**From:** Alexandria R. Kachadoorian
**Sent:** Thursday, March 26, 2015 1:43 PM
**To:** Justin Kachadoorian
**Subject:** FW: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

**From:** VCCRD@cand.uscourts.gov [mailto:VCCRD@cand.uscourts.gov]
**Sent:** Thursday, March 26, 2015 1:07 PM
**To:** Alexandria R. Kachadoorian
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Hi,

I don't see opposing counsel on this email. Please resend this information and include opposing counsel per the Clerk's Notice.

Thank you,
Kristen Melen, Courtroom Deputy to the Honorable Vince Chhabria

-----"Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com> wrote: -----
To: "VCCRD@cand.uscourts.gov" <VCCRD@cand.uscourts.gov>
From: "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Date: 03/26/2015 01:04PM
Subject: RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Below is the conference line to use for the hearing:

Conference Call Information

Toll-Free Dial-in: 1-800-356-8278

Conference Code: 603058

To begin a call as the host:

Dial into the conference line

Enter conference code 603058

Host code: 8287

**From:** VCCRD@cand.uscourts.gov [mailto:VCCRD@cand.uscourts.gov]
**Sent:** Thursday, March 26, 2015 7:47 AM
**To:** Alexandria R. Kachadoorian
**Subject:** Re: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Good morning, Alexandria,

My apologies for getting back to you so late. We have had numerous long calendars this week and have just been slammed.

I just sent out a clerk's notice providing instructions to send a telephone conference line to the Court and to opposing counsel. Please email this to us no later than C.O.B. today.

Thank you for your patience.

Kristen Melen, Courtroom Deputy to the Honorable Vince Chhabria

-----"Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com> wrote: -----

To: "vccrd@cand.uscourts.gov" <vccrd@cand.uscourts.gov>
From: "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Date: 03/25/2015 05:07PM
Subject: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

This email is to follow up on my voice mails to set up a telephone appearance in the Case Management Conference in the above-referenced matter scheduled for March 31, 2015 at 10:00 a.m.  We represent Plaintiffs and the Putative Class in this matter.  Counsel for all parties are located outside of the District.  Please let me know what additional information is required to arrange the telephone appearance.  Thank you.

Counsel for Plaintiffs is:

CounselOne, P.C.

Anthony Orshansky

310-277-9945 extension 1002

Justin Kachadoorian

310-277-9945 extension 1003

Counsel for Defendants is:

Boston Law Group, PC

Matthew Shayefar

(617) 928-1800

Direct: (617) 928-1806

Alexandria Kachadoorian

CounselOne, P.C.

Attorneys for Plaintiffs and the

Putative Class

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5863 / Virus Database: 4321/9480 - Release Date: 04/07/15
Internal Virus Database is out of date.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5863 / Virus Database: 4321/9480 - Release Date: 04/07/15
Internal Virus Database is out of date.

Exhibit C



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts



# Corporations Division

## Business Entity Summary

### ID Number: 001050861

| Request certificate | New search |
|---|---|

### Summary for: RADARIS, LLC

| **The exact name of the Domestic Limited Liability Company (LLC):**   RADARIS, LLC |
|---|

**Entity type:**   Domestic Limited Liability Company (LLC)

**Identification Number:** 001050861

**Date of Organization in Massachusetts:**
04-13-2011

**Date of Cancellation:**   12-12-2013          **Last date certain:**

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address:  1853 COMMONWEALTH AVE

City or town, State, Zip code,       BOSTON,  MA   02135   USA
Country:

**The name and address of the Resident Agent:**

Name:    EDGAR LOPIN

Address:  1853 COMMONWEALTH AVE

City or town, State, Zip code,       BRIGHTON,  MA   02135   USA
Country:

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | EDGAR LOPIN | 60 VASILEOS PAVLOU NICOSIA, 2360 CYP |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | EDGAR LOPIN | 60 VASILEOS PAVLOU NICOSIA, 2360 CYP |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | EDGAR LOPIN | 60 VASILEOS PAVLOU NICOSIA, 2360 CYP |

Exhibit D

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
ANTHONY J. ORSHANSKY, ESQ.          SBN 199364
COUNSELONE, P.C.
9301 WILSHIRE BLVD STE 650
BEVERLY HILLS, CA 90210-6199
TELEPHONE NO.: (310) 277-9945          FAX NO: (424) 277-3727
E-MAIL ADDRESS:
ATTORNEY FOR: PLAINTIFF

FOR COURT USE ONLY

UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA
STREE ADDRESS: 95 7TH ST
MAILING ADDRESS: 95 7TH ST
CITY AND ZIP CODE: SAN FRANCISCO, CA 94103
BRANCH NAME: NORTHERN CALIFORNIA

PLAINTIFF/PETITIONER: JOHN HUEBNER

DEFENDANT/RESPONDENT: RADARIS, LLC

Case Number:
43:14-CV-04735 EDL

Ref. No. or File No.:

**NON SERVICE REPORT**

(Separate proof of service is required for each party served.)

