ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR SERVICE OF THE SUMMONS AND COMPLAINT BY ALTERNATIVE MEANS** |

1  Having read Plaintiffs' Administrative Motion for Service of the Summons and Complaint
2  by Alternative Means and the supporting documentation filed therewith, and finding good cause
3  therefore,

4  **IT IS ORDERED** that the service of the Summons and Complaint in this action shall be
5  made by depositing in the United States Post Office, postage prepaid, a copy of the Summons and
6  Complaint, together with a copy of this Order, directed to Val Gurvits, Esq., and Matthew Shayefar,
7  Esq., of the Boston Law Group, P.C., at 825 Beacon Street, Suite 20, Newton Centre, MA 02459.

8  [OR]

9  **IT IS ORDERED** that pursuant the Fed. R. Civ. P., Rule 4(e)(1) and (h)(1)(A), service of
10 the Summons in this action shall be made by publication of the Summons pursuant to California
11 Code of Civil Procedure, section 415.50, upon Defendants Radaris, LLC and Edgar Lopin in *The
12 Boston Globe*, a newspaper of general circulation, and that said publication be made at least once a
13 week for four successive weeks.

14 **IT IS FURTHER ORDERED** that a copy of the Summons and Complaint in this action,
15 as well as a copy of this Order, shall be deposited in the United States Post Office, postage prepaid,
16 directed to said Defendants Radaris, LLC and Edgar Lopin if their addresses are ascertained before
17 expiration of the time prescribed for the publication of this Summons.

18
19 Date: _____      _____
                                      Honorable Vince Chhabria
20                                    United States District Court Judge
21
22
23
24
25
26
27
28

1

Case No. 3:14-cv-04735-VC
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION RE SERVICE OF SUMMONS
AND COMPLAINT BY ALTERNATIVE MEANS