1 | ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
2 | JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
3 | COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
4 | Beverly Hills, California 90210
Telephone: (310) 277-9945
5 | Facsimile: (424) 277-3727

6 | Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual, <br><br> Defendants. | Case No. 3:14-cv-04735-VC <br><br> [Assigned to the Honorable Vince Chhabria] <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT OF RADARIS AMERICA, INC.** |

**To the Clerk of the United States District Court for the Northern District of California:**

Pursuant to Federal Rule of Civil Procedure 55, plaintiffs John Huebner and Irmin Langton ("Plaintiffs") respectfully request that the Clerk enter the default of defendant Radaris America, Inc. ("Radaris America") for failure to plead or otherwise defend against this action in a timely manner.

Radaris America was properly served pursuant to Federal Rule of Civil Procedure 4 by personal service on November 7, 2014.  Plaintiffs filed a proof of service on January 20, 2015, and again on May 29, 2015.  [*See* Dkt. Nos. 12-1, 18.]  Pursuant to Federal Rule of Civil Procedure 12, the last day by which Radaris America was required to appear or otherwise respond to the Complaint expired on December 1, 2014.

Radaris America has failed to plead or otherwise respond to the Complaint.  Based on the foregoing and the attached Declaration of Plaintiffs' counsel, Plaintiffs respectfully request that the Court enter Radaris America's default.

DATED: June 1, 2015                                      COUNSELONE, PC


By  */s/ Anthony J. Orshansky*
Anthony J. Orshansky
Alexandria Kachadoorian
Justin Kachadoorian
Attorneys for Plaintiffs and the Putative Class

1

Case No. 3:14-cv-04735-VC
Request for Entry of Default of Defendant Radaris America, Inc.