1  ANTHONY J. ORSHANSKY, Cal. Bar No.199364
   anthony@counselonegroup.com
2  JUSTIN KACHADOORIAN, Cal. Bar No. 260356
   justin@counselonegroup.com
3  COUNSELONE, P.C.
   9301 Wilshire Boulevard, Suite 650
4  Beverly Hills, California 90210
   Telephone: (310) 277-9945
5  Facsimile: (424) 277-3727

6  Attorneys for Plaintiffs JOHN HUEBNER and IRMIN
   LANGTON, on behalf of themselves and others similarly
7  situated

8

                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANTHONY J. ORSHANSKY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT RADARIS AMERICA, INC.** |

Case No. 3:14-cv-04735-VC
Declaration of Anthony J. Orshansky in Support of
Request for Entry of Default

**Declaration of Anthony J. Orshansky**

I, Anthony J. Orshansky, declare:

1. I am a competent adult over the age of eighteen and counsel of record for plaintiffs John Huebner and Irmin Langton ("Plaintiffs") in the above-captioned action. The following is based upon my personal knowledge, and if called as a witness I could and would competently testify thereto.

2. Defendant Radaris America, Inc. ("Radaris America") was served pursuant to Federal Rule of Civil Procedure 4 on November 7, 2014. I filed a proof of service on January 20, 2015, and again on May 29, 2015. [*See* Dkt. Nos. 12-1, 18.] A true and correct copy of the proof of service also is attached hereto as Exhibit A.

3. Pursuant to Federal Rule of Civil Procedure 12, Radaris America was required to plead or otherwise respond to the Complaint on or before December 1, 2014.

4. The time to plead or otherwise respond to the Complaint has not been extended by the parties' agreement or Court order.

5. Radaris America has failed to serve or file a pleading or otherwise respond to the Complaint or appear in this action.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed June 1, 2015, at Beverly Hills, California.

_____/s/ _ *Anthony J. Orshansky* __
Anthony J. Orshansky

1

Case No. 3:14-cv-04735-VC
Declaration of Anthony J. Orshansky in Support of
Request for Entry of Default