Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,

Plaintiff(s)

v.

Civil Action No. 4 3:14-cv-04735 EDL

RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RADARIS, LLC
1853 Commonwealth Avenue, Brighton, MA 02135 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
RADARIS AMERICA, INC.
108 West 13th Street, Wilmington, DE 19801 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
EDGAR LOPIN -- 1853 Commonwealth Ave, Brighton, MA 02135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CounselOne, PC
Anthony J. Orshansky
Justin Kachadoorian
9301 Wilshire Blvd., Suite 650, Beverly Hills, California 90210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Richard W. Wieking

*Signature of Clerk or Deputy Clerk*

Date: 10/30/2014

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-cv-04735 EDL

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Radaris America, Inc.
was received by me on *(date)* 11/07/2014

☐ I personally served the summons on the individual at *(place)*
                                  on *(date)*             ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                  , a person of suitable age and discretion who resides there,
on *(date)*           , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amy McLaren, Managing Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Radaris America, Inc.
at Business Filings, Inc., Registered Agent           on *(date)* 11/07/2014 ; or

☐ I returned the summons unexecuted because                                ; or

☐ Other *(specify)*:

My fees are $ 85.00 for travel and $      for services, for a total of $ 85.00

I declare under penalty of perjury that this information is true.

Date: 11/10/2014

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

3516 Silverside Rd., Suite 16
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 11/07/2014 at 3:00 PM, at Business Filings Inc. - 108 W. 13th St., Wilmington, DE 19801.

Documents Served: Summons in a Civil Action; Class Action Complaint; Civil Case Cover Sheet; Instructions for Attorneys Completing Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Contents of Joint Case Management Statement; Standing Order; Standing Order Re Case Management Conference; and Certification of Interested Entities or Persons