| | |
|---|---|
| 1 | ANTHONY J. ORSHANSKY, Cal. Bar No.199364 |
|   | anthony@counselonegroup.com |
| 2 | JUSTIN KACHADOORIAN, Cal. Bar No. 260356 |
|   | justin@counselonegroup.com |
| 3 | COUNSELONE, P.C. |
|   | 9301 Wilshire Boulevard, Suite 650 |
| 4 | Beverly Hills, California 90210 |
|   | Telephone: (310) 277-9945 |
| 5 | Facsimile: (424) 277-3727 |

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated, | Case No. 3:14-cv-04735-VC |
| | [Assigned to the Honorable Vince Chhabria] |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual, | Complaint filed: October 24, 2014 |
| | Trial Date: None Set |
| Defendants. | |

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is 9301 Wilshire Blvd., Suite 650, Beverly Hills, CA 90210.

On June 1, 2015, I served the following document(s) described as:

- **ADMINISTRATIVE MOTION FOR AN ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT BY ALTERNATIVE MEANS**
- **DECLARATION OF ANTHONY J. ORSHANSKY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR AN ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT BY ALTERNATIVE MEANS**
- **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR SERVICE OF THE SUMMONS AND COMPLAINT BY ALTERNATIVE MEANS**
- **PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT OF RADARIS AMERICA, INC.**
- **DECLARATION OF ANTHONY J. ORSHANSKY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT RADARIS AMERICA, INC.**

on the persons below as follows:

Radaris America, Inc.
108 West 13th Street
Wilmington, DE 19801

Radaris America, Inc.
34 Washington St., Suite 201
Wellesley Hills, MA 02481

Edgar Lopin
1853 Commonwealth Ave.
Brighton, MA 02135

Radaris, LLC
1853 Commonwealth Ave.
Brighton, MA 02135

Radaris, LLC
34 Washington Street, Suite 201
Wellesley Hills, MA 02481

*Courtesy Copy to:*
Matthew Shayefar, Esq.
Boston Law Group, PC
825 Beacon St., Suite 20
Newton Centre, MA 02459

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal

1

Case No. 3:14-cv-04735-VC
PROOF OF SERVICE

Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Beverly Hills, California.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 1, 2015, at Beverly Hills, California.

Alexandria Kachadoorian                           */s/ Alexandria Kachadoorian*