**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

June 3, 2015


RE:  <u>CV 14-04735 VC</u>          <u>HUEBNER-v- RADARIS, LLC ET AL</u>


Default is entered as to Radaris America, Inc. on June 3, 2015.




RICHARD W. WIEKING, Clerk

by Felicia Reloba
Case Systems Administrator


NDC TR-4  Rev. 3/89