1   ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
    anthony@counselonegroup.com
2   JUSTIN KACHADOORIAN, Cal. Bar No. 260356
    justin@counselonegroup.com
3   COUNSELONE, P.C.
    9301 Wilshire Boulevard, Suite 650
4   Beverly Hills, California 90210
    Telephone: (310) 277-9945
5   Facsimile: (424) 277-3727

6   Attorneys for Plaintiffs JOHN HUEBNER and IRMIN
    LANGTON, on behalf of themselves and others similarly
7   situated

8

                    UNITED STATES DISTRICT COURT

9

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  JOHN HUEBNER and IRMIN LANGTON,          Case No. 3:14-cv-04735-VC
    on behalf of themselves and others similarly
13  situated,                                [Assigned to the Honorable Vince Chhabria]

14                             Plaintiffs,   **CLASS ACTION**

15              v.                           **DECLARATION OF ANTHONY J.**
                                             **ORSHANSKY IN SUPPORT OF**
16  RADARIS, LLC, a Massachusetts limited    **ADMINISTRATIVE MOTION TO**
    liability company; RADARIS AMERICA,      **CONTINUE CASE MANAGEMENT**
17  INC., a Delaware corporation; and EDGAR  **CONFERENCE (Civil L.R. 7-11)**
    LOPIN, an individual,
18
                               Defendants.
19

20

21

22

23

24

25

26

27

28

## <u>Declaration of Anthony J. Orshansky</u>

I, Anthony J. Orshansky, declare:

1.      I am a competent adult, over the age of eighteen and counsel of record for plaintiffs John Huebner and Irmin Langton ("Plaintiffs") in the above-captioned action.  The following is based upon my personal knowledge, and if called as a witness I could and would competently testify thereto.

2.      Plaintiffs' Complaint names three defendants:  Radaris America, Inc. ("Radaris America"), Radaris, LLC ("Radaris"), and Edgar Lopin ("Lopin").

3.      One of the defendants, Radaris America, Inc., has been served with the summons and complaint and other related documents but failed to file a responsive pleading; and on June 3, 2015, the clerk entered Radaris America, Inc.'s default.  [Dkt. No. 22.]

4.      I have engaged in diligent efforts to serve the other two named defendants, Radaris, LLC and Edgar Lopin, by all appropriate means, as described in Plaintiffs' Motion for Service by Alternative Means, previously filed herein.  [Dkt. No. 19.]  The Court denied that motion without prejudice.  [Dkt. No. 24.]

5.      Since then Plaintiffs have directed their process servers to make additional efforts to located and serve these defendants and/or have obtained detailed non-service reports documenting the repeated attempts to serve these defendants.  (*See* Exh. 1 hereto)  I plan on filing an amended motion for service by publication within the next 30 days.

6.      Once the remaining two defendants have been served, and to the extent that they fail to respond to the Complaint, I will then move the Court for a default judgment against all defendants collectively.

7.      It would best serve the interests of judicial efficiency and economy to continue the Case Management Conference in this action.

8.      Therefore the Court should continue the Case Management Conference currently scheduled for August 4, 2015 at 11:00 a.m. by at least thirty (30) days to a date that is convenient for the Court.

///

1

9.     The new CMC date would be for tracking purposes only and would be vacated as soon as Plaintiffs file their renewed motion for alternative service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed July 28, 2015.

_____/s/ _ *Anthony J. Orshansky* __
Anthony J. Orshansky

Case No. 3:14-cv-04735-VC
Declaration in Support of Administrative Motion
to Continue Case Management Conference

Exhibit 1

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff                                                    Case No4:14-CV-04735
JOHN HUEBNER AND IRMIN LANGTON, ON BEHALF OF
THEMSELVES AND OTHERS SIMILARLY SITUATED

vs.

Defendant
RADARIS, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY; RADARIS AMERICA INC., A DELAWARE
CORPORATION, AND EDGAR LOPIN, AN INDIVIDUAL;

## Affidavit of Service

I Kenneth Ryan, being duly sworn, depose and say, I have been duly authorized to make service of the document(s)
listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this
matter.

**Date Received:**  JUNE 16, 2015

**Document(s):**  CIVIL ACTION COVER SHEET; SUMMONS; CLASS ACTION COMPLAINT; ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF
THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER MAGISTRATE JUDGE ELIZABETH D.
LAPORTE; STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

**Serve To:**  RADARIS, LLC. / EDGAR LOPIN

**Address:**  1853 COMMONWEALTH AVENUE, BRIGHTON, MA 02135

           34 WASHINGTON STREET, SUITE 201, WELLESLEY HILLS, MA 02481

**Non-Service:**  AFTER PERFORMING SKIPTRACING FOR BOTH EDGAR LOPIN AND RADARIS, LLC NO OTHER
ADDRESSES WERE FOUND.  AFTER  CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE ADDRESS(ES)
LISTED ABOVE, I HAVE BEEN UNABLE TO EFFECT PROCESS UPON THE PERSON/ENTITY BEING SERVED
BECAUSE OF THE FOLOWING REASON(S):

THERE WAS NOTHING REFERENCING RADARIS, LLC. OR EDGAR ON DIRECTORIES AT EITHER LOCATION.

BRIGHTON IS A LARGE OLD HOUSE CONVERTED INTO MANY SMALL OFFICES ON ALL FLOORS. THE
MAINTANANCE MAN KNEW NOTHING OF THE ABOVE AND UPON KNOCKING ON ALL THE DOORS NOBODY
HAD HEARD OF ANYTHING OF THE ABOVE AS WELL.

