ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

The Administrative Motion to Continue the Case Management Conference filed by Plaintiffs John Huebner and Irmin Langton ("Plaintiffs") is hereby GRANTED. The Case Management Conference (CMC) is continued for 30 days, from August 4, 2015 at 11:00 a.m. to September 8, 2015 at 11:00 a.m. The new CMC date is for tracking purposes only and will be vacated as soon as Plaintiffs file their renewed motion for alternative service.

**IT IS SO ORDERED.**

DATED: _____        _____
                                    The Honorable Vince Chhabria
                                    Judge of the U.S. District Court