ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED |

1       [~~PROPOSED~~] ORDER AS MODIFIED

2       The Administrative Motion to Continue the Case Management Conference filed by Plaintiffs
3  John Huebner and Irmin Langton ("Plaintiffs") is hereby GRANTED.  The Case Management
4  Conference (CMC) is continued ~~for 30 days,~~ from August 4, 2015 at 11:00 a.m. to September 29,
5  2015 at 11:00 a.m.  The new CMC date is for tracking purposes only and will be vacated as soon as
6  Plaintiffs file their renewed motion for alternative service.

7       **IT IS SO ORDERED.**

8  DATED: July 30, 2015

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria