EXHIBIT A



# William Francis Galvin
Secretary of the Commonwealth of Massachusetts



# Corporations Division

## Business Entity Summary

**ID Number: 001050861**    [Request certificate]   [New search]

**Summary for:** RADARIS, LLC

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** | RADARIS, LLC |
| **Entity type:** Domestic Limited Liability Company (LLC) | |
| **Identification Number:** 001050861 | |
| **Date of Organization in Massachusetts:** 04-13-2011 | |
| **Date of Cancellation:** 12-12-2013    **Last date certain:** | |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address: 1853 COMMONWEALTH AVE

City or town, State, Zip code, Country:    BOSTON, MA  02135  USA

**The name and address of the Resident Agent:**

Name:  EDGAR LOPIN

Address:  1853 COMMONWEALTH AVE

City or town, State, Zip code, Country:    BRIGHTON, MA  02135  USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | EDGAR LOPIN | 60 VASILEOS PAVLOU NICOSIA, 2360 CYP |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | EDGAR LOPIN | 60 VASILEOS PAVLOU NICOSIA, 2360 CYP |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | EDGAR LOPIN | 60 VASILEOS PAVLOU NICOSIA, 2360 CYP |

**EXHIBIT B**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff
JOHN HUEBNER AND IRMIN LANGTON, ON BEHALF OF
THEMSELVES AND OTHERS SIMILARLY SITUATED

Case No4:14-CV-04735

vs.

Defendant
RADARIS, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY; RADARIS AMERICA INC., A DELAWARE CORPORATION, AND EDGAR LOPIN, AN INDIVIDUAL;

## Affidavit of Service

I Kenneth Ryan, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**Date Received:** JUNE 16, 2015

**Document(s):** CIVIL ACTION COVER SHEET; SUMMONS; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER MAGISTRATE JUDGE ELIZABETH D. LAPORTE; STANDING ORDER RE: CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**Serve To:** RADARIS, LLC. / EDGAR LOPIN

**Address:** 1853 COMMONWEALTH AVENUE, BRIGHTON, MA 02135

34 WASHINGTON STREET, SUITE 201, WELLESLEY HILLS, MA 02481

**Non-Service:** AFTER PERFORMING SKIPTRACING FOR BOTH EDGAR LOPIN AND RADARIS, LLC NO OTHER ADDRESSES WERE FOUND. AFTER CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE ADDRESS(ES) LISTED ABOVE, I HAVE BEEN UNABLE TO EFFECT PROCESS UPON THE PERSON/ENTITY BEING SERVED BECAUSE OF THE FOLOWING REASON(S):

THERE WAS NOTHING REFERENCING RADARIS, LLC. OR EDGAR ON DIRECTORIES AT EITHER LOCATION.

BRIGHTON IS A LARGE OLD HOUSE CONVERTED INTO MANY SMALL OFFICES ON ALL FLOORS. THE MAINTANANCE MAN KNEW NOTHING OF THE ABOVE AND UPON KNOCKING ON ALL THE DOORS NOBODY HAD HEARD OF ANYTHING OF THE ABOVE AS WELL.

THE WELLESLEY ADDRESS IS A PROFESSIONAL BUSINESS COMPLEX HOUSING NUMEROUS ENTITIES. IT STATES THAT UNIPOINT TECHNOLOGIES IS CURRENTLY OCCUPYING THIS SPACE. BUILDING MANAGEMENT WAS NOT HELPFUL WITH ANY INFORMATION. DIFFERENT WORKERS APPEARED TO HAVE DIFFERENT REACTIONS WHEN APPROCHED WITH DOCUMENTS, HOWEVER ALL EMPHATICALLY EXPRESSED THAT COMPANY WAS NOT AT THIS LOCATION.

**Service Attempts:** JUNE 18, 2015 AT 9:15 AM AND 10:00 AM; JUNE 22, 2015 AT 10:15 AM AND 11:00 AM; JUNE 24, 2015 AT 2:15 PM AND 3:PM; JUNE 26, 2015 AT 9;00 AM AND 9:45 AM; JUNE 30, 2015 AT11:30 AM AND 12:00 PM; JULY 7, 2015 AT 10:30 AM AND 11:15 AM

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Subscribed and Sworn, before me on the __23__ day of __July__, 2015 proved to me on the basis of satisfactory evidence to be the person (s) who appeared before me.

