ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**[CLASS ACTION]**<br><br>**[~~PROPOSED~~] ORDER GRANTING RENEWED ADMINISTRATIVE MOTION FOR AN ORDER AUTHORIZING SERVICE OF THE SUMMONS BY PUBLICATION** |

Case No. 3:14-cv-04735-VC
[Proposed] Order Granting Renewed Administrative Motion for an
Order Authorizing Service of the Summons by Publication

**[~~PROPOSED~~] ORDER**

The Renewed Administrative Motion for an Order Authorizing Service of the Summons by Publication is hereby GRANTED.

**IT IS ORDERED** that service of the Summons in this action shall be made by publication of the Summons pursuant to California Code of Civil Procedure, section 415.50, upon Defendants Radaris, LLC and Edgar Lopin in *The Boston Globe*, a newspaper of general circulation, and that said publication be made at least once a week for four successive weeks.

**IT IS FURTHER ORDERED** that a copy of the Summons and Complaint in this action, as well as a copy of this Order, shall be deposited in the United States Post Office, postage prepaid, directed to said Defendants Radaris, LLC and Edgar Lopin if their addresses are ascertained before expiration of the time prescribed for the publication of this Summons.

DATED: September 29, 2015

_____
The Honorable Vince Chhabria
Judge of the U.S. District Court

1

Case No. 3:14-cv-04735-VC
[Proposed] Order Granting Renewed Administrative Motion for an
Order Authorizing Service of the Summons by Publication