Anthony J. Orshansky, SBN 199364
anthony@counselonegroup.com
Alexandria R. Kachadoorian, SBN 240601
alexandria@counselonegroup.com
Justin Kachadoorian, SBN 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

JOHN HUEBNER and IRMIN LANGTON,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | CASE NO. 3:14-CV-04735-VC<br><br>**UPDATED CASE MANAGEMENT STATEMENT**<br><br>CMC:  October 20, 2015<br>Time:  11:00 a.m.<br>Judge:  Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br><br>Complaint filed:  October 24, 2014<br>Trial Date:  None Set |

1     Plaintiffs John Huebner and Irmin Langton ("Plaintiffs"), through their counsel herein, submit this Updated Case Management Statement.

      Pursuant to the Court's September 29, 2015 order granting service of the summons by publication on Radaris, LLC and Edgar Lopin ("Defendants"), Plaintiffs have effected service by publishing the summons in *The Boston Globe*.  Under California Code of Civil Procedure § 415.50 and California Government Code § 6064, publication must occur at least once a week for four successive weeks.

      The first day the notice appeared in *The Boston Globe* was on October 11, 2015, and it will appear once again each week for three successive weeks, i.e., on October 18, 2015, October 25, 2015, and November 1, 2015.  In addition to being published in the print edition of the newspaper, the summons will also be published online at *The Boston Globe*'s website for legal notices.

      Publication notice is complete 28 days after the first day of publication, inclusive of the first day.  *See* Cal. Gov. Code § 6064.  Defendants will then have 21 days to respond to the Complaint.  Fed. R. Civ. P. 12(a)(1)(A)(i).  Therefore Defendants' response, if any, will be due on November 30, 2015, assuming completion of the publication timetable set out above.  If Defendant fails to respond by that date, Plaintiffs will request entry of Defendants' default and then apply for a default judgment as to all three named defendants.  Fed. R. Civ. P. 55.

      Consequently, Plaintiffs believe a further case management conference in mid-December 2015 would be appropriate.

                                                    Respectfully submitted,

Dated:  October 14, 2015                            COUNSELONE, P.C.


                                                    By:  */s/ Anthony J. Orshansky*
                                                          Anthony J. Orshansky
                                                          Alexandria Kachadoorian
                                                          Justin Kachadoorian
                                                          ***Attorneys for Plaintiffs***
                                                          ***John Huebner and Irmin Langton,***
                                                          ***and the Putative Class***

UPDATED CASE MANAGEMENT STATEMENT
CASE NO. 14-CV-04735-VC

1

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 9301 Wilshire Blvd., Suite 650, Beverly Hills, CA 90210.

On October 14, 2015, I served the following document(s) described as: **UPDATED CASE MANAGEMENT STATEMENT** on the persons below as follows:

Radaris America, Inc.
Radaris, LLC
Edgar Lopin
108 West 13th Street
Wilmington, DE 19801

Radaris America, Inc.
Radaris, LLC
Edgar Lopin
34 Washington St., Suite 201
Wellesley Hills, MA 02481

Radaris America, Inc.
Radaris, LLC
Edgar Lopin
1853 Commonwealth Ave.
Brighton, MA 02135

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐   deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒   placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Beverly Hills, California.

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

UPDATED CASE MANAGEMENT STATEMENT
Case No. 3:14-cv-04735-VC

2

Executed on October 14, 2015, at Beverly Hills, California.

| | |
|---|---|
| <u>Justin Kachadoorian</u><br>Type Name | <u>*/s/ Justin Kachadoorian*</u><br>Signature |

UPDATED CASE MANAGEMENT STATEMENT
Case No. 3:14-cv-04735-VC