## TO GLOBE NEWSPAPER CO., INC.,

*For Advertising in the BOSTON GLOBE*

**CounselOne, PC**
**Attn: Alexandria Kachadoori**
**9301 Wilshire Blvd, Suite 650**
**Beverly Hills, CA 90210**

### LEGAL NOTICE



I, **Jordana Wallace**, hereby certify that I am a *Classified Advertising Sales Representative* of the Boston Globe Media Partners, LLC., publishers of the Boston Globe; that the above advertisement has been inserted in said newspaper four times on Sunday, October 11, Sunday October 18, Sunday, October 25 and Sunday, November 1, 2015 and they were charged at the usual rate.

*Jordana Wallace* (signature)

Boston, Mass – November 10, 2015

Personally appeared before me and made oath that the above statement subscribed to by her is true............
**Suffolk ss.**

*Katherine Rohan O'Brien* (signature)
Notary Public
My Commission Expires: March 28, 2019

KATHERINE ROHAN O'BRIEN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 28, 2019

*Ad# 13088, Ad#135814*