Case 3:14-cv-04735-VC Document 32-1 Filed 11/20/15 Page 1 of 1

**The Boston Globe**

Publication Date: 10/11/2015

This E-Sheet is provided as conclusive evidence that the ad appeared in the Boston Globe on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

| | |
|---|---|
| Client Name: | 130889 |
| Advertiser: | CounselOne, PC |
| Section/Page/Zone: | Metro/004/NZ |
| Description: | Legals |
| Ad Number: | |
| Insertion Number: | |
| Size: | 1.05 x 5.14 |
| Color Type: | B&W |

**LEGAL NOTICES**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:14-cv-04735-VC

JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,

v.

RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,

SUMMONS IN A CIVIL ACTION

TO: RADARIS, LLC -- 1853 Commonwealth Avenue, Brighton, MA 02135 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
RADARIS AMERICA, INC. -- 108 West 13th Street, Wilmington, DE 19801 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
EDGAR LOPIN -- 1853 Commonwealth Ave, Brighton, MA 02135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) . . . you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CounselOne, PC, Anthony J. Orshansky, Justin Kachadoorian, 9301 Wilshire Blvd., Suite 650, Beverly Hills, California 90210.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.
Date: 10/30/2014
CLERK OF COURT Richard W. Wieking /s/ (signature of deputy clerk)

Avison Young, as agent for the Massachusetts Bay Transportation Authority, seeks submissions for qualification in advance of bid proposals for building cleaning services at the South Station Bus Terminal. The RFQ release date is October 5, 2015. Submittals must be on the MBTA's proposals form (included in the bid package), sealed, and submitted no later than November 11, 2015 at 3:00 p.m. A mandatory conference will be held on November 3, 2015 at 10:00 a.m. Address questions to Stephen Squibb:

Avison Young
South Station Bus Terminal
700 Atlantic Avenue,
Suite 408
Boston, MA 02111
Telephone: 617-790-4302

Fax: 617-439-9839
Email:
Stephen.squibb@
avisonyoung.com

The Town of Middleborough, Massachusetts hereby issues a Request for Proposals for interested parties to lease the Historic Oliver Estate, Carriage Barn and barn and seven acres of land located at 44 Plymouth Street, Middleborough, MA. Please visit www.middleborough.com to obtain a copy of the Request for Proposals. An open house will be held on October 14, 2015 at 11:00 am for interested parties.
The Town seeks to lease the property to a party that is committed and able to restore the historic house and grounds for the purpose of preserving the architectural and historic features of the property. The property will be subject to a preservation restriction agreement held by historic New England. The Town's primary purpose for this disposition is to promote the public welfare by ensuring the preservation, restoration, and public access and enjoyment of this historic property.

Public Hearing Lowell Zoning Board of Appeals Variance 48 Epping Street The Lowell Zoning Board of Appeals will hold a public hearing to hear all interested persons relative to an application by Christopher Gleba seeking Variance approval at 48 Epping Street. The proposal consists of the installation of a new shed within the front yard setback requirements. The project requires Variance approval from the Zoning Board of Appeals under Sec. 5.1 of the Lowell Zoning Ordinance. The public hearing will be held on Monday, October 26, 2015 at 6:30 PM in the City Council Chambers, City Hall, 375 Merrimack Street, Lowell, MA 01852. The Zoning Board will consider this matter at the conclusion of the public hearing. Information relative to this project is available at the Office of the Lowell Zoning Board of Appeals at the Division of Development Services, City Hall, 375 Merrimack Street, Room 51, Lowell, MA 01852, Monday through Friday, 9:00 a.m. to 5:00 p.m.

## Starts & Stops
BY NICOLE DUNGCA | TRAFFIC UPDATES AT WWW.BOSTONGLOBE.COM/METRO/STARTSANDSTOPS

# Uber hits 2m riders for September

It's no secret that Uber has become a ubiquitous part of Boston's transportation options, but company officials say they've reached another big milestone that highlights the ride-hailing service's growing prominence: Uber drivers provided about 2 million rides to Massachusetts passengers last month, setting a record for the company in the state.

Uber revealed the number at a time when lawmakers are debating how to regulate companies such as Uber and Lyft, ride-hailing apps that have become increasingly popular.

On one side, supporters of traditional taxi services say that Uber and Lyft are stealing business and are not as safe because their drivers aren't subject to the same stringent regulations. On the other, companies such as Uber and Lyft say they are just as safe and tap into a customer base that hasn't been served as well by taxis.

