LAURA IRWIN

**Sisters Andrea (left) and Marissa.**

### SUNDAY'S CHILD

## Sisters want to join a family together

Andrea, 7, and Marissa, 10, are sisters hoping to find a loving family dedicated to meeting their needs.

Andrea loves to play and often seeks positive attention from adults. She has an Individualized Education Program in school that assists with her behavioral needs. She has participated in gymnastics and likes jumping on trampolines.

Marissa is a friendly and engaging girl. She is very open about her feelings and can be an excellent advocate for what she wants and what makes her feel safe. She responds well to behavioral interventions and seeks positive praise from adults. Marissa loves to listen to music and to dance, and likes participating in community sports programs like swimming and softball.

Andrea and Marissa would do best in a home with two parents with at least one mother or a single mother with a very strong support system. They could do well in a family with other significantly older children, but they need their own bedrooms. The girls' foster family would hope to be a lifelong connection for them after adoption.

**What is a home study?**

Part of the process to adopt a child from foster care is the home study review. After you complete the Massachusetts Approach to Partnerships in Parenting (MAPP) training course, your social worker will conduct in-home interviews that will help gather information and get to know you and your family. Your social worker will schedule visits with you to discuss your strengths and challenges as a family, your parenting style, and the type of child you would like to adopt. From these meetings, your social worker will write a narrative, also called a home study, about your family.

Then follows the decision to approve you as a licensed preadoptive parent. The home study document will be shared with other social workers to help make an appropriate, mutually selected match between your family and a waiting child.

To learn more about Andrea and Marissa and about adoption from foster care, call the Massachusetts Adoption Resource Exchange (MARE) at 617-54-ADOPT (617-542-3678) or visit www.mareinc.org. The sooner you call, the sooner a waiting child could have "a permanent place to call home."

### Starts & Stops

**BY NICOLE DUNGCA** | TRAFFIC UPDATES ONLINE AT WWW.BOSTONGLOBE.COM

## Retirement brought a change of speed

If you find yourself chuckling at the seemingly random speed limits of 17 miles per hour around Hampshire College, you can thank David Kelly.

When the longtime math professor retired this summer after more than 44 years, he said he didn't want a retirement party or ceremony.

Instead, he opted for something a bit quirkier: Changing the speed limit signs around the college from 15 miles per hour to 17 mile per hour.

Anyone who has taken his classes knows Kelly is a bit obsessed with the number 17. He does a lecture on the prime number, which Kelly says has fascinated mathematicians for centuries.

If you ask Kelly to name some of his favorite facts about 17, he can go on for hours: Did you know, for example, that Carl Friedrich Gauss, a famed German mathematician, learned that you could create a 17-sided shape with just a compass and ruler? Or that there are 17 columns on the long side of the Parthenon in Greece?

> 'Hampshire is kind of special in a quirky sort of way.'
> DAVID KELLY

Kelly said he has been pushing for the speed limit change because it's a nice way of letting people know about the uniqueness of the college. He wants people to know the culture of the school as soon as they drive onto campus.

"When they see 17 miles per hour, that just alerts them to the fact that Hampshire is kind of special in a quirky sort of way," he said.

Kelly said he has been trying to get the college to change the speed limits for decades. This year, Elizabeth Conlisk, a professor of public health at Hampshire, and the college president, Jonathan Lash, teamed up to grant him his wish.

This summer, workers changed the signs overnight to surprise Kelly, who is usually on campus until 11 p.m. and back around 7 a.m.

What was his reaction when he saw one of the signs?

"Finally, it happened!" he recalled. Kelly, who said his age is "between 68 and 85, which are both multiples of 17," still teaches summer classes to high-schoolers who are gifted at math — and he will surely continue to regale them with facts about the number 17.

Since this is a transportation column, I did ask him about some of his favorite transportation-related facts about the number. Without further ado:

■ It used to take 17 transfers to get from New York to Los Angeles via train.
■ Interstate 17 is one of the "interstate" highways that don't run through multiple states. It's located entirely within the state of Arizona.
■ And since space travel is a form of transportation: Apollo 17 was the final mission of the United States "Apollo" program, which put humans on the moon.

**Transportation's future**

What's transportation going to look like in 2045, when the country is expected to grow by 70 million more people — or in other words, more than the current populations of New York, Texas, and Florida?

US Department of Transportation officials say that if transportation leaders don't make the right plans, our future could hold a whole lot of gridlock.

This week, US Transportation Undersecretary Peter Rogoff brought together a group of local and regional officials — including Boston Mayor Martin J. Walsh — to discuss a new report called "Beyond Traffic."

In the draft report released this year, officials discuss the demographics and trends that affect transportation across the country. The report focuses in part on "megaregions," naming Boston, New York, Philadelphia, Baltimore, and Washington, D.C., as the Northeast "megaregion."

According to officials, by 2050, the population of this area is going to increase by more than 35 percent — and since the condition of roads and transit infrastructure is worsening, officials must make the right investments to be able to deal with the growth.

Some current transportation statistics show it won't be easy to accommodate that growth, according to the report:

■ Sixty-five percent of roads in the United States are rated in less than good condition;
■ About one-quarter of bridges need significant repair;
■ About 45 percent of Americans don't have a way to get to public transit.

