Case 3:14-cv-04735-VC Document 32-3 Filed 11/20/15 Page 1 of 1

# Office supply king helped reshape health care in Mass.

▶LEUNG
*Continued from Page G1*

Davey Scoon, who went to Harvard Business School with Stemberg and worked with him in the supermarket business, recalled his colleague as vigilant about finding better, cheaper ways to package food. He imagines Stemberg was just as dedicated to controlling medical costs.

"Everything about Tom is about innovation," said Scoon, who took Stemberg's seat on the Tufts board and spent three decades there before stepping down last year. "Could you do things better and less expensively? That is the way he viewed things. That was the nature of the man."

Tom Stemberg

So it was that Stemberg made an impassioned plea to Romney to fix the health care system. Stemberg's pitch: The uninsured were using emergency rooms instead of going to the doctor's office, which was driving up costs for everyone. If more people had insurance, costs would go down.

Romney and Stemberg went way back. Romney's Bain Capital was an early investor in Staples, which Stemberg launched in 1986 with a store in Brighton. The two became close friends. As one Stemberg buddy put it, Romney made Stemberg rich, and Stemberg made Romney rich.

Even so, Romney would later recount that he thought Stemberg's idea of universal coverage was "impossible."

To which Stemberg replied: "You can find a way."

When Romney took office, he found health care costs wreaking havoc on the state budget. The so-called free care pool to pay for the uninsured was more than $1 billion annually — and growing. Meanwhile, the federal government was threatening to cut Medicaid funds for the working poor, a move that would create a $385 million budget hole.

Suddenly, Stemberg's idea made a whole lot of sense. Perhaps extending coverage to the uninsured, as Stemberg suggested, could save money.

Romney's administration began laying the groundwork in 2003 and 2004. His proposal included novel concepts such as requiring residents to obtain insurance; taking free-care pool funds and Medicaid money to create a subsidized insurance program for the working poor; and setting up an exchange for small businesses and individuals to buy insurance.

Romney's idea for universal coverage gained traction because other players were ready to make it happen. A coalition of community and business leaders formed, including Andrew Dreyfus, then-head of the Blue Cross Blue Shield of Massachusetts Foundation, John McDonough, then-chief of the advocacy group Health Care for All, and Jack Connors, then-chairman of Partners HealthCare, as well as the Greater Boston Interfaith Organization.

It would take two years of political capital and wrangling, not to mention buy-in from the Democrats who ran Beacon Hill, House Speaker Sal DiMasi and Senate President Bob Travaglini. In the spring of 2006, Romney signed the historic bill into law, with Senator Ted Kennedy, a champion of universal health care, looking on.

In an interview with the Globe after Stemberg's passing, Romney once again gave credit to his friend.

"Without Tom pushing it, I don't think we would have had Romneycare," Romney said. "Without Romneycare, I don't think we would have Obamacare. So without Tom, a lot of people wouldn't have health insurance."

*Shirley Leung is a Globe columnist. She can be reached at shirley.leung@globe.com. Follow her on Twitter @leung.*

# Hiring battle for talented techies escalates among Boston companies

▶INNOVATION ECONOMY
*Continued from Page G1*

small businesses, threw a conference on the latest practices in software development last month, called Engineers4Engineers. Every software developer at the Waltham company received two tickets to give to friends. The conference and after-party were totally free.

Beneath the frenzy lies this fact: All the websites you'll visit today, all the cash registers you'll interact with, all the apps you'll open require someone to write the code, test it, and continually make it better.

Two years ago, HubSpot shined a spotlight on how tough it was becoming for fast-growing companies to find talent when it began promoting a $30,000 bonus for anyone — inside or outside the company — who referred a software developer or designer who eventually got hired by HubSpot. Over the course of about six months, resumes coming into the company more than tripled, says David Cancel, the former executive who ran it. (These days, the bonus is a mere $10,000.)

