# Driven scientist readies for top research post

▶ CANCER DRUG
*Continued from Page G1*

staff, including 2,500 in Cambridge.

He will move from an academic teaching hospital to Big Pharma at a time when, despite a pickup in the pace of scientific advances, the industry is consolidating and shedding research programs. Among his challenges will be pleasing corporate overseers across the Atlantic while living up to the legacy of Dr. Mark C. Fishman, the founding president who built the Novartis Institutes into a leader in genetic-based therapies for cancer and other diseases.

Colleagues say Bradner is up to the task. While keeping an active practice as a hematologist, he has been involved in hundreds of research collaborations locally and globally, said Dr. Kenneth C. Anderson, a Dana Farber colleague and Harvard Medical School professor. "He's an amazing source of scientific knowledge and is willing to help other [research] investigators," Anderson said.

"Jay is a force of nature," said Stuart L. Schreiber, a Harvard scientist and founding member of the Broad Institute of MIT and Harvard, a genetic research organization. "And he's taking over what I personally think is the crown jewel position in all of biopharma."

Bradner, who won't join Novartis until Jan. 1, said it's too soon for him to talk about his plans, other than keeping Novartis on the forefront of medical research. He will spend two months working side-by-side with Fishman, who is turning 65 next year and retiring, before assuming the role of president on March 1.

While he is clear-eyed about the challenges, Bradner said the concentration of top researchers at Novartis combined with the research talent in Greater Boston will provide him with a big asset. He also cites Novartis' deep commitment to drug discovery and willingness to invest over the long-term, making it the ideal perch for bringing new medicines to market.

Novartis spends nearly $10 billion a year on research and development, more than any drug company, according to the London research firm Global Data.

"This is truly a pregnant moment in the golden age of biotechnology," Bradner said. "The velocity of scientific discovery is unprecedented, and Novartis has a storied commitment to discovery."

Bradner grew up in Highland Park, Ill., north of Chicago. Though his father was a lawyer and his mother an accountant, Bradner gravitated toward the sciences. He graduated from Harvard University and the University of Chicago Medical School and did his residency at Brigham and Women's Hospital in Boston. He joined Dana-Farber in 2005.

He said his interest in drug discovery stems from a realization that first took hold when he started treating patients: Doctors lack the tools they need to help those suffering from cancer. (His father died eight years ago of pancreatic cancer, a disease for which there are still few effective treatments.)

"After I was trained as a medical doctor, I was struck by the inadequacy of our medicines for cancers," Bradner said. "When I was approached [by Novartis], I was immediately captivated by the opportunity to expand the impact of my research to the development of new therapies."

Bradner has co-authored more than 130 scientific publications and holds about 30 US patents. He has helped develop the emerging field of gene control, which seeks to regulate master switches that allow genes to express themselves in ways that cause disease. Among the cancer drug companies he has helped launch are Shape Pharmaceuticals Inc. of Cambridge, which targeted lymphoma, and Acetylon Pharmaceuticals Inc. of Boston, which targets multiple myeloma.

Bradner, who lives in Weston with his wife, Jennifer, a corporate attorney, and their three children, also manages to find time to play squash and guitar.

Those who know him say he has an insatiable curiosity and keeps up on medical developments, even outside his specialty of blood cancers, encouraging colleagues to explore different ways of approaching problems.

In tapping Bradner, Novartis chief executive Joseph Jimenez is following the playbook of his predecessor, Daniel Vasella, who spent months in 2002 wooing Fishman, then chief of cardiology at Massachusetts General Hospital. Fishman had little interest in moving to Basel, Switzerland, where Novartis is based, so Vasella agreed to establish the company's global research center in Cambridge.

Fishman proved adept at corporate politics, maintaining strong ties with Novartis headquarters and keeping the research dollars flowing. Under his leadership, Novartis expanded its research into areas such as neuroscience, regenerative medicine, which seeks to heal damaged organs by regenerating healthy tissue, and immuno-oncology, which aims to use the body's immune system to fight cancer.

