1   Anthony J. Orshansky, SBN 199364
    anthony@counselonegroup.com
2   Alexandria R. Kachadoorian, SBN 240601
    alexandria@counselonegroup.com
3   Justin Kachadoorian, SBN 260356
    justin@counselonegroup.com
4   COUNSELONE, P.C.
    9301 Wilshire Boulevard, Suite 650
5   Beverly Hills, California 90210
    Telephone: (310) 277-9945
6   Facsimile: (424) 277-3727

7   JOHN HUEBNER and IRMIN LANGTON,
    on behalf of themselves and others similarly situated,

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  JOHN HUEBNER and IRMIN LANGTON, on        CASE NO. 3:14-CV-04735-VC
    behalf of themselves and others similarly situated,
13                                            **UPDATED CASE MANAGEMENT
                                              STATEMENT**
14                      Plaintiffs,
                                              CMC:  December 15, 2015
15             v.                             Time:  11:00 a.m.
                                              Judge:  Hon. Vince Chhabria
16  RADARIS, LLC, a Massachusetts limited liability   Courtroom: 4, 17th Floor
    company; RADARIS AMERICA, INC., a
17  Delaware corporation; and EDGAR LOPIN, an   Complaint filed:  October 24, 2014
    individual,                               Trial Date:  None Set
18
                        Defendants.
19

20

21

22

23

24

25

26

27

28

1    Plaintiffs John Huebner and Irmin Langton ("Plaintiffs"), through their counsel herein,

2    submit this Updated Case Management Statement.

3    Pursuant to the Court's September 29, 2015 order granting service of the summons by

4    publication on Radaris, LLC and Edgar Lopin ("Defendants"), Plaintiffs have effected service by

5    publishing the summons in *The Boston Globe* four times on Sunday, October 11, 2015, Sunday,

6    October 18, 2015, Sunday, October 25, 2015, and Sunday November 1, 2015.  Plaintiffs filed

7    Service by Publication on November 20, 2015.  [Dkt. No. 32.]

8    Publication notice is complete 28 days after the first day of publication, inclusive of the

9    first day. *See* Cal. Gov. Code § 6064.  A defendant who is served by publication then has 21 days

10   to respond to the Complaint. Fed. R. Civ. P. 12(a)(1)(A)(i).  Accordingly, Defendants' response

11   was due by or before November 30, 2015.  Defendants have failed to respond.

12   Plaintiffs will file a motion for entry of default before the December 15, 2015 CMC, and

13   after the clerk provides notice of entry of default, Plaintiffs will file an application for entry of

14   default judgment by the Court, *see* Fed. R. Civ. P. 55, and motion for class certification. *See* Fed.

15   R. Civ. P. 23.  Plaintiffs plan on filing the foregoing within ninety (90) days.

16

17   Respectfully submitted,

18   Dated:  December 8, 2015          COUNSELONE, P.C.

19

20   By: _____

21   Anthony J. Orshansky
     Alexandria Kachadoorian

22   Justin Kachadoorian
     *Attorneys for Plaintiffs*

23   *John Huebner, Irmin Langton and the*
     *Putative Class*

24

25

26

27

28

1
2

**PROOF OF SERVICE BY UNITED STATES MAIL**

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is 9301 Wilshire Blvd., Suite 650, Beverly Hills, CA 90210.

5
6

On December 8, 2015, I served the following document(s) described as:   **UPDATED CASE MANAGEMENT STATEMENT** on the persons below as follows:

7
8

Radaris America, Inc.
Radaris, LLC
Edgar Lopin

9

108 West 13th Street
Wilmington, DE 19801

10
11

Radaris America, Inc.
Radaris, LLC
Edgar Lopin

12

34 Washington St., Suite 201
Wellesley Hills, MA 02481

13
14

Radaris America, Inc.
Radaris, LLC
Edgar Lopin

15

1853 Commonwealth Ave.
Brighton, MA 02135

16
17

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

18

☐  deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

19
20

☒  placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

21
22
23

I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Beverly Hills, California.

24

☐  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

25
26

☒  (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

27
28

UPDATED CASE MANAGEMENT STATEMENT
Case No. 3:14-cv-04735-VC

1

2
    Executed on December 8, 2015, at Beverly Hills, California.

3

4
Lanie Lim
Type Name                                     Signature

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UPDATED CASE MANAGEMENT STATEMENT
Case No. 3:14-cv-04735-VC