ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT OF DEFENDANTS RADARIS, LLC AND EDGAR LOPIN** |

**To the Clerk of the United States District Court for the Northern District of California:**

Pursuant to Federal Rule of Civil Procedure 55, plaintiffs John Huebner and Irmin Langton ("Plaintiffs") respectfully request that the Clerk enter the default of defendants Radaris, LLC ("Radaris") and Edgar Lopin ("Lopin") for failure to plead or otherwise defend against this action in a timely manner.

Radaris and Lopin were served, pursuant to Fed. R. Civ. P., Rule 4(e)(1) and (h)(1)(A), Cal. Code of Civ. Pro. § 415.50(a), Gov. Code § 6064 and this Court's Order of September 29, 2015, through notice by publication in *The Boston Globe*.  Plaintiffs filed a proof of service of notice by publication on November 20, 2015, showing that notice of this action was published in the print and digital editions of *The Boston Globe* on October 11, 2015, October 18, 2015, October 25, 2015, and November 1, 2015.  [*See* Dkt. No. 32.]  Pursuant to California Government Code § 6064, service is deemed complete as of 28 days following the first date of publication of the notice, inclusive of the first day.  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant has 21 days from completion of service to respond to the Complaint.  The last day by which Radaris and Lopin were required to appear or otherwise respond to the Complaint expired on November 30, 2015.

Radaris and Lopin have failed to plead or otherwise respond to the Complaint.  Based on the foregoing and the attached Declaration of Plaintiffs' counsel, Plaintiffs respectfully request that the Court enter the defaults of Radaris and Lopin.

DATED:     December 14, 2015                                     COUNSELONE, PC


By  */s/ Anthony J. Orshansky*
Anthony J. Orshansky
Justin Kachadoorian
Attorneys for Plaintiffs and the Putative Class