ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANTHONY J. ORSHANSKY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

Case No. 3:14-cv-04735-VC
Declaration in Support of
Request for Entry of Default

**Declaration of Anthony J. Orshansky**

I, Anthony J. Orshansky, declare:

1. I am a competent adult, over the age of eighteen and counsel of record for plaintiffs John Huebner and Irmin Langton ("Plaintiffs") in the above-captioned action. The following is based upon my personal knowledge, and if called as a witness I could and would competently testify thereto.

2. Defendants Radaris, LLC. ("Radaris") and Edgar Lopin ("Lopin") were served, pursuant to Fed. R. Civ. P., Rule 4(e)(1) and (h)(1)(A), Cal. Code of Civ. Pro. § 415.50(a), Gov. Code § 6064 and this Court's Order of September 29, 2015, through notice by publication in *The Boston Globe*.

3. Plaintiffs filed a proof of service of notice by publication on November 20, 2015, showing that notice of this action was published in the print and digital editions of The Boston Globe on October 11, 2015, October 18, 2015, October 25, 2015, and November 1, 2015. [*See* Dkt. No. 32.]

4. Pursuant to California Government Code § 6064, service is deemed complete as of 28 days following the first date of publication of the notice, inclusive of the first day.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), a defendant has 21 days from completion of service to respond to the Complaint.

6. The last day by which Radaris and Lopin were required to appear or otherwise respond to the Complaint expired on November 30, 2015.

7. The time to plead or otherwise respond to the Complaint has not been extended by the parties' agreement or Court order.

8. Radaris and Lopin have failed to serve or file a pleading or otherwise respond to the Complaint or appear in this action.

1

Case No. 3:14-cv-04735-VC
Declaration in Support of
Request for Entry of Default

1   I declare under penalty of perjury under the laws of the United States and the State of
2   California that the foregoing is true and correct.
3   Executed December 14, 2015, at Los Angeles, California.

_____/s/ _ *Anthony J. Orshansky* __
Anthony J. Orshansky

2

Case No. 3:14-cv-04735-VC
Declaration in Support of
Request for Entry of Default