UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                       General Court Number
Clerk of Court                                                                                          415-522-2000

December 18, 2015

RE:14-cv-04735-VC  Huebner v. Radaris, LLC

Default is entered as to Radaris, LLC and Edgar Lopin on December 18, 2015.

                                                                        Susan Y. Soong, Clerk


                                                                        s/ Felicia Reloba_____
                                                                        by:  Felicia Reloba
                                                                        Case Systems Administrator
                                                                        415-522-2000