HEARING DATE:          TIME:          DIV:  UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET;  INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:     EDGAR LOPIN, AN INDIVIDUAL

Address:    BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498

Process is being returned without service for the following reason(s):

NOT SERVED:
Attempts were made to serve this defendant at the address provided in Massachusetts, but apparently, they are no longer at this address. This is a very old, converted house (into offices). This defendant is NOT listed on any directory. There are about 10 business/suites here, but after speaking with a few of them, they do not know of either defendant. We conducted a Search with the Massachusetts Secretary of State and found this same address in Brighton Massachusetts and they show this entity started on 04/13/2011 and was cancelled on 12/12/2013. I also conducted a Skip Trace on Edgar Lopin, in the State of Massachusetts, and found nothing.

Person who served papers:
  a. Name: STEPHEN A. RAHEB
  b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
  c. Telephone number: 8189959771
  d. The fee for service was: $62.50
  e. I am (check all that apply):
      (3) a registered California process server:
          (a) Independent Contractor
          (b) Registration number: 281
          (c) County: VENTURA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Form Adopted for Mandatory Use | **NON SERVICE REPORT** | Code of Civil Procedure, § 417.10 |
| Judicial Council of California | | |

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.         SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945      FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREE ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

Date:  JANUARY 16, 2015

STEPHEN A. RAHEB      [14-059011]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| ANTHONY J. ORSHANSKY, ESQ.                     SBN 199364 | |
| COUNSELONE, P.C. | |
| 9301 WILSHIRE BLVD STE 650 | |
| BEVERLY HILLS, CA 90210-6199 | |
| TELEPHONE NO.: (310) 277-9945        FAX NO: (424) 277-3727 | |
| E-MAIL ADDRESS: | |
| ATTORNEY FOR: PLAINTIFF | |

| | |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF CALIFORNIA | |
| STREE ADDRESS: 1301 CLAY ST. #400 SOUTH | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: OAKLAND, CA 94612 | |
| BRANCH NAME: | |

| | |
|---|---|
| PLAINTIFF/PETITIONER: JOHN HUEBNER | Case Number: |
| DEFENDANT/RESPONDENT: RADARIS, LLC. | 43:14-CV-04735 EDL |

| | |
|---|---|
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:        TIME:        DIV:  UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET;  INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:        RADARIS, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY C/O EDGAR LOPIN (AGENT)

Address:    BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498

Process is being returned without service for the following reason(s):

NOT SERVED:
Attempts were made to serve this defendant at the address provided in Massachusetts, but apparently, they are no longer at this address. This is a very old, converted house (into offices). This defendant is NOT listed on any directory. There are about 10 business/suites here, but after speaking with a few of them, they do not know of either defendant. We conducted a Search with the Massachusetts Secretary of State and found this same address in Brighton Massachusetts and they show this entity started on 04/13/2011 and was cancelled on 12/12/2013. I also conducted a Skip Trace on Edgar Lopin, in the State of Massachusetts, and found nothing.

Person who served papers:
· a. Name:  STEPHEN A. RAHEB
   b. Address:  7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
   c. Telephone number:  8189959771
   d. The fee for service was:  $62.50
   e. I am (check all that apply):
       (3) a registered California process server:
           (a) Independent Contractor
           (b) Registration number: 281
           (c) County:  VENTURA

| | | |
|---|---|---|
| Form Adopted for Mandatory Use | **NON SERVICE REPORT** | Code of Civil Procedure, § 417.10 |
| Judicial Council of California | | |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| ANTHONY J. ORSHANSKY, ESQ.          SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945          FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | |

| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF CALIFORNIA |
|---|
| STREE ADDRESS: 1301 CLAY ST. #400 SOUTH |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: OAKLAND, CA 94612 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: JOHN HUEBNER | Case Number: |
|---|---|
| DEFENDANT/RESPONDENT: RADARIS, LLC. | 43:14-CV-04735 EDL |

| NON SERVICE REPORT | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JANUARY 16, 2015

_____

STEPHEN A. RAHEB          [14-059010]

Exhibit E

**Registered No.** RE901015736US

**Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee | $13.65 | | |
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $21.97 | Restricted Delivery | $0.00 |
| Received by | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $5.00 Documents/Paperwork

Domestic Insurance up to $25,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

## OFFICIAL USE

**FROM** Capital One, P.C. - 9301 Wilshire Blvd., Suite 650, Beverly Hills, CA 90210

**TO** Ministry of Cyprus Justice and Public Order 125 Athalassa Avenue, 2024 Nicosia Cyprus

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
January 2014 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®