THE WELLESLEY ADDRESS IS A PROFESSIONAL BUSINESS COMPLEX HOUSING NUMEROUS ENTITIES. IT
STATES THAT UNIPOINT TECHNOLOGIES IS CURRENTLY OCCUPYING THIS SPACE.  BUILDING
MANAGEMENT WAS NOT HELPFUL WITH ANY INFORMATION.  DIFFERENT WORKERS APPEARED TO HAVE
DIFFERENT REACTIONS WHEN APPROCHED WITH DOCUMENTS, HOWEVER ALL EMPHATICALLY
EXPRESSED THAT COMPANY WAS NOT AT THIS LOCATION.

**Service Attempts:**  JUNE 18, 2015 AT 9:15 AM AND 10:00 AM; JUNE 22, 2015 AT 10:15 AM AND 11:00 AM;
JUNE 24, 2015 AT 2:15 PM AND 3:PM; JUNE 26, 2015 AT 9:00 AM AND 9:45 AM; JUNE 30, 2015 AT11:30 AM
AND 12:00 PM; JULY 7, 2015 AT 10:30 AM AND 11:15 AM

**I declare under penalties of perjury that the information contained herein is correct to the best of my
knowledge.**

Subscribed and Sworn, before me on the ___23___ day
of ____July____, 2015 proved to me on the basis
of satisfactory evidence to be the person (s)
who appeared before me.

Process Server #___N/A___
Kenneth Ryan

Boston Process Servers LLC
607 Boylston Street
PMB 334 – Lower Level
Boston, MA 02116

NOTARY PUBLIC

CYNTHIA PARIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 3, 2015



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.                SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945    FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREE ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:          TIME:          DIV: UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET;  INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:      RADARIS, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY C/O EDGAR LOPIN (AGENT)

Address:    BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498

Process is being returned without service for the following reason(s):

Attempted to serve defendant Radaris, LLC.  at 1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498. It was quickly discovered that defendant is no longer at this location. There are about 10 other offices/suites at this location. We checked with three different businesses at this address and nobody has heard of this defendant.

Service was also attempted at 34 WASHINGTON ST, STE 201, WELLESLEY, MA 02481, but defendant is not at this location either. This suite is being occupied by another tenant.

On 6/18/2015 our office conducted another public records search (skip trace) in an attempt to locate a current address for defendant, but nothing was found.

On 6/19/2015 in order to locate a forwarding address for defendant I submitted a written request to the United States Postmaster more commonly known as a postal search, but nothing was found.

Person who served papers:
   a. Name:  STEPHEN A. RAHEB
   b. Address:  7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
   c. Telephone number:  8189959771
   d. The fee for service was:  $62.50
   e. I am (check all that apply):

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| ANTHONY J. ORSHANSKY, ESQ.          SBN 199364 .<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945      FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | |

| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA |
|---|
| STREE ADDRESS: 95 7TH ST |
| MAILING ADDRESS: 95 7TH ST |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94103 |
| BRANCH NAME: NORTHERN CALIFORNIA |

| PLAINTIFF/PETITIONER: JOHN HUEBNER | Case Number: |
|---|---|
| DEFENDANT/RESPONDENT: RADARIS, LLC. | 43:14-CV-04735 EDL |

| NON SERVICE REPORT | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

(3) a registered California process server:
    (a) Independent Contractor
    (b) Registration number: 281
    (c) County: VENTURA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 24, 2015


STEPHEN A. RAHEB      [14-059010]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>ANTHONY J. ORSHANSKY, ESQ.          SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945          FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREE ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:          TIME:          DIV: UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET;  INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:          EDGAR LOPIN, AN INDIVIDUAL

Address:    BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498
34 WASHINGTON ST, STE 201, WELLESLEY, MA 02481

Process is being returned without service for the following reason(s):

Attempted to serve defendant Edgar Lopin at 1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498. It was quickly discovered that defendant is no longer at this location. There are about 10 other offices/suites at this location. We checked with three different businesses at this address and nobody has heard of this defendant.

Service was also attempted at 34 WASHINGTON ST, STE 201, WELLESLEY, MA 02481, but defendant is not at this location either. This suite is being occupied by another tenant.

On 6/18/2015 our office conducted another public records search (skip trace) in an attempt to locate a current address for defendant, but nothing was found.

On 6/18/2015 our office conducted a real property search in the state of Massachusetts under the name Edgar Lopin, but nothing was found.

On 6/19/2015 in order to locate a forwarding address for defendant I submitted a written request to the United States Postmaster more commonly known as a postal search, but nothing was found.

Person who served papers:
  a. Name:  STEPHEN A. RAHEB
  b. Address:  7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
  c. Telephone number:  8189959771

Form Adopted for Mandatory Use          **NON SERVICE REPORT**          Code of Civil Procedure, § 417.10
Judicial Council of California

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.　　SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945　　FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA
STREE ADDRESS: 95 7TH ST
MAILING ADDRESS: 95 7TH ST
CITY AND ZIP CODE: SAN FRANCISCO, CA 94103
BRANCH NAME: NORTHERN CALIFORNIA

PLAINTIFF/PETITIONER: JOHN HUEBNER

DEFENDANT/RESPONDENT: RADARIS, LLC.

Case Number:
43:14-CV-04735 EDL

## NON SERVICE REPORT

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

d. The fee for service was: $62.50
e. I am (check all that apply):
　(3) a registered California process server:
　　(a) Independent Contractor
　　(b) Registration number: 281
　　(c) County: VENTURA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 24, 2015

STEPHEN A. RAHEB　　[14-059011]