NOTARY PUBLIC
CYNTHIA PARIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 3, 2015

Process Server # N/A
Kenneth Ryan

Boston Process Servers LLC
607 Boylston Street
PMB 334 – Lower Level
Boston, MA 02116

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.             SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945     FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREE ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:             TIME:             DIV: UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:     RADARIS, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY C/O EDGAR LOPIN (AGENT)

Address:     BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498


Process is being returned without service for the following reason(s):


Attempted to serve defendant Radaris, LLC. at 1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498. It was quickly discovered that defendant is no longer at this location. There are about 10 other offices/suites at this location. We checked with three different businesses at this address and nobody has heard of this defendant.

Service was also attempted at 34 WASHINGTON ST, STE 201, WELLESLEY, MA 02481, but defendant is not at this location either. This suite is being occupied by another tenant.

On 6/18/2015 our office conducted another public records search (skip trace) in an attempt to locate a current address for defendant, but nothing was found.

On 6/19/2015 in order to locate a forwarding address for defendant I submitted a written request to the United States Postmaster more commonly known as a postal search, but nothing was found.

Person who served papers:
  a. Name: STEPHEN A. RAHEB
  b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
  c. Telephone number: 8189959771
  d. The fee for service was: $62.50
  e. I am (check all that apply):

| Form Adopted for Mandatory Use<br>Judicial Council of California | **NON SERVICE REPORT** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.    SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945    FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREET ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Seperate proof of service is required for each party served.)*

(3) a registered California process server:
  (a) Independent Contractor
  (b) Registration number: 281
  (c) County: VENTURA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 24, 2015

STEPHEN A. RAHEB    [14-059010]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> ANTHONY J. ORSHANSKY, ESQ.   SBN 199364 <br> COUNSELONE, P.C. <br> 9301 WILSHIRE BLVD STE 650 <br> BEVERLY HILLS, CA 90210-6199 <br> TELEPHONE NO.: (310) 277-9945   FAX NO: (424) 277-3727 <br> E-MAIL ADDRESS: <br> ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA <br> STREE ADDRESS: 95 7TH ST <br> MAILING ADDRESS: 95 7TH ST <br> CITY AND ZIP CODE: SAN FRANCISCO, CA 94103 <br> BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER <br> DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number: <br> 43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:        TIME:        DIV: UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:        EDGAR LOPIN, AN INDIVIDUAL

Address:   BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498
34 WASHINGTON ST, STE 201, WELLESLEY, MA 02481

Process is being returned without service for the following reason(s):

Attempted to serve defendant Edgar Lopin at 1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498. It was quickly discovered that defendant is no longer at this location. There are about 10 other offices/suites at this location. We checked with three different businesses at this address and nobody has heard of this defendant.

Service was also attempted at 34 WASHINGTON ST, STE 201, WELLESLEY, MA 02481, but defendant is not at this location either. This suite is being occupied by another tenant.

On 6/18/2015 our office conducted another public records search (skip trace) in an attempt to locate a current address for defendant, but nothing was found.

On 6/18/2015 our office conducted a real property search in the state of Massachusetts under the name Edgar Lopin, but nothing was found.

On 6/19/2015 in order to locate a forwarding address for defendant I submitted a written request to the United States Postmaster more commonly known as a postal search, but nothing was found.

Person who served papers:
   a. Name: STEPHEN A. RAHEB
   b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
   c. Telephone number: 8189959771

| Form Adopted for Mandatory Use <br> Judicial Council of California | **NON SERVICE REPORT** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.     SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945    FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREE ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

   d. The fee for service was: $62.50
   e. I am (check all that apply):
      (3) a registered California process server:
         (a) Independent Contractor
         (b) Registration number: 281
         (c) County: VENTURA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JULY 24, 2015

STEPHEN A. RAHEB     [14-059011]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.                    SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945     FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREET ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER | Case Number:<br>43:14-CV-04735 EDL |
| DEFENDANT/RESPONDENT: RADARIS, LLC | |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:        TIME:        DIV: UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:        EDGAR LOPIN, AN INDIVIDUAL