Meghan Verena Joyce, general manager for Uber on the East Coast, said the company has been able to grow so rapidly because riders are attracted to its affordability. Uber trips tend to be cheaper: Uber can set its own fares, while the mu-



KAI PFAFFENBACH/REUTERS/FILE 2014

nicipality sets fares for taxis.

Joyce also said that drivers enjoy working for Uber. She cited a recent company survey according to which 87 percent of drivers cited the flexibility of the schedule, and the ability to be their own boss, as reasons they started to work for Uber.

She said Uber also helps people in areas that are underserved by public transit and often acts as a "one-way" trip, meaning customers usually use both Uber and public transit on their outings. She also said Uber drivers are giving rides to people who otherwise wouldn't take a taxi.

Though Joyce downplayed the competition between taxis and Uber in an interview, Uber officials are passing out data that show Uber drivers offer a better alternative to taxis.

During a legislative hearing in September, they provided lawmakers with a "case study" of Boston that showed Uber customers waiting less for their car to arrive and paying less for the ride than taxi customers.

In its case study, Uber compared its data with data from a 2013 report on taxis from the City of Boston. For example, 99 percent of Uber cars picked up customers in Mattapan in fewer than 20 minutes, according to the company's data, while Boston's 2013 report showed that only 65.4 percent of taxis picked up their customers in that amount of time.

Citywide, Uber's data showed that 99 percent of its drivers arrived within 20 minutes, compared with an 87 percent rate for taxis cited in the city's 2013 report.

The average wait time for an UberX ride has dropped from about 17 minutes in February 2013 to about 3 minutes in August, according to Uber's data.

Donna Blythe-Shaw, who leads the Boston Taxi Drivers Association, said she's not surprised at such data. She says that with fewer regulations, many more Uber drivers are on the streets compared with taxicabs. That means more drivers will be available to pick up customers quicker, she said.

Blythe-Shaw also said she hopes state legislators will address the debate soon because taxi drivers are suffering.

Ride-hailing companies are "hammering away at the taxi industry because government regulators have done nothing to curb UberX's operations on the roads," she said.

**Fistful of dollar coins**

A quick tip for the cash-carrying among you: If you're paying at an MBTA vending machine with larger-denomination bills, expect to leave with a pocketful of dollar coins.

A colleague this week pointed out a "public service announcement" image he found on the Internet showing a person holding a fistful of dollar coins.

"PSA: Don't use a $20 to buy a one-way T ticket," read the caption.

I checked in with MBTA spokesman Joe Pesaturo to see whether most MBTA ticket machines dispense coins for change.

Pesaturo confirmed that none of the machines are outfitted to spit out dollar bills.

And that's not changing anytime soon: There are no plans to retrofit the machines, he said.

So why the affinity for dollar coins? Are there just a bunch of Susan B. Anthony and Sacagawea fans over there at the T?

It's more of a technical thing, Pesaturo responded by e-mail.

"Designing a system to dispense bills is not only expensive to engineer, but also more costly to maintain," he wrote. "The MBTA strongly recommends that customers use debit or credit cards if at all possible."

*Nicole Dungca can be reached at nicole.dungca@globe.com. Follow her on Twitter @ndungca.*

---

**SUNDAY'S CHILD**

## Morgan, 10, loves to make jewelry, crafts

*My name is Morgan. I like to make my own jewelry.*

Morgan is 10 and likes to play with her Barbie dolls, make jewelry, and get involved in other arts and crafts projects. She can be affectionate and sweet and loves adult attention.

This school year Morgan will be spending half her day in a regular classroom and the other half in an alternative classroom setting in an attempt both to integrate Morgan into mainstream classes and to help her with her social skills. She has an Individualized Education Program for social, emotional, and academic needs.

Morgan would do best in a single- or two-female home with older girls who could be her role models or a home with no other children. She has lived in one foster home where she gets along well with her single foster mother and the other children in the home who are about her age. When she feels overwhelmed, Morgan responds well to redirection as well as to good routines and structures she can follow.

Like any child, she will benefit from the security of a supportive and loving family. Morgan will also need her family to help her maintain contact with her younger brother.

**What is MAPP training?**

Part of the process to adopt a child from foster care is a training course. After an initial home visit by a social worker, you may be invited to attend the Massachusetts Approach to Partnerships in Parenting (MAPP) training. The 32-hour MAPP course is typically held one night a week for eight weeks. It is designed to help you gain the best possible understanding of, and preparation for, parenting an adopted child.

MAPP training includes information about the needs of



children who are waiting to be adopted and what behaviors they might exhibit. It teaches communication, positive discipline, and self-esteem-building techniques. It also discusses the resources and supports available to adoptive families. A couple considering adoption should attend MAPP training together.