The report also addresses ways that the government could encourage new technologies that could transform transportation in the future. For example, automated vehicles — or cars that don't need human drivers to steer — could revolutionize ground transportation. The advent of such cars could help significantly reduce crashes, improve transit access for young, older adults, and those with disabilities, and make it cheaper to deliver freight.

During Wednesday's forum at Boston University, local and regional transportation officials worked together to brainstorm possible solutions. The feedback from the sessions will help officials publish a new report in 2016.

Some local officials appeared to be somewhat optimistic that cities like Boston can help figure out the future of transportation. On one panel, Chris Osgood, the City of Boston's chief of streets, said he has been struck by the number of innovative transportation ideas he hears.

"If this region isn't the region that reinvents transportation, we haven't done something right," he said.

You can read the entire "Beyond Traffic" report at the US DOT site, located at transportation.gov.

*Nicole Dungca can be reached at nicole.dungca@globe.com. Follow her on Twitter @ndungca.*



AMANDA SCHWENGEL

**Retired professor David Kelly on the Hampshire College campus.**

---

### THIS DAY IN HISTORY

▶Today is Sunday, Oct. 18, the 291st day of 2015. There are 74 days left in the year.
▶Today's birthdays: Rock-and-roll performer Chuck Berry is 89. Sportscaster Keith Jackson is 87. Actress Dawn Wells is 77. College and Pro Football Hall of Famer Mike Ditka is 76. Actress Pam Dawber is 65. International Tennis Hall of Famer Martina Navratilova is 59. Boxer Thomas Hearns is 57. Actor Jean-Claude Van Damme is 55. Actress Erin Moran is 55. Jazz musician Wynton Marsalis is 54. Rhythm-and-blues singer-actor Ne-Yo is 36. Olympic gold medal skier Lindsey Vonn is 31. Jazz singer-musician Esperanza Spalding is 31. Actress-model Freida Pinto is 31. Actor Zac Efron is 28. Actress Joy Lauren is 26. Bristol Palin is 25.
▶In 1685, King Louis XIV signed the Edict of Fontainebleau, revoking the Edict of Nantes that had established legal toleration of France's Protestant population, the Huguenots.
▶In 1767, the Mason-Dixon line, the boundary between colonial Pennsylvania and Maryland, was set as astronomers Charles Mason and Jeremiah Dixon completed their survey.
▶In 1867, the United States took formal possession of Alaska from Russia.
▶In 1892, the first long-distance telephone line between New York and Chicago was officially opened (it could only handle one call at a time).
▶In 1922, the British Broadcasting Co., Ltd. (later the British Broadcasting Corp.) was founded.
▶In 1944, Soviet troops invaded Czechoslovakia during World War II.
▶In 1954, Texas Instruments unveiled the Regency TR-1, the first commercially produced transistor radio.
▶In 1962, James D. Watson, Francis Crick and Maurice Wilkins were honored with the Nobel Prize for Medicine and Physiology for determining the double-helix molecular structure of DNA.
▶In 1969, the federal government banned artificial sweeteners known as cyclamates because of evidence they caused cancer in laboratory rats.
▶In 1977, West German commandos stormed a hijacked Lufthansa jetliner on the ground in Mogadishu, Somalia, freeing all 86 hostages and killing three of the four hijackers.
▶In 1982, former first lady Bess Truman died at her home in Independence, Missouri, at age 97.
▶In 1997, a monument honoring American servicewomen, past and present, was dedicated at Arlington National Cemetery.
▶In 2005, Tropical Storm Wilma strengthened into a hurricane as it continued on a path toward Mexico's Yucatan Peninsula, then south Florida.
▶In 2010, four men snared in an FBI sting were convicted of plotting to blow up New York City synagogues and shoot down military planes with the help of a paid informant who'd convinced them he was a terror operative. (Defendants James Cromitie, David Williams, Onta Williams, and Laguerre Payen were each sentenced to 25 years in prison.)
▶In 2014, the remains of missing University of Virginia student Hannah Graham, 18, were found near Charlottesville; a suspect, Jesse Leroy Matthew Jr., is charged with first-degree murder and abduction with intent to defile.



LIBRARY OF CONGRESS

**In 1931, inventor Thomas Alva Edison died in West Orange, N.J., at age 84.**

---

### CHESS NOTES

**By Harold Dondis and Chris Chase**

Hicham El Guerrouj of Morocco is the current men's record holder of the fastest mile run, with a time of 3:43.13, while Svetlana Masterkova of Russia has the women's record of 4:12.56. Guerrouj set his mark in 1999, Masterkova in 1996. One wonders how low the record can get. We have a similar problem in chess.

Recently, youngsters have been reducing the time in which they have reached higher rated levels. Here in New England, Carissa Yip of Andover broke the female record by achieving a master's rating at the age of 11.

Samuel Sevian, now of Massachusetts, became the youngest male expert (rated over 2000) seven days shy of his 10th birthday. But this record fell when Awonder Liang of Wisconsin became his successor, 17 days shy of his own 10th birthday. This record was recently eclipsed when Maximillian Lu of Connecticut broke Awonder's record by 12 days. So, how low can it get?