Katie Burke, vice president of culture and experience at HubSpot, said that more than the bonus, a bigger focus for the company is its co-op and internship program — "It's definitely hard work, and absolutely not a short-term strategy, but it's some of the most important work we do." Even students who don't join the company after a summer stint, she says, tell friends about it when they return to campus.

This year, the company began hosting evening engineering get-togethers that typically attract about 80 people, dubbed Tech Talk at Night. Instead of free beer, the company serves up signature cocktails based on the season. September's featured drink? An aperol honey bourbon punch.

In Boston, the startup Localytics, which helps app makers build an audience and analyze usage, also hosts regular learning events for engineers. Director of engineering Adam Buggia explained, "We have a high close rate for candidates we extend offers to, so for us the biggest challenge is just getting them in the door. By having events where smart engineers come to our office and mingle with our engineers, we've already won half the battle."

Other companies are creating programs that you might call "finishing schools" for programmers who might not ordinarily get an offer.

Steve Conine, cofounder and chief technology officer at Wayfair, said that as the Boston company grew and tech groups became more specialized within the company, "They would be reluctant to hire someone unless they checked off every box. They wanted the perfect fit." If a candidate didn't have a particular technical competency, they got passed over. "I started feeling like, 'That's killing me. Let's get them onto the team if they have the passion and the attitude.' "

So beginning in the summer of 2013, the company started a new program to train people who had a science, tech, math, or engineering major but not the requisite software skills to get hired at the company.

Now, the program is called Wayfair Labs, and all entry-level engineers are hired through it. They work to build prototypes of things that might be a little more experimental, or not at the top of the company's priority list, Conine says — like a mobile app to help employees find out where a colleague sits in the office. About 15 to 20 people join the program each month, Conine says, "and we're trying to grow that number."



HANNAH FLEISHMAN/HUBSPOT

**HubSpot's Rose DeMaio (left), software engineer; Danielle Greco (center), associate product manager; and Jen Huang, tech lead, attended a women in engineering conference.**

They get exposure to the different parts of the engineering operation, they get paid as full-time employees during the program, and more than 80 percent of them eventually join one of Wayfair's engineering teams permanently.

To announce the opening of a new engineering office in East Cambridge, the travel site Kayak hosted a hackathon in April, inviting students and professionals to create quick software applications over the course of 24 hours. The event offered $20,000 in prizes, and three months of free office space for one team. (Announcements of the event not-so-subtly mentioned more than 50 open jobs at the company.)

Can the competition for coders get even more intense? I've seen engineers delete their profiles from LinkedIn and other social media sites, specifically so they won't be annoyed by recruiters. And on a visit to Microsoft's Kendall Square conference center last week, as I was drying my hands in the restroom, I noticed a recruiting ad seeking engineers with experience in data science and machine learning on the paper towel dispenser.

Even the men's room has become a front in the war for tech talent.

*Scott Kirsner can be reached at kirsner@pobox.com. Follow him on Twitter @ScottKirsner and on betaboston.com.*

## LEGAL NOTICES



massDOT

### PUBLIC HEARING AND PUBLIC COMMENT NOTICE

Notice is hereby given pursuant to M.G.L. c. 30A, § 2 that the Massachusetts Bay Transportation Authority (MBTA) will hold a public hearing and accept public comments regarding a proposed new regulation 703 CMR 2.00 – Issuance and Enforcement of Parking Violations by the MBTA.

The regulation provide clear guidance to MBTA customers regarding the issuance and enforcement of parking violations at MBTA parking facilities and bus stops, as well as related appeal procedures. The regulation also creates a benefit for MBTA customers in that customers may elect to receive monthly invoices for parking fees at unattended parking facilities as an alternative to using the "pay by phone" mobile application. There is no fiscal impact on cities and towns. The regulation does not impose new costs on small businesses.

The authority for these regulations is M.G.L. c. 161A, §§ 3(e) and 46: "The directors may promulgate rules and regulations pertaining to the parking of motor vehicles in any terminals, stations, garages, yards, shops, parking lots, or parking garages owned or operated by the authority . . . The authority may promulgate rules and regulations concerning any posted authority bus stops throughout the authority service area."