Novartis is testing about 500 drug candidates.

Fishman, who plans to teach and engage in more hands-on research when he leaves Novartis, describes Bradner, as "a very creative scientist and a very caring physician" who is also entrepreneurial.

"My advice to him," Fishman said, "is to keep his eye on the goal: to make medicines that are very important. You have to be a cheerleader through good times and bad."

Bradner acknowledges he has big shoes to fill, calling Fishman "a legendary figure in biomedical research."

Doug Cole, managing partner at Cambridge investment firm Flagship Ventures, said Bradner has skills and talent to fill them. Cole, who helped bankroll a startup, Syros Pharmaceuticals Inc. of Cambridge, based on Bradner's gene control technology, said he's seen Bradner "mesmerizing and motivating people in ways you rarely see" at a variety of medical and business settings.

"Jay's willing to entertain approaches that other people find daunting," Cole said. "A senior pharmaceutical executive told me, 'Jay Bradner doesn't even think outside the box. Jay doesn't even know the box exists.'"

*Robert Weisman can be reached at robert.weisman@globe.com. Follow him on Twitter @GlobeRobW.*

---

JOHN BLANDING/GLOBE STAFF

Dr. Jay Bradner, who will lead the Novartis Institutes for Biomedical Research in Cambridge, is praised for his creativity.

**NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH**
**Headquarters:** Cambridge
**Corporate parent:** Novartis AG of Switzerland
**Research focus:** Immuno-oncology, regenerative medicine, neuroscience
**Worldwide employees:** 6,000
**Cambridge workforce:** 2,500
**Experimental drugs in clinic:** About 500
**Drugs recently approved:** Entresto, Cosentyz, Farydak, and Odomzo.
SOURCE: Novartis



**Framingham State University**
FULL-TIME, PART-TIME & ONLINE OPTIONS
23 GRADUATE DEGREE AND 12 GRADUATE CERTIFICATE PROGRAMS
Get started today!
Visit us at www.framingham.edu/graduate
or call 508-626-4603

NOW IN PAPERBACK
"Only one newspaper, the *Boston Globe*, had the persistence and courage to tackle this story."
—Peggy Noonan, *The Wall Street Journal*



BETRAYAL
The Crisis in the Catholic Church
THE FINDINGS OF THE INVESTIGATION THAT INSPIRED THE MAJOR MOTION PICTURE SPOTLIGHT
The Boston Globe
WINNERS OF THE PULITZER PRIZE

The reporting behind this groundbreaking book—one of the most significant works of investigative journalism since Woodward and Bernstein's reporting on Watergate—has been brought brilliantly to life on the screen in the major motion picture *Spotlight*.

ON SALE NOW  BACK BAY BOOKS
Also available in ebook and downloadable audio wherever books are sold

LEGAL NOTICES

**ORDER OF NOTICE**
Commonwealth of Massachusetts Land Court Department of the Trial Court 15 SM 009037 ORDER OF NOTICE TO: HOPA V. BAKER f/k/a HOPA V. KNIGHT and to all persons entitled to the benefit of the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501 et seq.: BR. HOUSING FUND, LLC claiming to have an interest in a mortgage covering real property in Dorchester (Boston District), 36-40 Norfolk Street, given by Hopa V. Bailey T/K/a Hopa V. Baker f/k/a Hopa V. Knight to Greenpoint Mortgage Funding, Inc., dated August 9, 2006 and recorded in the Suffolk County Registry of Deeds in Book 40169, at Page 271, has/have filed with this court a complaint for determination of Defendant's Servicemembers status. If you now are, or recently have been, in the active military service of the United States of America, then you may be entitled to the benefits of the Servicemembers Civil Relief Act. If you object to a foreclosure of the above-mentioned property on that basis, then you or your attorney must file a written appearance and answer in this court at **Three Pemberton Square, Boston, MA 02108** on or before November 30, 2015 or you will be forever barred from claiming that you are entitled to the benefits of said Act. Witness, JUDITH C. CUTLER Chief Justice of this Court on October 16, 2015 Attest: Deborah J. Patterson Recorder