Address:    BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498

Process is being returned without service for the following reason(s):

NOT SERVED:
Attempts were made to serve this defendant at the address provided in Massachusetts, but apparently, they are no longer at this address. This is a very old, converted house (into offices). This defendant is NOT listed on any directory. There are about 10 business/suites here, but after speaking with a few of them, they do not know of either defendant. We conducted a Search with the Massachusetts Secretary of State and found this same address in Brighton Massachusetts and they show this entity started on 04/13/2011 and was cancelled on 12/12/2013. I also conducted a Skip Trace on Edgar Lopin, in the State of Massachusetts, and found nothing.

Person who served papers:
  a. Name: STEPHEN A. RAHEB
  b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
  c. Telephone number: 8189959771
  d. The fee for service was: $62.50
  e. I am (check all that apply):
     (3) a registered California process server:
        (a) Independent Contractor
        (b) Registration number: 281
        (c) County: VENTURA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Form Adopted for Mandatory Use<br>Judicial Council of California | **NON SERVICE REPORT** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.           SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945     FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN CALIFORNIA<br>STREE ADDRESS: 95 7TH ST<br>MAILING ADDRESS: 95 7TH ST<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94103<br>BRANCH NAME: NORTHERN CALIFORNIA | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

Date: JANUARY 16, 2015

_____

STEPHEN A. RAHEB     [14-059011]

| Form Adopted for Mandatory Use<br>Judicial Council of California | **NON SERVICE REPORT** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.        SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945    FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF CALIFORNIA<br>STREE ADDRESS: 1301 CLAY ST. #400 SOUTH<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: OAKLAND, CA 94612<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER | Case Number:<br>43:14-CV-04735 EDL |
| DEFENDANT/RESPONDENT: RADARIS, LLC. | |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

HEARING DATE:       TIME:       DIV: UNKNOWN

At the time of service, I was at least 18 years of age and not a party to this action, and attempted to served copies of the following:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL CASE COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Party/Entity to be served:    RADARIS, LLC, A MASSACHUSETTS LIMITED LIABILITY COMPANY C/O EDGAR LOPIN (AGENT)

Address:    BUSINESS

1853 COMMONWEALTH AVE, BRIGHTON MA 02135-5498

Process is being returned without service for the following reason(s):

NOT SERVED:
Attempts were made to serve this defendant at the address provided in Massachusetts, but apparently, they are no longer at this address. This is a very old, converted house (into offices). This defendant is NOT listed on any directory. There are about 10 business/suites here, but after speaking with a few of them, they do not know of either defendant. We conducted a Search with the Massachusetts Secretary of State and found this same address in Brighton Massachusetts and they show this entity started on 04/13/2011 and was cancelled on 12/12/2013. I also conducted a Skip Trace on Edgar Lopin, in the State of Massachusetts, and found nothing.

Person who served papers:
  a. Name: STEPHEN A. RAHEB
  b. Address: 7100 HAYVENHURST AVE STE 113, VAN NUYS CA 91406-3804
  c. Telephone number: 8189959771
  d. The fee for service was: $62.50
  e. I am (check all that apply):
     (3) a registered California process server:
        (a) Independent Contractor
        (b) Registration number: 281
        (c) County: VENTURA

Form Adopted for Mandatory Use
Judicial Council of California

**NON SERVICE REPORT**

Code of Civil Procedure, § 417.10

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>ANTHONY J. ORSHANSKY, ESQ.          SBN 199364<br>COUNSELONE, P.C.<br>9301 WILSHIRE BLVD STE 650<br>BEVERLY HILLS, CA 90210-6199<br>TELEPHONE NO.: (310) 277-9945    FAX NO: (424) 277-3727<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF CALIFORNIA<br>STREE ADDRESS: 1301 CLAY ST. #400 SOUTH<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: OAKLAND, CA 94612<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JOHN HUEBNER<br>DEFENDANT/RESPONDENT: RADARIS, LLC. | Case Number:<br>43:14-CV-04735 EDL |
| **NON SERVICE REPORT** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: JANUARY 16, 2015

STEPHEN A. RAHEB       [14-059010]