To learn more about Morgan, and about adoption from foster care, call the Massachusetts Adoption Resource Exchange (MARE) at 617-54-ADOPT (617-542-3678) or visit www.mareinc.org. The sooner you call, the sooner a waiting child could have "a permanent place to call home."

---

## CHESS NOTES

**By Harold Dondis and Chris Chase**

Teaching chess to children is not an easy process. Once you go over the rules and the values of the pieces and how they move, you still have to cover the opening move. Massachusetts' own Charles Hertan has stepped into this arena, releasing a book intended to ease the process.

Most books on opening moves provide streams of variations or focus solely on variants of one opening but Hertan's offering, "Basic Chess Openings for Kids, Play Like a Winner from Move One," takes another approach. He uses an entertaining format with a cast of characters that includes Zort, a teenage computer from the planet Zugzwang; the Chess Professor, who answers all the kids questions with wit and wisdom; the Dinosaurs, chess players from the late 19th century; and the Power Chess Kids, the kids' official representative.

Chapters cover the value of the pieces and how to develop bishops, rooks, knights and your queen. Hertan then ties pieces with the pawns in the chapter titled "Lean Basic Openings: Piece and Pawn Cooperation," introducing the concepts of "Quick and Easy Development" and "Central Pawn Duo."

He gives the Giuoco Piano and the Torre Attack as examples of "Quick and Easy" and the Ruy Lopez and Queen's Gambit Declined as samples of "Central Pawn Duo."

In the penultimate chapter, he goes over what he feels are the biggest mistakes kids make in the openings, such as missing a threat, wasted pawn moves, overly passive play, premature attacks, and neglected development. Each section has numerous examples of what he means and suggestions for avoiding each pitfall.

The final chapter gives the answers to all the quizzes sprinkled throughout the book. The book is an interesting and informative offering that could even be useful to adult beginners if they could overcome its child-centric format.

**Winners:** MetroWest CC's Memorial Swiss, September: 1st: Joe Perl, 4.5-5, 2d-3d: Ryan Sowa, Robert King: 3-2; BCC September Thursday Night Swiss: 1st-3d: Andrew Hoy, David Glickman, Ed Astrachan: 3-1, U1800: 1st-4th: Larry Eldridge, Richard Kahn, Bob Oresick, Duncan Malone: 3-1.

**Upcoming events:** Plus Score Tournament, Oct. 17 and Fall Foliage, Oct. 17, both Boylston Chess Club, 40 Norris St., Cambridge, www.BoylstonChessClub.org; 82d Greater Boston Open, Oct. 18, Best Western Royal Plaza Hotel, Marlboro, www.Mass-Chess.org.

**Answer to Today's Problem:** 1.Qh1! and there is no good way to stop 2.Qh8 mate.

**Today's problem**



White to Move and Win

---

## New England
*in brief*

### CARVER
**Police seize pills and guns in arrest**
Police arrested a woman Thursday after conducting a heroin distribution search at 299 and 301 Meadow St. in Carver, officials said. Police found pills, an AR-15 assault rifle, and a double-barrel 12-gauge shotgun, according to a statement from Carver police. Sherri Lafrance, 41, was charged with two counts of possession of a firearm without a license to carry, two counts of improperly storing a firearm, and possession of a class C drug, according to the statement. The residence was under investigation for drugs in October 2014, the statement said. Other residents, who were not home at the time, will also be criminally charged, police said.

### CAMDEN, MAINE
**Ex-official gets 4 years in charity theft**
The former president of the United Mid-Coast Charities has been sentenced to four years in prison for embezzling $4.6 million from the organization, and he was ordered to repay the money. Russell Brace, 82, pleaded guilty in May to federal mail fraud and tax-fraud charges. He was charged with stealing donated money from 1999 to 2014. His lawyer said Brace has paid back more than $1 million. The charity, which supports dozens of agencies in Knox and Waldo counties, sued last year after Brace retired after 13 years as president. (AP)

### HANOVER, N.H.
**Dartmouth alum pledges help for lodge**
A Dartmouth College alumnus and his family are offering to match up to $5 million toward rebuilding the college's 77-year-old lodge in the White Mountains. The Moosilauke Ravine Lodge is situated in Warren, and was built in 1938. It is the end destination of Dartmouth's First-Year Trips program, and is used for orientation programs for the college's medical and business schools. George "Skip" Battle, a 1966 graduate, will match all contributions toward the rebuilding project made until next June 30 up to $5 million. The project is expected to cost $17 million, with construction beginning next September. Battle is a senior fellow at the Aspen Institute and former CEO of Ask.com.