On another subject, the Millionaire Chess Open has begun in Las Vegas, offering a total prize fund of $1 million. Three of America's leading players have entered: Hikaru Nakamura, Fabiano Caruana, and Wesley So, bypassing the World Blitz and Rapids championships being held in Berlin at the same time.

The World Cup 2015 has come to a close and supplies an illustration of grandmasters' nerve-racking experiences. Here, 128 players were chosen to play elimination matches to find just two qualifiers for the World Championship Candidates' tournament in March. It would take ingenuity, stamina, even luck to survive in this bunch.

By the final round, two qualifiers battled for the diadem: Sergey Karjakin of Russia and Peter Svidler, a seven-time Russian champion. The final match was a real a nail biter. Svidler won the first two of four classical games and needed only a draw to win, but Karjakin, on the cusp of defeat, amazed the spectators with two wins. Excitement escalated as Karjakin won the blitz and first-place prize. He and Svidler will now play in the candidates.

**Winners:** BCC National Chess Day Open; Open: 1st: Luke Lung: 4-0; 2d-4th: Nithin Kavi, Suraj Ramanathan, Alan Song: 3-1; Waltham First Friday #152, 1st: Todd Chase: 4.5-.5; 2d: Gregory Kaden: 4-1; 3d: Ilya Rozonoyer, 3.5-1.5.

**Coming Events:** Waltham CC Robson G/30 d5 four-round Swiss (dual rated), Oct. 23, Waltham Chess Club, www.walthamchessclub.org; Tornado #121, Oct. 24, Boylston CC, 40 Norris St., Cambridge, www.BoylstonChessClub.org; 14th North Shore Scholastic Open, Oct. 24, Perel Chess, Lynn, mperel56@comcast.net.

### WEEKLY PROBLEM



White to Move and Mate Black

**Answer to today's problem:** 1.Qxg7+! KxQ 2.Bb2+ Qd4 3.BxQ+ Re5 4.BxR mate


**The Boston Globe**

Publication Date: 10/18/2015

This E-Sheet is provided as conclusive evidence that the ad appeared in the Boston Globe on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

| | |
|---|---|
| Client Name: | CounselOne, PC |
| Advertiser: | CounselOne, PC |
| Section/Page/Zone: | Metro/004/NZ |
| Description: | Legals |
| Ad Number: | 130889 |
| Insertion Number: | |
| Size: | 1.05 x 5.14 |
| Color Type: | B&W |

**LEGAL NOTICES**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:14-cv-04735-VC

JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,

v.

RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,

SUMMONS IN A CIVIL ACTION

TO: RADARIS, LLC - 1853 Commonwealth Avenue, Brighton, MA 02135 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
RADARIS AMERICA, INC. -- 108 West 13th Street, Wilmington, DE 19801 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
EDGAR LOPIN -- 1853 Commonwealth Ave, Brighton, MA 02135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) . . . you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CounselOne, PC, Anthony J. Orshansky, Justin Kachadoorian, 9301 Wilshire Blvd., Suite 650, Beverly Hills, California 90210.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
Date: 10/30/2014
CLERK OF COURT Richard W. Wieking /s/ (signature of deputy clerk)

Public Hearing Lowell Zoning Board of Appeals Variance 48 Epping Street The Lowell Zoning Board of Appeals will hold a public hearing to hear all interested persons relative to an application by Christopher Allen seeking Variance approval at 48 Epping Street. The proposal consists of the installation of a new shed within the front yard setback requirements. The project requires Variance approval from the Zoning Board of Appeals under Sec. 5.1 of the Lowell Zoning Ordinance. The public hearing will be held on Monday, October 26, 2015 at 6:30 PM in the City Council Chambers, City Hall, 375 Merrimack Street, Lowell, MA 01852. The Zoning Board will consider this matter at the conclusion of the public hearing. Information relative to this project is available at the Office of the Lowell Zoning Board of Appeals at the Division of Development Services, City Hall, 375 Merrimack Street, Room 51, Lowell, MA 01852, Monday through Friday, 9:00 a.m. to 5:00 p.m.

**Notification of Trade Certification**

The U.S. Department of Labor has determined that the Shared Services Division of Dentsu Aegis Network, including on site leased workers from Solomon Page Technology Partners, in Boston, MA has been adversely impacted by increased imports. The subject firm has been certified for (TAA) Trade Adjustment Assistance benefits as of 09/18/2015.

As a result, affected workers totally or partially separated from employment on or after 04/08/2013 and before 09/18/2017 may be eligible to receive weekly cash benefits; financial assistance for remedial or vocational training programs; travel allowances to and from training; job search expenses; relocation allowances; Reemployment Trade Adjustment Assistance (RTAA) and other re-employment services such as resume preparation, employment counseling and job referrals.

For information about these benefits, all workers should inquire and apply at Career Solution, 75 Federal St, Boston, MA 02110 or their nearest One-Stop Career Center. Information about Career Center services is available at http://www.mass.gov/lwd/employment-services or by calling (617) 626-6007.