A public hearing will be held on Monday, November 16, 2015, from 4:00 p.m. to 5:00 p.m. at the State Transportation Building, Ten Park Plaza, 2nd Floor – Conference Rooms 2 and 3, Boston, MA 02116.

Individuals who notify MBTA of their intent to testify at the hearing will be afforded an earlier opportunity to speak. Speakers may notify MBTA of their intention to testify and may also submit written testimony by e-mailing ParkingRegs@MBTA.com. Please submit electronic testimony as an attached WORD document or as text within the body of the e-mail with the reference "Testimony, Parking Regulation" in the subject line. All submissions must include the sender's full name, mailing address, and organization or affiliation, if any. Individuals who are unable to submit testimony by e-mail should mail written testimony to Lurleen Gannon, Deputy General Counsel, MBTA, Ten Park Plaza, Boston, MA 02116. Written testimony must be submitted by 5:00 p.m. on Friday, November 13, 2015.

All persons desiring to review the current draft of the proposed actions may go to http://www.mbta.com/riding_the_t/parking or request a copy in writing Lurleen Gannon, Deputy General Counsel, MBTA, Ten Park Plaza, Boston, MA 02116. Requests may also be made by sending an email to: ParkingRegs@MBTA. com

This public hearing and the public comment period on this proposed regulation is accessible to people with disabilities and individuals with limited English proficiency. If you need a reasonable accommodation (such as American Sign Language Interpreters, assistive listening devices, handouts in alternate formats, etc.) and/or language assistance (such as translated documents or an interpreter) to fully participate, please contact Lurleen Gannon,(617) 222-3178, ParkingRegs@mbta.com, at least 14 days prior to the event. Such services are provided free of charge.

MBTA may adopt a revised version of the proposed actions taking into account relevant comments and any other practical alternatives that come to its attention.

- **English:** If this information is needed in another language, please contact the MassDOT Title VI Specialist at 857-368-8580.
- **Spanish:** Si necesita esta información en otro idioma, por favor contacte al especialista de MassDOT del Título VI al 857-368-8580.
- **Portuguese:** Caso esta informação seja necessária em outro idioma, favor contar o Especialista em Título VI do MassDOT pelo telefone 857-368-8580.
- **Chinese Simplified:** (mainland & Singapore): 如果需要使用其它语言了解信息，请联系马萨诸塞州交通部（MassDOT）《民权法案》第六章专员，电话 857-368-8580.
- **Chinese Traditional:** (Hong Kong & Taiwan): 如果需要使用其它語言了解信息，請聯繫馬薩諸塞州交通部（MassDOT）《民權法案》第六章專員，電話 857-368-8580.
- **Haitian Creole:** Si yon moun vle genyen enfòmasyon sa yo nan yon lòt lang, tanpri kontakte Espesyalis MassDOT Title VI la nan nimewo 857-368-8580.
- **Vietnamese:** Nếu quý vị cần thông tin này bằng tiếng khác, vui lòng liên hệ Chuyên viên Luật VI của MassDOT theo số điện thoại 857-368-8580.

**NOTICE TO CONTRACTORS –**
**M.G.L. C. 30, sec. 39M CONSTRUCTION**
**ADVERTISEMENT OF INVITATION FOR BIDS**
COMMONWEALTH OF MASSACHUSETTS
**DEPARTMENT OF CONSERVATION AND RECREATION**
251 CAUSEWAY STREET, SUITE 600,
BOSTON, MA 02114-2104
PHONE: 617-626-1250 FAX: 617-626-1449
www.mass.gov/dcr

Contract No.: FAC77
Title: Landscaping & Snow Removal
Location: Statewide

Submitted on forms furnished by the Department which is open until Thursday, November 12, 2015.

The Massachusetts Department of conservation & Recreation is seeking qualified contractors for snow and ice removal along sidewalks, parkways and other areas as needed around the Metro Boston area for the 2015-2015 winter season.