**U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:14-cv-04735-VC
JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,
v.
RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,
**SUMMONS IN A CIVIL ACTION**
TO: RADARIS, LLC — 1853 Commonwealth Avenue, Brighton, MA 02135 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
RADARIS AMERICA, INC. — 108 West 13th Street, Wilmington, DE 19801 / 34 Washington Street, Suite 201, Wellesley Hills, MA 02481
EDGAR LOPIN — 1853 Commonwealth Ave, Brighton, MA 02135
A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CounselOne, PC, Anthony J. Orshansky, Justin Kachadoorian, 9301 Wilshire Blvd., Suite 650, Beverly Hills, California 90210.
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
Date: 10/30/2014
CLERK OF COURT Richard W. Wieking /s/ (signature of deputy clerk)

**MILFORD PUBLIC SCHOOLS MILFORD, MASSACHUSETTS**
**REQUEST FOR PROPOSAL**
**COMPUTER NETWORK ADMINISTRATION AND INFORMATION TECHNOLOGY TECHNICAL ASSISTANCE**
Sealed bids for the Computer Network Administration and Information Technology Technical Assistance will be accepted by the Superintendent of Schools, Milford Public Schools, 31 West Fountain Street, Milford, MA. 01757 until 10:00 AM. on Tuesday, November 17, 2015 at which time they will be publicly opened and read aloud.
Proposal specifications and forms may be obtained at the Central Administration Office, 31 West Fountain Street, Milford, MA. 01757 or by calling (508) 478-1106.
The School Committee reserves the right to accept or reject any and all bids, to waive any minor irregularities or defects in any proposal, and to award the contract as may be deemed to be in the best interest of the Milford Public Schools and/or the Town of Milford.

**LEGAL NOTICE**
**Town of Watertown**
**Historic DISTRICT Commission**
**Notice of Public Hearing**
In accordance with the Historic District Ordinance a public hearing will be held
**November 19, 2015 7:00 p.m.**
in the 3rd Floor Planning Office Conference Room of the Town Administration Building, 149 Main Street
to consider the Certificate of Appropriateness application submitted for **195 Mt Auburn St.**
for the proposal of adding these features based on pending approval of proposed side porch and second floor sun room demolition:
First Floor:
• New wood deck and stairs
• Handrails and wood support posts
• New wood window rear side south elevation
• Aluminum clapboard siding to match existing
Second Floor:
• New wood deck and wood railings
• New wood stairs to lower deck
• New wood French doors
Clark Elefteriadis, Applicant, Clyde L. Younger, Owner

**LEGAL NOTICE**
**MILFORD PUBLIC SCHOOLS**
**MILFORD, MASSACHUSETTS**
**INVITATION TO BID**
**BIDS FOR School Bus Transportation**
Sealed bids for School Bus Transportation will be accepted by the Superintendent of Schools, Milford Public Schools, 31 West Fountain Street, Milford, MA. 01757 until 10:00 AM. on Wednesday, December 16, 2015 at which time they will be publicly opened and read aloud.
Bid specifications and forms may be obtained at the Central Administration Office, 31 West Fountain Street, Milford, MA. 01757 or by calling (508) 478-1106.
The School Committee reserves the right to accept or reject any and all bids, to waive any minor irregularities or defects in any bid, and to award the contract as may be deemed to be in the best interest of the Milford Public Schools and/or the Town of Milford.

Buying a car this week?
Check out new and used car specials from over 100 local dealers.
boston.com powered by CarGurus
Visit Boston.com/cars powered by CarGurus.com

B Experience Globe.com

The Boston Globe
Publication Date: 11/01/2015
This E-Sheet is provided as conclusive evidence that the ad appeared in the Boston Globe on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.
Ad Number: 135814
Insertion Number:
Size: 1.05 x 5.14
Color Type: B&W
Client Name:
Advertiser: CounselOne, PC
Section/Page/Zone: Business/005/NZ
Description: Legals