### PERRY, MAINE
**Selectman, friend charged with arson**
A Perry selectman and another man have been arrested in connection with a fire at a vacant home in town last year, authorities said. Selectman Scott MacNichol is charged with two counts of arson and criminal conspiracy to commit arson. Jeffrey Morrison of Perry, who owned the home, is charged with perjury, two counts of arson, criminal conspiracy to commit arson, and insurance deception. A state fire marshal investigator said the house was burned to collect insurance money. Police said that the two men, who are good friends, are out on bail. (AP)

### SOUTH KINGSTOWN, R.I.
**Marijuana suspected at private school**
Police said they are investigating a South Kingstown private school where several students became sick Thursday after eating food that apparently contained marijuana. The Providence Journal reported that police seized a portion of the suspected marijuana, which will be tested by the Rhode Island Health Department. David Estes, head of The Prout School, said several students became ill upon eating a food item that was brought in by a student or students from outside the high school. (AP)

### WARREN, R.I.
**Farmer grows another record pumpkin**
Farmer Ron Wallace of Greene claimed another world record at the Southern New England Giant Pumpkin Growers' Annual Weigh Off Saturday, with a pumpkin weighing in at 2,230.5 pounds. The giant gourd beat Wallace's previous record of 2,009 pounds in 2012. Wallace said his secret is "a lot of hard work" and what he calls his organic wonder fertilizer. (AP)

**MOBILE: LATEST NEWS**
For the latest news on your mobile phone, text "latest" to BOSTON (267866).

---

## Boston Sunday Globe

### News
**CONTACTS, TIPS, COMMENTS**
Switchboard: (617) 929-2000
(617) 929-7400
newstip@globe.com
comments@globe.com
**SPOTLIGHT TEAM TIP LINE**
(617) 929-7483

### Customer service
**PRINT AND DIGITAL**
(888) 694-5623
customerservice@globe.com

### Advertising
**DISPLAY**
(617) 929-2200
bostonglobemedia.com
**CLASSIFIED**
(617) 929-1500
boston.com/classifieds

| | City | Retail | Other |
|---|---|---|---|
| 7 day home delivery | $13.99 | 13.99 | 15.50 |
| Sunday only home delivery | $3.99 | 3.99 | 5.00 |
| Daily single copy | $1.25 | 2.00 | 2.00 |
| Sunday single copy | $3.50 | 3.50 | 4.00 |

---

## Lottery

| SATURDAY MIDDAY | 1201 | | Thu. | 1-8-21-42-48 LB 4 |
|---|---|---|---|---|
| Payoffs (based on a $1 bet) | | | Mon. | 8-28-31-41-48 LB 3 |
| EXACT ORDER | | | **MEGA MILLIONS** | |
| All 4 digits | $3,404 | | Fri. | 8-9-21-63-75 MB 14 |
| First or last 3 | $477 | | Tue. | 17-58-63-64-66 MB 13 |
| Any 2 digits | $41 | | **MEGABUCKS** | |
| Any 1 digit | $4 | | Sat. | 4-12-14-18-28-49 |
| ANY ORDER | | | Wed. | 14-16-20-22-39-42 |
| All 4 digits | $284 | | **PREVIOUS DRAWINGS** | |
| First 3 | $79 | | | Midday / Night |
| Last 3 | $79 | | Friday | 4211 / 0917 |
| SATURDAY NIGHT | 2142 | | Thursday | 5486 / 9407 |
| Payoffs (based on a $1 bet) | | | Wednesday | 7330 / 8947 |
| EXACT ORDER | | | Tuesday | 8931 / 6066 |
| All 4 digits | $4,270 | | Monday | 7535 / 3319 |
| First or last 3 | $598 | | Sunday | 6646 / 1560 |
| Any 2 digits | $51 | | **WEEKEND NUMBERS** | |
| Any 1 digit | $5 | | **AROUND NEW ENGLAND** | |
| ANY ORDER | | | **Powerball** | |
| All 4 digits | $356 | | Sat. | 12-27-29-43-68 PB 1 |
| First 3 | $100 | | Wed. | 18-30-40-48-52 PB 9 |
| Last 3 | $100 | | **Friday Connecticut Classic** | |
| MASS CASH | | | | 1-7-8-11-30-32 |
| Sat. | 1-13-18-20-34 | | Maine, N.H., Vermont | |
| Fri. | 6-14-23-29-32 | | Day: 3-digit 559 | 4-digit 9737 |
| LUCKY FOR LIFE | | | Eve: 3-digit 189 | 4-digit 1548 |
| | | | Rhode Island | 4708 |