Contractors must be active on the Statewide Contract FAC77 for Landscaping and Snow Removal, which is now open until November 12, 2015 for interested vendors to register. Please visit www.commbuys.com refer to COMMBUYS Bid number: BD-16-1080-OSD03-SRC02-00000005873. Once registered, qualified contractors must contact Dennis Fitzpatrick at Dennis.Fitzpatrick@state.ma.us for details on how to bid on DCR snow routes.

Dennis Fitzpatrick
Emergency Preparedness and Response Coordinator
Department of Conservation & Recreation
251 Causeway Street
Boston, MA 02114
617-455-8494 cell
617-626-1351 fax

Carol I. Sanchez, Commissioner
Massachusetts Department of Conservation and Recreation

**MILFORD PUBLIC SCHOOLS**
**MILFORD, MASSACHUSETTS**

**REQUEST FOR PROPOSAL**

**COMPUTER NETWORK ADMINISTRATION AND INFORMATION TECHNOLOGY TECHNICAL ASSISTANCE**

Sealed bids for the Computer Network Administration and Information Technology Technical Assistance will be accepted by the Superintendent of Schools, Milford Public Schools, 31 West Fountain Street, Milford, MA. 01757 until 10:00 AM. on Tuesday, November 10, 2015 at which time they will be publicly opened and read aloud.

Proposal specifications and forms may be obtained at the Central Administration Office, 31 West Fountain Street, Milford, MA. 01757 or by calling (508) 478-1106.

The School Committee reserves the right to accept or reject any and all bids, to waive any minor irregularities or defects in any proposal, and to award the contract as may be deemed to be in the best interest of the Milford Public Schools and/or the Town of Milford.

**The Town of Winchester** is seeking **PLOWING CONTRACTORS** with snow plow equipment to assist its DPW with snow plowing, hauling, and sanding operations for the 2015-2016 winter season. Forms may be obtained at the DPW Administration Office located at the address below.
Applications must be submitted to the Department of Public Works Office at 15 Lake Street, Winchester MA 01890 by October 26, 2015.
The Town of Winchester reserves the right to accept or reject any and all submittals, or, to award or not to award the contract in the best interest of the Town of Winchester.
Please call Michael Wise at 781-721-7100 for more information. Thank you.



U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:14-cv-04735-VC

JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,

v.

RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,

SUMMONS IN A CIVIL ACTION

TO: RADARIS, LLC -- 1853 Commonwealth Avenue, Brighton, MA 02135 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
RADARIS AMERICA, INC. -- 108 West 13th Street, Wilmington, DE 19801 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
EDGAR LOPIN -- 1853 Commonwealth Ave, Brighton, MA 02135

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) . . . you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CounselOne, PC, Anthony J. Orshansky, Justin Kachadoorian, 9301 Wilshire Blvd., Suite 650, Beverly Hills, California 90210.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
Date: 10/30/2014
CLERK OF COURT Richard W. Wieking /s/ (signature of deputy clerk)




Now place your want ads whenever you want ads.

Create your ad today at boston.com/monster




Earn an A+ when you go away

Give back to local schools by donating the value of your newspaper.

The Boston Globe BostonGlobe.com/NIE
news in education
Visit bostonglobe.com/niedonate

Capital One café

beta Boston
BYTES AND BREW
10/28 // Back Bay Capital One Café // 6:30 p.m.

Boston is ground zero for innovation, and BetaBoston is covering the tech talent behind it. **Want to meet some of them?** Join BetaBoston at Bytes and Brew, October 28th. Connect with the area's best and brightest over food and beer, and learn what's around the corner in Boston's innovation economy.

**Sign up at BetaBoston.com/bytesandbrew**

Presented by: Capital One

Must be 21+ to attend.

The Boston Globe
Publication Date: 10/25/2015
This E-Sheet is provided as conclusive evidence that the ad appeared in the Boston Globe on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Ad Number: 130889
Insertion Number:
Size: 1.05 x 5.14
Color Type: B&W
Client Name:
Advertiser: CounselOne, PC
Section/Page/Zone: Business/005/NZ
Description: Legals