1  ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
   anthony@counselonegroup.com
2  JUSTIN KACHADOORIAN, Cal. Bar No. 260356
   justin@counselonegroup.com
3  COUNSELONE, P.C.
   9301 Wilshire Boulevard, Suite 650
4  Beverly Hills, California 90210
   Telephone: (310) 277-9945
5  Facsimile: (424) 277-3727

6  Attorneys for Plaintiffs JOHN HUEBNER and IRMIN
   LANGTON, on behalf of themselves and others similarly
7  situated

8
                    UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  JOHN HUEBNER and IRMIN LANGTON,        Case No. 3:14-cv-04735-VC
    on behalf of themselves and others similarly
13  situated,                              [Assigned to the Honorable Vince Chhabria]

14                      Plaintiffs,

15          v.                             **DECLARATION OF JUSTIN
                                           KACHADOORIAN IN SUPPORT OF
16  RADARIS, LLC, a Massachusetts limited  PLAINTIFFS' MOTION FOR CLASS
    liability company; RADARIS AMERICA,    CERTIFICATION**
17  INC., a Delaware corporation; and EDGAR
    LOPIN, an individual,                  Hearing Date:  March 17, 2016
18                                         Time:          10:00 a.m.
                       Defendants.         Ctrm.:         4, 17th Floor
19

20

21

22

23

24

25

26

27

28

## Declaration of Justin Kachadoorian

I, Justin Kachadoorian, declare:

1.      I am a competent adult, over the age of eighteen and one of the attorneys of record for plaintiffs John Huebner and Irmin Langton ("Plaintiffs") in the above-captioned action.  The following is based upon my personal knowledge, and if called as a witness I could and would competently testify thereto.

2.      Plaintiffs' Complaint names three defendants:  Radaris America, Inc., Radaris, LLC, and Edgar Lopin (together, "Defendants" or "Radaris").

3.      Radaris.com is a people search website that collects, assembles, and distributes information on persons throughout the country.

4.      Simply visit radaris.com and enter someone's name, and Defendants will return searches for literally hundreds if not thousands of persons with that name or similar names.

5.      A true and correct copy of a webpage linked to Radaris's website containing advertising copy for Radaris is attached hereto as Exhibit A.

6.      A true and correct copy of a Radaris webpage identifying the number of reports Radaris sells each year is attached hereto as Exhibit B.

7.      A true and correct copy of a webpage from the Radaris website discussing the algorithm used by the website to gather public records is attached hereto as Exhibit C.

8.      A true and correct copy of webpages from the Radaris website and blog discussing the potential uses of its background reports is attached hereto as Exhibit D.

9.      A true and correct copy of two profiles for persons whose names have been redacted showing comments regarding their "professional capacity" is attached hereto as Exhibit J.  The last page of the reports contains a fine-print disclaimer stating that Radaris is not a consumer reporting agency subject to the FCRA.

10.      Plaintiffs' counsel investigated this matter through Internet outreach since at least the winter of 2013, and as a result I have received dozens of emails and phone calls from persons throughout California about Radaris.

11.      For well over two years now putative class members have reported that Defendants

have collected and publicly displayed their private information on the Radaris website and ignored their attempts to remove or correct it.

12.     Indeed Radaris disclaims any effort to do so.  Attached hereto as Exhibit E is a true and correct copy of Defendants' webpage stating that it does not remove or correct information.

13.     Putative class members here have proven to be very reluctant to step forward to vindicate their rights.  Many of them are shaken up that so much of their private information is publicly available and have no desire to further inject themselves into the public eye.  More than a couple class members have expressed fear and apprehension about coming forward because doing so would potentially announce to ex-spouses or lovers a source of information about their families and whereabouts. Plaintiffs' counsel have discussed this case with several potential clients who expressed interest in serving as class representatives but ultimately refrained from doing so out for fear of the consequences.

14.     Attached hereto as Exhibit F is a true and correct copy of a press release by the Federal Trade Commission titled "Background Screening Reports and the FCRA:  Just Saying You're Not a Consumer Reporting Agency Isn't Enough," posted online on January 10, 2013.

15.     Attached hereto as Exhibit G is a true and correct copy of the complaint filed by the FTC *In the Matter of Filiquarian Publishing, LLC, et al.*, Case No. C-4401, on or about April 13, 2013.

16.     Attached hereto as Exhibit H is a true and correct copy of the decision and order *In the Matter of Filiquarian Publishing, LLC, et al.*, Case No. C-4401, filed on or about April 30, 2013.

17.     Attached hereto as Exhibit I is a true and correct copy of the consent order filed in *United States v. Instant Checkmate, Inc.*, Case No. 14-CV-0675 (S.D. Cal. Mar. 24, 2014), ECF No. 5.

18.     Attached hereto as Exhibit K is a true and correct copy of Radaris's terms of service purporting to disclaim liability under the FCRA.

19.     Plaintiffs' counsel is well versed in class action litigation, including class action involving consumer protection and consumer privacy.  Plaintiffs' counsel have been appointed class counsel or co-class counsel in the following cases, among others:

a. *Lewert, et al. v. Vendini, Inc.*, Santa Clara Super. Ct. Case No. 1-14-CV-259897;

b. *Romero, et al. v. Loacker USA, Inc.*, Santa Clara Super. Ct. Case No. 1-14-CV-274434;

c. *Hoffman v. Bank of America, N.A.*, CASD Case No. 3:12-CV-00539;

d. *Byanooni v. Merrill Lynch, Pierce, Fenner & Smith*, CAND Case No. 3:12-CV-05270;

e. *Knell, et al. v. FIA Card Services, Inc.*, CASD Case No. 3:12-CV-00426-AJB-WVG;

f. *Klacko v. Diamond Foods, Inc.*, S.D. Fla. Case No. 9:14-cv-80005-BB

g. *Zadeh v. Ikon*, LASC Case No. BC470371;

h. *Fast, et al. v. Hilton Hotel Corporation*, LASC Case No. BC409467;

i. *Sink-Crilly v. Centex Homes*, CACD Case No. CV09-2476;

j. *Alexander v. DS Waters of America*, CACD Case No. CV09-03384;

k. *Collins v. Live Nation Worldwide, Inc.*, LASC Case No. BC436141;

l. *Milford v. ADT Security Services, Inc.*, CACD Case No. CV08-2236;

m. *Beal v. Activision, Inc.*, LASC Case No. BC348560;

n. *Healy v. Siemens IT Solutions and Services, Inc.*, Santa Clara Super. Ct. Case No. 108CV113479;

o. *Flores v. Loomis Armored*, LASC Case No. BC409899;

p. *Davies, et al. v. Godiva Chocolatier, Inc.*, LASC Case No. BC429547;

q. *Galavis v. Patina Restaurant Group, LLC*, LASC Case No. BC375225;

r. *Dupont v. Innovative Dining Group*, LASC Case No. BC391240;

s. *Fluke v. RFG Oil, Inc.*, LASC Case No. BC403354;

t. *Urena v. Camachos Restaurant*, LASC Case No. BC365913;

u. *Callela v. Dolce Group*, LASC Case No. BC364711;

v. *Vasquez v. The Hollywood Pig n Whistle LP*, LASC Case No. BC335075;

w. *Goldman v. Aorta Restaurant Operating LP*, LASC Case No. BC379688;

x. *Garcia v. California Credits Group*, LASC Case No. BC353213;

3

y.  *Afanasyev v. Miller Infiniti, Inc.*, LASC Case No. BC350788;

z.  *Morris v. Gymboree, Inc.*, LASC Case No. BC393270;

aa. *Ortega v. AJC Sandblasting, Inc.*, LASC Case No. BC378806;

bb. *Lulejyan v. Jim Falk Motors of Beverly Hills, Inc.*, LASC Case No. BC398459; and

cc. *Rylko v. The Griddle Café, Inc.*, LASC Case No. BC386126.

20.     Neither Plaintiffs nor their counsel have any conflicts of interest with other class members and their interests are reasonably co-extensive.  Plaintiffs do not have claims unique from other class members for which they seek augmented or additional recovery.  Like other class members, Plaintiffs seek to bring Defendants into compliance with federal and state consumer-reporting and privacy laws.

21.     Moreover, both Plaintiffs and their counsel have been committed to vigorously prosecuting this action.  Plaintiffs have engaged in many lengthy discussions with Plaintiffs' counsel about the case both pre- and post-filing and agreed to initiate a lawsuit whereas other class members have shied away from the responsibility and publicity resulting from a public filing.  Plaintiffs' counsel have substantial experience litigating class action lawsuits, including consumer privacy suits, and they have remained committed to the action despite Defendants' default and expenditure of time and money that will likely go uncompensated.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed February 11, 2016.

_____/s/ _ *Justin Kachadoorian* __
Justin Kachadoorian

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ECF ATTESTATION**

I, Anthony J. Orshansky, am the ECF User whose ID and password are being used to file the above Declaration.   In compliance with Local Rule 5-1(i)(3), I hereby attest that Justin Kachadoorian has concurred in and authorized this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

/s/ Anthony J. Orshansky
Anthony J. Orshansky

*Attorneys for Plaintiffs*

5

# EXHIBIT A



CONSUMER APPLICATIONS

ANALYTIC SOLUTIONS

MOBILE APPS

# Access to nearly everyone's profile



a Centerex company

*Radaris.com*

*Radaris is a comprehensive people search engine that includes profiles of nearly every person in the country.*

*Our profiles enable you to locate long-lost friends and relatives, verify backgrounds of your acquaintances, and learn more about the people you may be interacting with across your work and personal communities. There are free public profiles, along with premium background checks, contact reports and other information tools.*

*Radaris helps you get to know your growing community of friends, neighbors, acquaintances and co-workers, instantly and privately, directly with your PC, laptop or smartphone. Rest assured that your search activity is not shared with ANYONE.*

# Professional profiles



a Centerex company

*Trustoria.com*

*Trustoria is a free professional directory that includes every category available of business professionals and service providers.*

*Consumers and businesses use Trustoria to locate professionals locally and anywhere across the country. Within these profiles you have access to the full professional history and business relationships of each person. This allows you to be sure of their credentials before doing business with them.*

*The Trustoria directory contains more than 60 million professional profiles across the entire country.*

# Business Directory



a **Centerex** company

*Bizstanding.com*

*The BizStanding business directory includes nearly every business, corporation, organization and DBA ("doing-business-as") in the country.*

*Consumers find detailed contact information for all the businesses nearby or across the country. It can even help find company information you didn't know existed - like local home contractors without retail storefronts, growing regional companies without big advertising budgets, and contact information for large corporations that may hide their corporate details.*

*BizStanding contains many millions of active and historical business listings for every US state.*

# Reverse Lookup Telephone Directory



a **Centerex** company

*Phoneowner.com*

*Phoneowner.com is a complete directory of nearly every landline and cell phone number in use today.*

This directory serves as a modern phone book - both white pages and yellow pages - to find any person or business in the country. It can also be used as a free reverse phone lookup service to find the owner and contact information for any number you don't recognize. Ever wonder who is calling you or a member of your family? Now you can, instantly.

Phoneowner.com helps you identify who is calling you or texting your family members. You can also identify which companies are calling you with those annoying promotions. This gives you the option to immediately report them so they stop calling. You can also go to FTC.gov and have your telephone number put on the Do Not Call list.

About     Applications     Analytic Solutions     Mobile Apps     Contact     Privacy
© 2016 Centerex

EXHIBIT B

PEOPLE SEARCH    BACKGROUND CHECK    PROFESSIONALS    PHONES    ADDRESSES    FAMILY SAFETY    RADAR    MORE ...        APPS        LOGIN

# **Radaris America** – Your Reliable Partner!

Radaris is a leader in the online people-search and background check space. We are constantly growing and always looking for new ways to introduce people to our products and services. As a result, we have established a very lucrative affiliate program to help us partner with quality sites in order to attract new customers to Radaris.

We are always recruiting new affiliate partners to connect through CJ.com where, we have industry leading offers that can relate to any vertical. Radaris offers a variety of different types of information including background checks, advanced people search reports, phone lookup reports, and professional reviews so we encourage you to join our affiliate program regardless of what sector you are in.

More details about our affiliate program can be found on CJ.com.

We look forward to working together.

If you have any questions, please feel free to contact us directly at, affiliate@radaris.com



Who uses Radaris background checks?
Home owners,
Young mothers, Online daters, Families, and Genealogy buffs

Each year Radaris sells more than

## 75,000
reports
and the industry is growing

**Working Moms**
**55%**
of mothers remain in the workforce - they all research new friends

**Online Daters**
**40 million**
online daters -- The smart ones run background checks.

**Genealogy Buffs**
**84 million**
people search for lost relatives each year -- They start with online reports

**Radaris background reports build the foundation of a better community and allow people to know each other better.**



Source:
FTC.gov
StatisticBrain.com

        

| People Search | People Directory | About | In the news | Share: |
|---|---|---|---|---|
| Background Check | Public Records | Principles | Blog | |
| Professionals Search | Ratings & Reviews | Terms of Service | Help center | |
| Reverse Phone | Property Records | Cancellation Policy | Affiliate Program | |
| Reverse Address | Email lookup | Privacy Policy | Contact | Follow Radaris: |
| Family Safety | Mobile Apps | | | Google+ · Facebook · Twitter |
| Radar | Regional sites | | | |

© 2015 Radaris

# EXHIBIT C

APPS        LOGIN

a Centerex company

# Radaris in the news

For press inquiries, please
contact us at
press@radaris.com

## Radaris Launches the Trustoria Professional Directory to Revolutionize How Professionals are Found

*New professional directory bridges the gap between service marketplaces and closed professional networking sites*

**BOSTON** - September 8, 2015 - Radaris, the people search engine, today launched Trustoria.com, a comprehensive directory of US professionals including more than 60 million professional profiles. The directory is intended for both business and

Click to expand and read the article

## Radaris Releases New People Search and Background Check Apps

*Detailed public profiles, contact information, background check information, and reverse phone lookups available from anywhere*

**BOSTON** - March 10, 2015 - Radaris, the people search engine, has released a new Background Check app and a significant update to the Radaris People Search app that provides better mobile access to all the popular information services. Designed

Click to expand and read the article

## Radaris Launches Property Search and Address Directory to Help Find Owner and Resident Information

*New Reverse Address Lookup Gives Unparalleled Access to Resident Information for Every Street Address in the Country*

**BOSTON** - November 12, 2014 - Radaris, the people search engine, announced today the launch of a new directory service that provides all publicly available address information. The Radaris Property Search and Address Directory allows people to

Click to expand and read the article

## Radaris Releases New Site Design and Personal Profile Page Layout to Increase Visibility of Public Profiles

*Professional records, career history, and social network activity now contribute to a more honest online reputation*

**BOSTON** - September 30, 2014 - Radaris, the people search engine, has redesigned Radaris.com to give greater visibility to the real, public references of the people that affect our lives. The redesign features more prominent access to social network

Click to expand and read the article

## Radaris Launches New US Phone Directory to Help Identify Unknown Callers and Text Messages

*Reverse Phone Number Lookup and Directory Gives Unprecedented Access to Public Phone Number Records*

**BOSTON** - August 4, 2014 - Radaris, an intelligent people search engine, announced today the launch of a new service designed to give universal access to publicly available phone numbers. The Radaris US Phone Directory, combined with a

Click to expand and read the article

# Radaris Expands Access to Valuable People-Search Information via New, Convenient Tools

*New tools for people-search bring Radaris to the forefront of information delivery*

**BOSTON** - April 21, 2014 - Radaris, a universal people directory, is expanding access to its people-search technology, finding new ways to conveniently delivervaluable information in a variety of formats. Radaris is beta testingnew features,

> Click to expand and read the article

# Radaris Delivers Next Evolution of People-Search Technology

*Public Information Indexing System and Streamlined Format Encourages Personal Connections, Finding Lost Friends and New Discoveries*

**BOSTON** - April 1, 2014 - Radaris, a universal people directory, has modernized and streamlined the way people find information and learn about each other. By capturing all publicly available personal information via a proprietary algorithm, Radaris indexes everything relevant about people and provides it for free in a convenient format, automatically filteringunimportant results often found when using traditional peoplesearch.

Traditional people-search provides results which are either too broad to be helpful or are based on an old model of finding information usinglandline phone numbers. Radaris streamlines the information, gives relevant insight into the people you're looking for and condenses it into a useful format that's tailored to suit a people-specific search.

Radaris allows usersto connect with peoplefrom all aspects of life. From finding longlost relatives to old coworkers, friends from college, oreven returning a lost wallet, Radaris helps form connections and establish new communities. Usersget to know professional or personal reputations prior to establishing anew relationship. For instance, Radaris can help userslearn more about their neighbors or look up property records before buying or renting a home.

Information and references about individuals are gathered using many sources: social media, official public records, publications, traditional search engines and user reviews. Additionally, Radaris has industry-leading partners, such as professional data companies like Experian, thatshare information, making Radaris'people-search capabilitiesmore comprehensive than other methods.

Compared to traditional and outdated people-search techniques, Radaris gives significantly enhanced access to free information. Paid premium background information provided by professional data companies and other sources is far more in-depth and targeted than any other people-search available.Pricing begins at $0.95 for a Contact Report during an initial trial period, with additional in-depth reports ranging from $5.95 to $49.95, as well as an available subscription-based service. Monitoring services are also available to get instant updates whenever new information becomes available. All services are available via the Radaris People Search app for IOS and Android. For a full list of services, please visit: http://radaris.com/more/.

**About Radaris**
Radaris is a universal people directory, which has modernized and streamlined the way people find information and learn about each other. By capturing all publicly available personal information via a propriety algorithm, Radaris indexes everything relevant about people and provides it in a convenient format, automatically filtering unimportant results often found when using traditional people search. With more than five million unique visitors per month, Radaris is poised to become the industry standard for people-specific searches.

> Click to collapse the article

  

All Services | About | In the news | **SHARE:**
People Directory | Terms of Service | Blog
Radar | Cancellation Policy | Help center
Mobile Apps | Privacy Policy | Affiliate Program
Regional sites | Contact

**FOLLOW RADARIS:**

# EXHIBIT D

| People Search | Premium Data | Reviews | Radar | Family Safety | more ... |
|---|---|---|---|---|---|

 People Search
Intelligent Engine

 Login   About   Principles

 TRUSTED SITE   100% ETHICAL SITE

### Find a person

Name, Location or Phone

Ex: Thomas Lee (location optional)     **Search**



Public Image   TrustCheck

Monitoring   Addresses   Phones   Background

Neighbors   **PeopleSearch**   Social Profiles

Relatives   LifeFacts   CriminalCheck   Debtors

Write a Review   Opinions   and more...

> Report any money owed to you or damages made by others. This information becomes public and other people are put on notice. System encourages debtors to pay-off debt and compensate damages. On other hand, check if a person you are about to deal with has clean records.

## People Search

Radaris is a universal people directory and an information indexing system about people. Information and references about individuals are found in many sources - social media, official public records, publications and user reviews. This information allows people to get to know each other and their professional reputation prior to establishing a relationship. Radaris does not create information – it indexes what's relevant about people and presents it in a convenient format. In the new transparent world people expect to know each other better.

Radaris provides a powerful free people search. People search is a tool for finding people - college friends, distant relatives, coworkers, or others with whom you have lost touch or wish to reconnect with from your past. Our innovative algorithms help you instantly to find people using as much or as little information as you have.

You may know only the First or Last Name and additional pieces such as digits in phone number, email address, street name. Use people search to get information about an unfamiliar email address or phone number, to perform a background check and check public records - court records, property records, criminal records, bankruptcies, judgments and liens, marriage and divorce records.

Reverse email lookup and reverse phone lookup, including reverse cell phone lookup, also help a lot of people to get additional information on people. If you need to find someone's phone number or current address, search by name at Radaris' USA extensive white pages. Information in our directory is instantly available for you at any time. Moreover, you can read people's reviews of someone or you can leave a review of anyone.



Download Mobile Apps

   

powered by **Symantec**

People Search · White pages · Background check · Find people

| People Search | Premium Data | Reviews | Radar | Family Safety | more ... |
|---|---|---|---|---|---|

 People Search
Intelligent Engine

 Login  About  Principles

 TRUSTED SITE  100% ETHICAL SITE

### Find a person

Name, Location or Phone

Ex: Thomas Lee (location optional)   **Search**

Check background records to see prior court records, criminal history, if any, property records and other publicly available information on you or anyone else. Manage risk when planning to deal with someone. Use our best in the industry background check service for risk management.

Public Image  TrustCheck
Monitoring  Addresses  Phones  Background
Neighbors  PeopleSearch  Social Profiles
Relatives  LifeFacts  CriminalCheck  Debtors
Write a Review  Opinions  and more...

## People Search

Radaris is a universal people directory and an information indexing system about people. Information and references about individuals are found in many sources - social media, official public records, publications and user reviews. This information allows people to get to know each other and their professional reputation prior to establishing a relationship. Radaris does not create information – it indexes what's relevant about people and presents it in a convenient format. In the new transparent world people expect to know each other better.

Radaris provides a powerful free people search. People search is a tool for finding people - college friends, distant relatives, coworkers, or others with whom you have lost touch or wish to reconnect with from your past. Our innovative algorithms help you instantly to find people using as much or as little information as you have.

You may know only the First or Last Name and additional pieces such as digits in phone number, email address, street name. Use people search to get information about an unfamiliar email address or phone number, to perform a background check and check public records - court records, property records, criminal records, bankruptcies, judgments and liens, marriage and divorce records.

Reverse email lookup and reverse phone lookup, including reverse cell phone lookup, also help a lot of people to get additional information on people. If you need to find someone's phone number or current address, search by name at Radaris' USA extensive white pages. Information in our directory is instantly available for you at any time. Moreover, you can read people's reviews of someone or you can leave a review of anyone.

 Download Mobile Apps

 McAfee SECURE TESTED 5-SEP

 RADARIS.COM BUSINESS VERIFIED TRUST GUARD Active 5 Sep 14

 Norton SECURED powered by Symantec

 Trustwave Trusted Commerce Click to Validate

 Google+ | Search for people, pages, or posts

Join Google+ | **Join Google+ to follow Radaris America.**

Profile ⌄



Radaris America

radaris.com ✓

+ Follow

**29** followers | **15,945** views

About · **Posts** · Photos · YouTube

 **Radaris America**
Shared publicly - 3:13 PM          #Tutor

With tutoring becoming a more valid way for students to get good grades, there has been a noticeable increase in tutoring jobs.

 27 | May | 2014 | Radaris
blog.radaris.com

 **Radaris America**
Shared publicly - May 23, 2014    #Sc

It's Find A Friend Friday, and after 47 years thes sisters have reconnected through the help use c media.



  Add a comment...



**Radaris America**
Shared publicly - May 20, 2014    #Nanny

Whether you are a new mother or a working mom, this article shows the benefits of hiring a nanny compared to the alternatives.


Thinking about hiring a nanny? - KansasCity.com

kansascity.com

  Add a comment...



**Radaris America**
Shared publicly - Apr 3, 2014

High school reunion season is right around the corner. Where have they really been all these years? You can run a detailed background report on them and see if they're really who they say they are — married, divorced, arrested or worse. http://radaris.wordpress.com/2014/04/03/the-yearbook/


The yearbook

radaris.wordpress.com

  Add a comment...


Long-lost sisters reunited with help of Facebook page

atlantic.ctvnews.ca

Eva Rushton and Sandra Barron were reunited afte separated for 47 years.

  Add a comment...



**Radaris America**
Shared publicly - May 19, 2 #FindAFr

Become part of our **#FindAFriendFriday** and let know about how you have reconnected.


Find A Friend Friday

wp.me

Earlier this month CNN reported on a heartwarming reunion story of Ann Hunt and Eliza Hamel - the tale of twin sisters reunited after 78 yea

  Add a comment...

**Radaris America**



# Radaris

*Discover anyone*

HOME

PEOPLE SEARCH

REVERSE PHONE

BACKGROUND CHECK

REVIEWS

FAMILY SAFETY

MORE...



### RECENT POSTS

- Long Lost Sisters Reunited Through Social Media
- Seniors Searching for Love
- Superstorm Sandy a Potential for Home Repair Fraud?
- Negative Online Reviews

Search ...

## Contractor with Criminal History

*May 15, 2014   by radaris*

Action 9 News confronts contractor with lengthy criminal history. Unfortunately, we see this all the time, corrupt companies changing names to avoid being identified. Contractors like this, Larry Deaton, should be held personally accountable for their scams. Help us prevent contracting fraud by writing professional reviews for everyone to see.

**Share this:**



★ Like
Be the first to like this.

### Related

**Superstorm Sandy a Potential for Home Repair Fraud?**
In "Building Good Relationships"

**Finding the right dentist for you with a people search website**
In "Ensuring Fair Dealings"

**Make sure your garden is in tip-top shape by hiring a good landscaper**
In "Building Good Relationships"

*This entry was posted in Community, Ensuring Fair Dealings, Professional*

### CATEGORIES

- Arts & Entertainment (24)
- Background checks (7)
- Building Good Relationships (64)
- Careers (10)
- Community (7)
- customer service (3)
- Data Mining (4)
- Ensuring Fair Dealings (74)
- Find friends (11)
- Good Samaritans (59)
- Home Improvement (1)
- Industry News (4)
- Inside Radaris (16)
- Marriage (2)
- Online Dating (14)
- Online Reputation Management (34)
- Partner (2)
- People Search (73)
- Professional Reviews (2)
- Public Reports (16)
- Safety & Security (16)
- Sports (1)
- Tips & Tricks (27)
- Uncategorized (31)

### SUBSCRIBE TO RSS

RSS - Posts

### FOLLOW THE RADARIS BLOG BY EMAIL

Enter your email address to follow this blog and receive notifications of new posts by email.

Follow



# Radaris

*Discover engine*



HOME

PEOPLE SEARCH

REVERSE PHONE

BACKGROUND CHECK

REVIEWS

FAMILY SAFETY

MORE..

**CATEGORIES**

- Arts & Entertainment (24)
- Background checks (7)
- Building Good Relationships (64)
- Careers (10)
- Community (7)
- customer service (3)
- Data Mining (4)
- Ensuring Fair Dealings (74)
- Find friends (11)
- Good Samaritans (59)
- Home Improvement (1)
- Industry News (4)
- Inside Radaris (16)
- Marriage (2)
- Online Dating (14)
- Online Reputation Management (34)
- Partner (2)
- People Search (73)
- Professional Reviews (2)
- Public Reports (16)
- Safety & Security (16)
- Sports (1)
- Tips & Tricks (27)
- Uncategorized (31)

**RECENT POSTS**

- Long Lost Sisters Reunited Through Social Media
- Seniors Searching for Love
- Superstorm Sandy a Potential for Home Repair Fraud?
- Negative Online Reviews

[Search ...]

## Never hire a liar with fake references

*February 24, 2014 · by radaris*

Can you imagine hiring a nanny, tutor or home repair contractor only to find out they gave fake references? Well, it seems that on the corporate career side of the world, a lie is just another product to be bought and sold by sites like thereferencestore.com and careerexcuse.com. In fact, they can be pretty convincing according to this recent article on The Daily Dot.

People will always give you their best references, then it's up to you to find the truth. That's where public records and social media activity can help out. They form an important resource when you need to learn more and reassure yourself about the people you live and work with.

**Share this:**



**Follow "Radaris"**

Get every new post delivered to your Inbox.

Enter your email address

Sign me up

🐦 Twitter

★ Like
Be the first to like th

**Related**

| Who Needs a F... | | Safe Online Dating |
| Search Engine | Radaris | ... |
| Everyone, Of Course! | In "Inside Radaris" | In "Arts & |
| In "People Search" | | Entertainment" |

*This entry was posted in Ensuring Fair Dealings, Public Reports, Safety & Security and tagged background check, dating safety, personal reference, safety. Bookmark the permalink.*

**SUBSCRIBE TO RSS**

 RSS - Posts

**FOLLOW THE RADARIS BLOG BY EMAIL**

Enter your email address to follow this blog and receive notifications of new posts by email.

[                    ]

Follow

**f Send**

Radaris Comprehensive People Search know each other

- Sign In

- Blog
- People Search
- Background Check
- Reverse Phone
- Reviews
- Family Safety
- Radar
- Mobile Apps
- More...

**11-14-13**

# Fannie Mae sues banks for mortgage fraud



| f | 🐦 | g+ | 📌 | + | 0 |

When the American housing bubble burst, many new homeowners found out that they would not be able to live in their homes because their mortgages failed them. Fannie Mae and Freddie Mac are lenders that are supported by the federal government, so when they failed, it cost taxpayers more than $150 billion to bail them out, the Wall Street Journal reported.

Since the financial crisis, the American economy is still on the road to recovery, but Fannie Mae is fighting back

by suing 11 British and American financial institutions for offering poor housing loans to their clients. The value of these damages are high, about $800 million to exact. Despite settlements from UBS, Barclays and two other banks, Fannie Mae and Freddie Mac regulators plan on continuing the battle.

"Fannie Mae filed this action to recover losses it suffered as a result of the defendants' manipulation of Libor," a company spokesman told the newspaper. "We have a responsibility to be good stewards of our resources."

Fannie Mae and Freddie Mac manage funding for their mortgages by buying loans from bank lenders and turning them into financial securities. Investors then buy these securities to invest into the stock market. However, many of these banks allegedly "low-balled" the value of of U.S. libor dollar rate. Bank of America is the latest financial institution to be hit with fines for such wrongdoing.

Bank of America purchased Countrywide in 2008, a company that was found to have sold bad loans. The government is seeking $864 million in damages for this crime, TIME Magazine reported.

Though this example of fair dealings involves fraud at the corporate level, this type of situation occurs at a personal level on a regular basis. Often, individuals partner with others who claim to be professionals, but lose out on thousands of dollars. Radaris offers online background searches, and doing research in advance can decrease the likelihood of becoming a victim of fraud.



## You may also like -

- **Five online dating red flags**
- **The good neighbor**
- **Never hire a liar with fake references**

**f Like** ⟨ 1 ⟩   **Tweet** ⟨ 0 ⟩     g+1   1     **Pinit**   **+ Share**

## Leave a comment

You must log in to leave a comment.

- 
- 
- 
- 

Search    ▭

## Categories

- Arts & Entertainment
- Back Links
- Building Good Relationships
- Careers
- customer service
- Data Mining



## Review Professional Skills & Qualities
Directory includes over 97% of people in the US

Login   About   Principles

TRUSTED SITE   ETHICAL SITE

| People Search | Reviews | Background Check | Reverse Phone | More Services ... |

# Background check

Check background records to see prior court records, criminal history, if any, property records and other publicly available information on yourself or anyone else.



**Report includes**

- ✔ Full Names
- ✔ Addresses
- ✔ Phone Numbers
- ✔ Residences

- ✔ Age & DOB
- ✔ Criminal Check
- ✔ Properties
- ✔ Judgments

- ✔ Lawsuits
- ✔ Liens
- ✔ Bankruptcies
- ✔ Marriage & Divorce

**Best for:**
- Checking personal background
- Risk management when planning to deal
- Getting comprehensive data
- Dating, Associates, Neighbors & more...

| First name | Last name | State | **Search** |



App Radaris

**Products and services**

Background Check
Criminal check
Sex Offenders
Property Records
Phone Lookup
Email Lookup
more services...

## How to make Background check. Tips!

To find a person's report simply enter a first and last name. However, if it is a common name, please narrow down your search by adding a city and state. You can use different variations of a first name. On a search results page, you can narrow down your results even further by defining an age range.

## Testimonials

" I am really pleased to recommend Radaris as the best Background data provider! I referred to it on several occasions and received complete and most recent info I needed and received it in a timely manner. I found Radaris background check an important resource for exploring necessary information. "

**George Davenport, 48 years, OH**

" Used Radaris for over two years. Each time when I need to perform background search Radaris is of great help so no need to look for other services when the best one is on hand :) "

Dave Morgan, 42 years, Los Altos, CA

## Why buy Background reports?

The reasons to purchase a background check are virtually endless. Knowing all you can about an individual before associating yourself with them is of the utmost importance in pretty much every situation. Any kind of relationship, whether it is personal or professional, can benefit from an honest understanding of each party's history and any potential red flags. Listed below are just a few examples of situations that could call for a Radaris background check.

- When making repairs or renovations to your property, you may seek the services of an independent contractor. Whether this is a plumber, electrician or even a landscaper, don't enter into any financial agreement before checking up on their past. Do they have a criminal record associated with their employment? Or perhaps they have a history of bad business dealings that have sullied their good name? If you aren't acquainted with this person and their past already, do all you can to learn more before this contractor ends up costing you an exorbitant amount in the long run.

- If you have kids, you'll want to be sure that whoever is taking care of them is someone they can trust. Even if your friends or neighbors recommend a babysitter, perform a background check through Radaris to guarantee they haven't been convicted of any crimes, so you can rest assured knowing your kids are in good hands. Even daycare

**Sign up for special promotions**

**Popular searches:**
- ✔ make background check
- ✔ buy background report
- ✔ personal information report


Blog

IS HE
CHEATING ON
YOU?

spokeo.com

1) Enter His Email
Address 2) See
Hidden Pics &
Social Profiles
Now!

providers and teachers should have their background's checked before being left alone with your children.

- By checking your own background, you can get an idea of what others are seeing when they perform a background check on you. If you use Radaris to peruse your past and come across discrepancies - a criminal violation, for example, that appears on your record despite it having never taken place - you can take the proper steps to combat these mistakes and recapture your good name.

There are a myriad of other reasons to consider looking into background checks through Radaris, whether you are interested in getting to know your new neighbors or are simply curious about seeing what old high school friends have been up to since you've last seen each other. Knowledge is power, and no matter why you choose Radaris to conduct a background check, you are arming yourself with the tools you'll need to keep yourself, your loved ones and your finances safe.

# What is a Background check?

Radaris's online background check service is something that will help you make decisions. It can save you a lot of time and help to avoid certain difficulties. Background checks allow you to find out the details which are not initially available.

Many online services provide background checks, but Radaris can offer the fullest and most reliable data available. We have carefully checked the best background check services on the market to find out what brings the best results. We have made those results available to you, because our goal is to provide the best service. With Radaris, you have access to the fullest and most complete database to perform the best background checks.

What is a background check and why might you require this kind of service? These are several common needs for a background check:

- screen a potential contractor
- perform a check on yourself to see if there are errors in a report
- find out more about your new neighbors or the people in your neighborhood
- check for registered sex offenders
- find out more about a new babysitter for your child
- check somebody's education history, public records or criminal history

This is just a short list, but the reasons for a background check are endless!

Depending on your needs you could be conducting a simple background screening, a criminal history background search, or a national background check. It is a good idea to find out more about a new baby sitter for your child or a new teacher so that you can feel more comfortable leaving your children in the care of others.

# Articles

CNN Money - Verifying your background check by CNN Money

BBC - Can background checks ever work?

# National records resources

FBI Criminal Background Checks
Information and step-by-step instructions on retrieving FBI criminal records

FBI Background Check Request Form
Fill out this application to request an identification record from the FBI

Federal Inmate Locator
Search tool for locating federal inmates incarcerated from 1982 to present

**f** Send

Radaris Comprehensive People Search know each other

- Sign In

- Blog
- People Search
- Background Check
- Reverse Phone
- Reviews
- Family Safety
- Radar
- Mobile Apps
- More...

**10-02-13**

# Eddie Van Halen hires poor contractor



**f** 🐦 **g+** 📌 ➕ ⟨ 0 ⟩

The fall, just like the spring, is a time when many homeowners decide it is time to get some things done around the house. This is in an effort to make sure the dropping temperatures, ice and heavy snow do not cause any damage to your home, which is why many consumers turn toward a contractor for help to guarantee quality work.

However, finding the right contractor can be difficult, and this holds true for everyone. According to a recent

article from TMZ, rock and roll guitar legend Eddie Van Halen is suing a contractor, arguing that his house in worse shape following a home remodel. This resulted in the musician spending more than $1 million to rectify the problem.

The lawsuit claims that Troy Builders Group was hired in back in 2008 to handle remodeling and construction. However, there were a number of problems, most notably improper waterproofing, that led to massive mold damage on wood surfaces and in the elevator shaft.

"In the docs, Eddie says the shoddy work included poor drainage, leaky roof and chimney, poorly installed gutters and flashing – all of which caused water to flow into the home," the article read.

Everyone from Rock and Roll Hall of Famers to your neighbor down the street need to take precautions when hiring anyone to do work around their home. With the help of a people search service like Radaris, anyone can properly vet a potential service provider prior to spending any money and allowing them to work on your things.

## You may also like –

- **Dating Profile Clichés: The sense of humor**
- **Five online dating red flags**
- **Never hire a liar with fake references**



## Leave a comment

You must log in to leave a comment.

- 
- 
- 
- 

Search     ☐

## Categories

- Arts & Entertainment
- Back Links
- Building Good Relationships
- Careers
- customer service
- Data Mining
- Ensuring Fair Dealings
- Find friends
- Good Samaritans
- Industry News
- Inside Radaris

**f Send**

<u>Radaris Comprehensive People Search</u> know each other

- <u>Sign In</u>

- <u>Blog</u>
- <u>People Search</u>
- <u>Background Check</u>
- <u>Reverse Phone</u>
- <u>Reviews</u>
- <u>Family Safety</u>
- <u>Radar</u>
- <u>Mobile Apps</u>
- <u>More...</u>

**10-04-13**

# <u>Research is key to finding the right service provider</u>



 

"If you want something done right, you should do it yourself."

That saying has been used for years. Anyone who has ever cooperated on a project with a difficult partner knows what it means and why it is a road often taken. While this tactic works if you have the required knowledge for the project, there are many other instances where we have to rely on the skills of others – even if the proposition is scary.

However, there are several things that you can do to make sure you hire the right person. A recent report from Fox News examined this through the prism of a hiring a contractor. The piece advises homeowners to beware of sub-contractors, read over any contracts, purchase your own materials and do plenty of research into what services need to be completed.

"You probably wouldn't go to the doctor's office complaining of symptoms without checking things out on WebMD first, so why hire a contractor to do a job without first researching best practices?" the article reads. "That way you'll be able to ask good questions and demand top-quality construction."

While that is solid advice, there is additional research that consumers should do into the contractor themselves. While a Google search can give a brief overview of what the company is capable of, a people search service like Radaris can help paint a more complete picture of the contractor who will be swinging the hammer. If you have to rely on the services of someone else, make sure it's the right individual.

## You may also like -

- **The good neighbor**
- **Five online dating red flags**
- **For old time's sake**



## Leave a comment

You must log in to leave a comment.

-
-
-
-

Search ⬜

## Categories

- Arts & Entertainment
- Back Links

Run a background check before investing in crowd funding

**f** Send

Radaris Comprehensive People Search know each other

- Sign In

- Blog
- People Search
- Background Check
- Reverse Phone
- Reviews
- Family Safety
- Radar
- Mobile Apps
- More...

**09-20-13**

# Run a background check before investing in crowd funding



**f** **t** **g+** **p** **+**    0

Deciding to invest money in any business can be stressful. Did you pick the right company? Is this wise in the short and long term? Have I been sold a bill of goods by a swindler? While that final notion is something no individual wants to think could happen to them, it is a possibility everyone should be aware of when they decide to invest money.

A growing way that people are investing their personal funds is into supporting the arts and innovative ideas of

others. Websites like Kickstarter and GoFundMe allow users to make their pitch for everything from a new invention to a movie or just as a way to raise money for personal use. People are then able to click on the site, watch the pitch video or read about the project and decide to invest various amounts of money, starting at $1 and going as high as desired. Those who pledge funds are rewarded with various perks like a thank you in the credits or the product when released, though typically more money pledged leads to better perks.

Everyone from fledgling college students to major Hollywood film directors have used these sites to get projects off the ground. But like any other investment, it pays to be smart and know who is involved before dropping a dime.

Malcolm Parker, a Vermont storyteller and filmmaker, was sentenced to 55 months in jail last month for stealing more than $4 million of $28 million that friends, family and community members invested in a 10-year movie project called "Birth of Innocence."

Investing in the arts can be very rewarding, and by using Radaris to complete a background check on the artist behind it, you can ensure you are supporting a legitimate project.

## You may also like -

- **The good neighbor**
- **For old time's sake**
- **Five online dating red flags**



## Leave a comment

You must log in to leave a comment.

-
-
-
-

Search

## Categories

- Arts & Entertainment
- Back Links
- Building Good Relationships
- Careers
- customer service
- Data Mining
- Ensuring Fair Dealings
- Find friends
- Good Samaritans

# EXHIBIT E



## Professional Reviews
Complete people directory in the US

🔒 Login   About   Principles

🛡 *TRUSTED SITE*   ⭐ *10% ETHICAL SITE*

let's know each other

| People Search | Reviews | Background Check | Reverse Phone | More Services ... |

## Concept and principles

### Principles

1. **Get to know people before you deal with them**
   Check people's trustworthiness and reliability. Check their background information and their reputation. If there are no records, there is no reputation.
2. **Only publicly available information**
   Radaris is an open platform to view publicly available information about people and information about each other that is shared by users - some of the information you can find here can be found in other public resources - other information is contributed by other users directly with the intent to share that information with the general public. The site is fully compliant with all US privacy statutes and regulations.
3. **Everyone has a right to free speech as protected by the First Amendment**
   You expect openness from others and they expect the same from you. Everyone is accountable for their own words, deceit, abuse or misrepresentation of facts. People exercise their Freedom of Speech right guaranteed by the First Amendment by sharing information and knowledge about each other.
4. **Care about your public image**
   Nobody's perfect, but good deeds equal good reputation. The new digital open world is open for everyone. Start earning your good reputation today.
5. **No removals**
   New technologies bring benefits of transparency to society. In the new digital world, once information becomes public it remains public forever. The site does not remove information by users' requests, excluding some cases described below:
   Radaris will remove information in the following cases:

   * Information about children.
   * Police officers, judges, district attorneys and other statutory-protected individuals.
   * Health and financial information is always confidential, unless explicitly disclosed.
   * All other removals are by court order.

### Judicial References

- Constitution First Amendment Freedom of Speech right (US Constitution, Amendment I)
  http://www.law.cornell.edu/constitution/billofrights
- Fair Credit Reporting Act - FCRA (15 U.S.C. § 1681)
  http://www.ftc.gov/os/statutes/fcradoc.pdf
- Gramm-Leach-Bliley 113 Stat. 1338
  http://www.gpo.gov/fdsys/pkg/PLAW-106publ102/html/PLAW-106publ102.htm
- Freedom of Information Act - FOIA (5 U.S.C. § 552)
  http://www.law.cornell.edu/uscode/text/5/552
- Consumer Reporting Employment Clarification Act of 1998 (110 Stat. 3009)
  http://www.gpo.gov/fdsys/pkg/PLAW-105publ347/content-detail.html
- Financial Services Regulatory Relief Act of 2006
  http://www.gpo.gov/fdsys/pkg/BILLS-109s2856enr/pdf/BILLS-109s2856enr.pdf
- Consumer Financial Protection Act of 2010 - CFPA (Pub.L. 111-203)
  http://www.govtrack.us/congress/bills/111/hr4173

  

powered by **Symantec**

| People Search | Terms of Service | About | Share: |
| Mobile Apps | Cancellation Policy | In the news | |
| Background check | Privacy Policy | Principles | f   t   g+ |
| Reviews | Careers | Help center | |
| Reverse phone lookup | Blog | Affiliate Program | Our pages on: |
| Public Records | All States | Contact | Google+ |
| Property records | Regional sites | | Facebook |
| Email lookup | Sitemap | | Twitter |

© 2014 Radaris

APPS     LOGIN

a Centerex company

# Radaris in the news

For press inquiries, please contact us at
press@radaris.com

## Radaris Launches the Trustoria Professional Directory to Revolutionize How Professionals are Found

*New professional directory bridges the gap between service marketplaces and closed professional networking sites*

**BOSTON** - September 8, 2015 - Radaris, the people search engine, today launched Trustoria.com, a comprehensive directory of US professionals including more than 60 million professional profiles. The directory is intended for both business and personal users who want to find all the relevant professionals across their town or across the country and know their professional history.

A unique feature to the Trustoria professional directory, when compared to other online professional directories and service marketplaces, is that it does not require membership or connection with the professional's profile for users to view the full record. There are no restrictions on who you can search for, how you search or what information you can find.

The Trustoria directory is also not limited to a small group of participating professionals, like some of its online service marketplace competitors. Trustoria contains a profile and records for every professional that chooses to have their information public anywhere online. Consumers can find all the possible service providers in one place and make their own decision on who to contact.

Search for professionals can be conducted by a variety of criteria including professional category, job title, skill keywords, company name, location or a specific individual's name. Each professional profile contains an individual's full name, location, job titles, school information and photograph to help verify the person's identity, when available.

"With Trustoria, businesses and consumers no longer need to rely on a small subset of participating service providers or be restricted by closed professional networks," said Chris Olive, CEO, Radaris America. "This directory is another major step toward more honest, transparent communities across the country and brings with it greater professional accountability," continued Olive.

**About Trustoria**
Trustoria is a comprehensive professional directory that includes every category of service, profession and business. It is the largest open collection of professional US profiles in the world.

Consumers and professionals alike use Trustoria when they need to find professionals across their town or across the country. The profiles allow people to know the full professional history of a person before doing business with them.

The Trustoria directory contains more than 60 million professional profiles.

**About Radaris**
Radaris is a comprehensive people search engine. We search the web for profile information and references, then combine it with national public data records to help you find the people you live and interact with across your community.

Radaris provides free public profiles along with premium background checks, contact reports and other information tools.

Radaris helps you get to know your community in a more honest, transparent way than ever before.

Contact: Radaris America, Inc.
      Press Relations
      press@radaris.com
      781-591-5270

© 2016 Radaris America, Inc. All rights reserved. All other trademarks are the property of their respective owners.

Click to collapse the article

## Radaris Releases New People Search and Background Check Apps

*Detailed public profiles, contact information, background check information, and reverse phone lookups available from anywhere*

**BOSTON** - March 10, 2015 - Radaris, the people search engine, has released a new Background Check app and a significant update to the Radaris People Search app that provides better mobile access to all the popular information services. Designed

Click to expand and read the article

# Radaris Launches Property Search and Address Directory to Help Find Owner and Resident Information

*New Reverse Address Lookup Gives Unparalleled Access to Resident Information for Every Street Address in the Country*

**BOSTON** - November 12, 2014 - Radaris, the people search engine, announced today the launch of a new directory service that provides all publicly available address information. The Radaris Property Search and Address Directory allows people to

**Click to expand and read the article**

# Radaris Releases New Site Design and Personal Profile Page Layout to Increase Visibility of Public Profiles

*Professional records, career history, and social network activity now contribute to a more honest online reputation*

**BOSTON** - September 30, 2014 - Radaris, a people search engine, has redesigned Radaris.com to give greater visibility to the real, public references of the people that affect our lives. The redesign features more prominent access to social network

**Click to expand and read the article**

# Radaris Launches New US Phone Directory to Help Identify Unknown Callers and Text Messages

*Reverse Phone Number Lookup and Directory Gives Unprecedented Access to Public Phone Number Records*

**BOSTON** - August 4, 2014 - Radaris, an intelligent people search engine, announced today the launch of a new service designed to give universal access to publicly available phone numbers. The Radaris US Phone Directory, combined with a

**Click to expand and read the article**

# Radaris Expands Access to Valuable People-Search Information via New, Convenient Tools

*New tools for people-search bring Radaris to the forefront of information delivery*

**BOSTON** - April 21, 2014 - Radaris, a universal people directory, is expanding access to its people-search technology, finding new ways to conveniently delivervaluable information in a variety of formats. Radaris is beta testingnew features,

**Click to expand and read the article**

# Radaris Delivers Next Evolution of People-Search Technology

*Public Information Indexing System and Streamlined Format Encourages Personal Connections, Finding Lost Friends and New Discoveries*

**BOSTON** - April 1, 2014 - Radaris, a universal people directory, has modernized and streamlined the way people find information and learn about each other. By capturing all publicly available personal information via a proprietary algorithm,

**Click to expand and read the article**







# EXHIBIT F

# Background screening reports and the FCRA: Just saying you're not a consumer reporting agency isn't enough

- By Tony Rodriguez and Jessica Lyon
- January 10, 2013 - 3:00pm

You know that phrase "If it quacks like a duck. . . "? It's applicable in the Fair Credit Reporting Act context, too. If a company meets the legal definition of a "consumer reporting agency," it's a consumer reporting agency. Including a disclaimer that says, in effect, "But we're not a CRA!" won't change that. That's one important takeaway tip from the FTC's settlement with Filiquarian Publishing, the agency's first FCRA case involving mobile apps.

Filiquarian advertised that people who bought its apps — available for 99 cents from app stores like iTunes and Google Android (now GooglePlay) — could conduct a "quick criminal background check for convictions" in specific states. Filiquarian also said that its apps could access hundreds of thousands of criminal records, and that users could conduct searches on potential employees as part of the hiring process. But according to the FTC, Filiquarian, owner Joshua Linsk, and Choice Level, LLC (a related company that provided the criminal records) made a major mistake: They failed to comply with the FCRA.

A company is a "consumer reporting agency" under the law if it assembles and evaluates consumer report information for the purpose of providing those reports to third parties. Reports include information that relate to a person's character, reputation, or personal characteristics. Typically, they're used — or are expected to be used — for employment, housing, credit, or the like. That's what triggers a company's obligations under the FCRA. But a business that uses consumer reports for employment purposes has to comply with the FCRA, too. Failing to implement any of the accuracy, dispute, or other safeguards required by the law could harm people's reputations and employment prospects.

So how does the FTC determine if a business has reason to believe that its information is being used for employment or other FCRA purposes? Lots of factors may be relevant, but one approach is to look at what the company says in its own ads. In Filiquarian's case, it specifically advertised that its reports could be used for hiring decisions on potential employees:

> Are you hiring somebody and wanting to quickly find out if they have a record? Then Texas Criminal Record Search is the perfect application for you.

Here's an interesting point for disclaimer mavens. Filiquarian and Choice Level included statements in their apps and on their website that their background screening reports weren't to be considered screening products for insurance, employment, loans, and credit applications (among other things) and that they weren't FCRA-compliant. That disclaimer didn't cut much ice with the FTC, especially since it contradicted express representations in Filiquarian's ads urging people to use the reports to screen potential employees. Just *saying* that the info can't be used for FCRA purposes doesn't absolve a company from liability, concluded the FTC.

If you've been following mobile apps and the FCRA, you should feel a sense of déjà vu. Last year the FTC sent public warning letters to developers of six apps telling them:

> If you have reason to believe that your reports are being used for employment or other FCRA purposes, you and your customers who are using the reports for such purposes must comply with the FCRA. This is true even if you have a disclaimer on your website indicating that your reports should not be used for employment or other FCRA purposes.

Sound familiar?

According to the FTC, what Filiquarian produced were "consumer reports" under the FCRA. Specifically, the complaint charged three key FCRA violations: failure to maintain reasonable procedures to verify who their users are and that the information would be used for a permissible purpose; failure to have procedures to ensure that the information they provided in consumer reports was accurate; and failure to provide notices to users and to those who furnished Filiquarian with information that was included in consumer reports.

The consent order contains provisions designed to ensure future compliance and requires the respondents to circulate the order to staffers with FCRA responsibilities.

What should businesses take from the case? The mobile app angle offers a 21st century twist, but the message remains the same: Companies offering background screening products for employment or other FCRA purposes — and the businesses that use them — have to stay in line with the law. Another tip: It's wise to pay attention to what the FTC says in warning letters to other companies.

For more information, visit the BCP Business Center's Credit Reporting page.

**4 Comments** >> Leave a Comment | Commenting Policy

# EXHIBIT G

112 3195

## UNITED STATES OF AMERICA
## BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:  Edith Ramirez, Chairwoman
        Julie Brill
        Maureen K. Ohlhausen
        Joshua D. Wright

| | |
|---|---|
| In the Matter of          ) | |
|                 ) | |
| FILIQUARIAN PUBLISHING, LLC;  ) | |
|                 ) | |
| CHOICE LEVEL, LLC; and     ) | |
|                 ) | DOCKET NO. C-4401 |
| JOSHUA LINSK,         ) | |
|   individually and as an officer  ) | |
|   of the companies,       ) | |
|   Respondents.         ) | |

### COMPLAINT

The Federal Trade Commission ("FTC" or "Commission"), having reason to believe that Filiquarian Publishing, LLC, Choice Level, LLC, and Joshua Linsk, individually, and as an officer of the companies, have violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, and Section 5 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45(a), and it appearing to the Commission that this proceeding is in the public interest, alleges:

1.  Respondent Filiquarian Publishing, LLC ("Filiquarian") is a Minnesota company with its principal office or place of business at 3722 Las Vegas Boulevard S. #2807E, Las Vegas, NV 89158.

2.  Respondent Choice Level, LLC ("Choice Level") is a Minnesota company with its principal office or place of business at 3722 Las Vegas Boulevard S. #2807E, Las Vegas, NV 89158.

3.  Respondent Joshua Linsk is the owner and sole officer of the corporate respondents. During all times material to this complaint, Joshua Linsk, individually or in concert with others, formulated, directed, or controlled the policies, acts, or practices of the companies. His principal office or place of business is the same as that of Filiquarian and Choice Level.

1

4.     The acts and practices of respondents as alleged in this complaint have been in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

## RESPONDENTS' BUSINESS PRACTICES

5.     Since at least 2010, respondent Filiquarian has operated a series of mobile applications ("apps") that it advertised consumers could use to conduct a "quick criminal background check for convictions" in specific states.  Mobile apps offered by respondent Filiquarian include Alaska Criminal Records Search, Arizona Criminal Records Search, Arkansas Criminal Records Search, Connecticut Criminal Records Search, Indiana Criminal Records Search, Iowa Criminal Records Search, Minnesota Criminal Records Search, Orange County Criminal Records Search, Texas Criminal Records Search, Utah Criminal Records Search, Virginia Criminal Records Search, and Wisconsin Criminal Records Search.

6.     Respondent Filiquarian represented that the apps could access hundreds of thousands of criminal records, and that users could conduct a search on potential employees.  For example, respondent Filiquarian's mobile app, Texas Criminal Record Search, included the following representation:

        "Are you hiring somebody and wanting to quickly find out if they have a record? Then Texas Criminal Record Search is the perfect application for you."

Respondent Filiquarian's mobile apps for other states included identical language, other than the name of the app.

7.     Since at least 2010, respondent Filiquarian distributed and sold its mobile apps through two online stores, iTunes and Google Android store, now GooglePlay.  Consumers were charged $0.99 to download the app.  After downloading the app, users could conduct an unlimited number of searches for criminal record reports within a specific geographic location such as a state or county.

8.     As of May 2012, respondent Filiquarian sold at least 6,879 copies of its mobile apps offering criminal record reports.

9.     Respondent Choice Level provided the criminal records to respondent Filiquarian that were accessed by Filiquarian's mobile apps.  In light of the common ownership and control of respondents Choice Level and Filiquarian, and respondent Filiquarian's representations that its mobile apps could be used to access criminal records for hiring purposes, respondent Choice Level was aware that the criminal records it provided would be used for employment purposes.

2

10.   Both respondents Filiquarian and Choice Level included a disclaimer in their "terms and conditions" stating that their respective products were not to be considered screening products for insurance, employment, loans, and credit applications, among other things. Respondents' disclaimer also stated that respondents were not compliant with the FCRA and any person using respondents' information for FCRA purposes "assumes sole responsibility for compliance with the Fair Credit Reporting Act and all/any other applicable laws."

## APPLICATION OF THE FCRA

11.   Under Section 603(f) of the FCRA, 15 U.S.C. § 1681a(f), a company is a consumer reporting agency ("CRA") if it assembles or evaluates information on consumers for the purpose of furnishing "consumer reports" to third parties. According to Section 603(d) of the FCRA, 15 U.S.C. § 1681a(d)(1), consumer reports are communications that include information relating to an individual's character, reputation, or personal characteristics and are used or expected to be used for employment, housing, credit, or other similar purposes.

12.   Respondents regularly assembled criminal records into reports that they provided to third parties in interstate commerce via mobile apps distributed by respondent Filiquarian. Despite the disclaimer discussed in Paragraph 10, respondent Filiquarian's mobile apps advertised that their reports, which were assembled from criminal records provided by Choice Level, could be used by customers for employment purposes, thus reflecting that respondents expected their reports to be used for employment purposes. Such reports are consumer reports as defined by the FCRA because they bear on a consumer's character, general reputation, personal characteristics, or mode of living and/or other attributes listed in Section 603(d) of the FCRA, 15 U.S.C. § 1681a(d)(1) and they were "used or expected to be used . . . in whole or in part" as a factor in determining a consumer's eligibility for employment.

13.   In providing "consumer reports" respondents are now and have been a "consumer reporting agency" as that term is defined in Section 603(f) of the FCRA, 15 U.S.C. § 1681a(f).

## VIOLATIONS OF THE FCRA

14.   Respondents did not comply with or maintain any procedures related to the FCRA, as described below.

15.   Section 604(a) of the FCRA, 15 U.S.C. § 1681b(a), prohibits a CRA from furnishing consumer reports to persons who the consumer reporting agency does not have a reason to believe have a "permissible purpose." According to Section 604(a) of the FCRA, 15 U.S.C. § 1681b(a), permissible purposes include use in credit transactions, insurance underwriting, employment purposes, investment purposes, and other uses specified in the FCRA.

3

16.     Respondents have regularly furnished consumer reports to third parties without procedures to inquire into the purpose for which the user is buying the report. Thus, respondents have violated Section 604(a) of the FCRA, 15 U.S.C. § 1681b(a).

17.     Section 607(a) of the FCRA, 15 U.S.C. § 1681e(a), requires every CRA to maintain reasonable procedures to limit the furnishing of consumer reports for permissible purposes. These procedures require that the CRA, prior to furnishing a user with a consumer report, require the prospective users of the information to identify themselves to the CRA, certify the purpose for which the information is sought, and certify that the information will be used for no other purpose. The CRA must make a reasonable effort to verify the identity of each new prospective user and the uses certified prior to furnishing such user a consumer report. In addition, Section 607(a) prohibits a CRA from furnishing a consumer report to any person it has reasonable grounds to believe will not use the consumer report for a permissible purpose.

18.     Respondents failed to maintain reasonable procedures to limit the furnishing of consumer reports for permissible purposes. For example, respondents failed to require that prospective users of their reports identify themselves, certify the purposes for which the information is sought, and certify that the information will be used for no other purpose. By failing to limit the furnishing of reports to those who had a permissible purpose to use such a report, respondents have violated Section 607(a) of the FCRA, 15 U.S.C. § 1681e(a).

19.     Section 607(b) of the FCRA, 15 U.S.C. § 1681e(b), requires CRAs to follow reasonable procedures to assure maximum possible accuracy of information concerning the individual about whom the report relates.

20.     Respondents maintained no procedures to assure maximum possible accuracy of information in the reports it provided. Accordingly, respondents have violated Section 607(b) of the FCRA, 15 U.S.C. § 1681e(b).

21.     Section 607(d) of the FCRA, 15 U.S.C. § 1681e(d), requires CRAs to provide notices to all users of respondents' consumer reports; and to all persons who regularly furnish consumer report information to respondents.

22.     Respondents failed to provide such notices. Accordingly, respondents have violated Section 607(d) of the FCRA, 15 U.S.C. § 1681e(d).

23.   By their violations of Sections 604(a), 607(a), 607(b), and 607(d) of the FCRA, 15 U.S.C. §§ 1681b(a), 1681e(a), 1681e(b), and 1681e(d), and pursuant to Section 621(a) thereof, 15 U.S.C. § 1681s, respondents have engaged in unfair and deceptive acts and practices in or affecting commerce, in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

**THEREFORE,** the Federal Trade Commission this thirtieth day of April, 2013, has issued this complaint against respondents.

By the Commission.

Donald S. Clark
SEAL                                            Secretary

5

# EXHIBIT H

**112 3195**

**UNITED STATES OF AMERICA**
**BEFORE THE FEDERAL TRADE COMMISSION**

COMMISSIONERS:     **Edith Ramirez, Chairwoman**
                                    **Julie Brill**
                                    **Maureen K. Ohlhausen**
                                    **Joshua D. Wright**

|  |  |
|---|---|
| *In the Matter of*  ) | |
| ) | |
| **FILIQUARIAN PUBLISHING, LLC;**  ) | |
| ) | |
| **CHOICE LEVEL, LLC; and**  ) | **DECISION AND ORDER** |
| ) | |
| **JOSHUA LINSK,**  ) | |
|     **individually and as an officer**  ) | |
|     **of the companies,**  ) | **DOCKET NO. C-4401** |
|     **Respondents.**  ) | |

The Federal Trade Commission having initiated an investigation of certain acts and practices of the Respondents named in the caption hereof, and the Respondents having been furnished thereafter with a copy of a draft Complaint that the Bureau of Consumer Protection proposed to present to the Commission for its consideration and which, if issued by the Commission, would charge the Respondents with violation of the Federal Trade Commission Act, 15 U.S.C. § 45 *et seq*; and the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*; and

The Respondents, their attorney, and counsel for the Commission having thereafter executed an Agreement Containing Consent Order ("Consent Agreement"), which includes: a statement by Respondents that they neither admit nor deny any of the allegations in the draft complaint, except as specifically stated in the Consent Agreement, and, only for purposes of this action, admit the facts necessary to establish jurisdiction; and waivers and other provisions as required by the Commission's Rules; and

The Commission having thereafter considered the matter and having determined that it has reason to believe that the Respondents have violated the Federal Trade Commission Act, and the Fair Credit Reporting Act and that a Complaint should issue stating its charges in that respect, and having thereupon accepted the executed Consent Agreement and placed such

Consent Agreement on the public record for a period of thirty (30) days for the receipt and consideration of public comments, and having duly considered the comments received from interested persons,  now in further conformity with the procedure described in Section 2.34 of its Rules, 16 C.F.R. § 2.34, the Commission hereby issues its Complaint, makes the following jurisdictional findings, and enters the following Order:

1. Respondent Filiquarian Publishing, LLC ("Filiquarian") is a Minnesota company with its principal office or place of business at 3722 Las Vegas Boulevard S. #2807E, Las Vegas, NV 89158.

2. Respondent Choice Level, LLC ("Choice Level") is a Minnesota company with its principal office or place of business at 3722 Las Vegas Boulevard S. #2807E, Las Vegas, NV 89158.

3. Respondent Joshua Linsk is an officer of the corporate respondents.  During all times material to this complaint, Joshua Linsk, individually or in concert with others, formulated, directed, or controlled the policies, acts, or practices of the companies.  His principal office or place of business is the same as that of Filiquarian and Choice Level.

4. The Federal Trade Commission has jurisdiction of the subject matter of this proceeding and of the Respondents, and the proceeding is in the public interest.

## ORDER

### DEFINITIONS

For purposes of this order, the following definitions shall apply:

1. Unless otherwise specified, "respondents" shall mean Filiquarian Publishing, LLC, a corporation; Choice Level, LLC, a corporation; their successors and assigns, and officers; Joshua Linsk, individually and as an officer of the corporations; and each of the above's agents, representatives, and employees.

2. The definitions set forth in the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681a, *et seq.*, shall apply.

3. "Clear and prominent" shall mean:

   i. In textual communications (e.g., printed publications or words displayed on the screen of a computer), the required disclosures are unavoidable and of a type, size, and location sufficiently noticeable for an ordinary consumer to read and comprehend them, in print that contrasts with the background on which they appear;

   ii. In communications disseminated orally or through audible means (e.g., radio or streaming audio), the required disclosures are delivered in a volume and cadence

sufficient for an ordinary consumer to hear and comprehend them;

iii.    In communications disseminated through video means (e.g., television or streaming video), the required disclosures are in writing in a form consistent with subparagraph (i) of this definition and shall appear on the screen for a duration sufficient for an ordinary consumer to read and comprehend them, and in the same language as the predominant language that is used in the communication; and

iv.    In all instances, the required disclosures are presented in an understandable language and syntax, and with nothing contrary to, inconsistent with, or in mitigation of the disclosures used in any communication of them.

4.    "Commerce" shall mean as defined in Section 4 of the Federal Trade Commission Act, 15 U.S.C. § 44.

5.    "Permissible purpose" shall mean the circumstances under which a consumer report may be furnished as described in Section 604 of the FCRA, 15 U.S.C. § 1681b.

## I.

**IT IS ORDERED** that respondents, whether acting directly or through any sole proprietorship, partnership, limited liability company, corporation, subsidiary, branch, division, or other business entity, in connection with the compilation, creation, sale, or dissemination of any consumer report, are hereby prohibited from:

A.    Furnishing a consumer report to any person which respondents do not have reason to believe has a permissible purpose under Section 604(a) of the FCRA, 15 U.S.C. § 1681b(a);

B.    Failing to maintain reasonable procedures designed to limit the furnishing of consumer reports to the purposes listed under Section 604(c) of the FCRA,15 U.S.C. § 1681b(a), as set forth in Section 607(a) of the FCRA, 15 U.S.C. § 1681e(a);

C.    Failing to maintain reasonable procedures to assure the maximum possible accuracy of the information concerning the individual about whom a consumer report relates, as required by Section 607(b) of the FCRA, 15 U.S.C. § 1681e(b);

D.    Failing to provide the "Notice to Users of Consumer Reports: Obligations of Users Under the FCRA" ("User Notice") required by Section 607(d) of the FCRA, 15 U.S.C. § 1681e(d), to all users of respondents' consumer reports. *Provided, however*, that respondents may provide an electronic copy of the User Notice to a user if: (a) in the ordinary course of business, the user obtains consumer report information from respondents in electronic form, and (b) the notice is clear and prominent; and

E.    Failing to provide the Notice to Furnishers of Information: Obligations of
      Furnishers Under the FCRA ("Furnisher Notice") required by Section 607(d) of
      the FCRA, 15 U.S.C. § 1681e(d), to all furnishers of consumer report information
      to respondents. *Provided, however,* that respondents may provide an electronic
      copy of this notice to a furnisher if: (a) in the ordinary course of business, the
      furnisher provides consumer report information to respondents in electronic form,
      and (b) the notice is clear and prominent.

## II.

**IT IS FURTHER ORDERED** that, for five (5) years after the date of issuance of this
order, respondents, and their successors and assigns, shall maintain and upon request make
available to the Federal Trade Commission business records demonstrating compliance with the
terms and provisions of this order, including but not limited to:

A.    Files containing the names, addresses, telephone numbers, and all certifications
      made by persons seeking to obtain consumer reports, including but not limited to
      reports containing criminal record information, from respondents, and all
      materials considered by respondents in connection with their verification of the
      identity of those persons and verification of the certifications made by those
      persons;

B.    Copies of all training materials and marketing materials that relate to respondents'
      provision of consumer reports as alleged in the complaint and respondents'
      compliance with the provisions of this order; and

C.    All records necessary to demonstrate full compliance with each provision of this
      order, including all submissions to the Commission.

## III.

**IT IS FURTHER ORDERED** that, for five (5) years after the date of issuance of this
order, respondents, and their successors and assigns, shall deliver a copy of this order to: (1) all
current and future principals, officers, and directors; and (2) all current and future managers,
employees, agents and representatives who have responsibilities with respect to the subject
matter of this order, and shall secure from each such person a signed and dated statement
acknowledging receipt of the order, with any electronic signatures complying with the
requirements of the E-Sign Act, 15 U.S.C. § 7001 *et seq.*  Respondents shall deliver this order to
current personnel within thirty (30) days after the date of service of the order, and to future
personnel within thirty (30) days after the person assumes such position or responsibilities.

## IV.

**IT IS FURTHER ORDERED** that respondents and their successors and assigns shall

notify the Commission at least thirty (30) days prior to any change in a respondent that may affect compliance obligations arising under this order, including but not limited to, a dissolution, assignment, sale, merger, or other action that would result in the emergence of a successor company; the creation or dissolution of a subsidiary, parent, or affiliate that engages in any acts or practices subject to this order; the proposed filing of a bankruptcy petition; or a change in a respondent's name or address. *Provided, however*, that with respect to any proposed change about which a respondent learns less than thirty (30) days prior to the date such action is to take place, the respondent shall notify the Commission as soon as is practicable after obtaining such knowledge. Unless otherwise directed by a representative of the Commission in writing, all notices required by this Part shall be sent by overnight courier (not the U.S. Postal Service) to the Associate Director of Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580, with the subject line: In the Matter of Filiquarian Publishing, LLC, FTC File Number 1123195. *Provided, however*, that, in lieu of overnight courier, notices may be sent by first-class mail, but only if an electronic version of such notices is contemporaneously sent to the Commission at DEbrief@ftc.gov.

## V.

**IT IS FURTHER ORDERED** that respondents and their successors and assigns shall, within sixty (60) days after the date of service of this order, file with the Commission a true and accurate report, in writing, setting forth in detail the manner and form in which respondents have complied with this order. Within ten (10) days of receipt of written notice from a representative of the Commission, respondents shall submit additional true and accurate written reports.

## VI.

This order will terminate on April 30, 2033, or twenty (20) years from the most recent date that the United States or the Commission files a complaint (with or without an accompanying consent decree) in federal court alleging any violation of the order, whichever comes later; *provided, however*, that the filing of such a complaint will not affect the duration of:

A.     Any Part of this order that terminates in less than twenty (20) years;

B.     This order's application to any respondent that is not named as a defendant in such complaint; and

C.     This order if such complaint is filed after the order has terminated pursuant to this Part.

Page 5 of 6

*Provided, further,* that if such complaint is dismissed or a federal court rules that respondents did not violate any provision of the order, and the dismissal or ruling is either not appealed or upheld on appeal, then the order will terminate according to this Part as though the complaint had never been filed, except that this order will not terminate between the date such complaint is filed and the later of the deadline for appealing such dismissal or ruling and the date such dismissal or ruling is upheld on appeal.

By the Commission.


Donald S. Clark
Secretary

SEAL
ISSUED: April 30, 2013

# EXHIBIT I

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>INSTANT CHECKMATE, INC.,<br><br>    Defendant. | Case No.: 14cv0675-H(JMA)<br><br><br>**CONSENT ORDER** |

Plaintiff, the United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission ("FTC" or "Commission"), filed its complaint for civil penalties, permanent injunction, and other equitable relief in this matter, alleging that Defendant, Instant Checkmate Inc. has ("Instant Checkmate") has engaged in violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 - 1681x, and in unfair or deceptive acts or practices in violation of Section 5 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45(a). Defendant has waived service of the summons and the Complaint. Plaintiff and Defendant, through counsel, stipulate to the entry of this Consent Order for civil penalties, permanent injunction, and other relief ("Order") to resolve all matters in dispute in this action between them.

//
//
//

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

## FINDINGS

1. This Court has jurisdiction over this matter.

2. The Complaint charges that Defendant participated in deceptive or unfair acts or practices in violation of Section 5 of the FTC Act, 15 U.S.C. §§ 45(a) and in violations of the Fair Credit Reporting Act, 15 U.S.C. §§1681 - 1681x.

3. Defendant neither admits nor denies any of the allegations in the Complaint, except as specifically stated in this Order. Only for purposes of this action, Defendant admits to the facts necessary to establish jurisdiction.

4. Defendant waives any claim that it may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order, and agrees to bear its own costs and attorney's fees.

5. Defendant and Plaintiff waive all rights to appeal or otherwise challenge or contest the validity of this Order.

## DEFINITIONS

For the purposes of this Order:

A. "Clear and Prominent" shall mean:

1. in textual communications (e.g., printed publications or words displayed on the screen of a computer), the required disclosures are of a type, size, and location sufficiently noticeable for an ordinary consumer to read and comprehend them, in print that contrasts with the background on which they appear;

2. in communications disseminated orally or through audible means (e.g., radio or streaming audio), the required disclosures are delivered in a volume and cadence sufficient for an ordinary consumer to hear and comprehend them;

3. in communications disseminated through video means (e.g., television or streaming video), the required disclosures are in writing in a form consistent with subparagraph (1) of this definition and shall appear on the screen for a duration sufficient

14cv0675-H(JMA)

1  for an ordinary consumer to read and comprehend them, and in the same language as the
2  predominant language that is used in the communication;

3          4.    in communications made through interactive media, such as the
4  Internet, online services, and software, the required disclosures are unavoidable and
5  presented in a form consistent with subparagraph (1) of this definition, in addition to any
6  audio or video presentation of them; and

7          5.    in all instances, the required disclosures are presented in an
8  understandable language and syntax, and with nothing contrary to, inconsistent with, or in
9  mitigation of the disclosures used in any communication of them.

10  B.    "Consumer Report" shall mean any written, oral, or other communication of
11  any information by a Consumer Reporting Agency bearing on a consumer's credit
12  worthiness, credit standing, credit capacity, character, general reputation, personal
13  characteristics, or mode of living which is used or expected to be used or collected in
14  whole or in part for the purpose of serving as a factor in establishing the consumer's
15  eligibility for:

16          1.    credit or insurance to be used primarily for personal, family, or
17  household purposes;

18          2.    employment purposes; or

19          3.    any other Permissible Purpose.

20  C.    "Consumer Reporting Agency" shall mean any Person which, for monetary
21  fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the
22  practice of assembling or evaluating consumer credit information or other information on
23  consumers for the purpose of furnishing Consumer Reports to third parties, and which
24  uses any means or facility of interstate commerce for the purpose of preparing or
25  furnishing Consumer Reports.

26  D.    "Defendant" means Instant Checkmate Inc. and its successors and assigns;

27  //

28  //

3

14cv0675-H(JMA)

E.   "Permissible Purpose" shall mean the circumstances under which a Consumer Reporting Agency may furnish a Consumer Report, as set forth in Section 604 of the FCRA, 15 U.S.C. § 1681b, attached hereto as Attachment A to this Order.

F.   "Person" shall mean any individual, partnership, corporation, trust, estate, cooperative, association, government or governmental subdivision or agency, or other entity.

**ORDER**

I.   PROHIBITED BUSINESS ACTIVITIES

**IT IS ORDERED** that Defendant, Defendant's officers, agents, servants, employees, and all other persons in active concert or participation with any of them, who receive actual notice of this Order, whether acting directly or indirectly, in connection with operating as a Consumer Reporting Agency, are hereby permanently restrained and enjoined from:

A.   furnishing a Consumer Report to any Person who Defendant does not have reason to believe has a Permissible Purpose to receive the Consumer Report;

B.   failing to maintain reasonable procedures designed to limit the furnishing of Consumer Reports to Persons that have Permissible Purposes to receive them.  Such reasonable procedures shall require that:  prospective users of the information identify themselves, certify the purposes for which the information is sought, and certify that the information will be used for no other purpose; and that Defendant make a reasonable effort to verify the identity of a new prospective user and the uses certified by such prospective user prior to furnishing such user a Consumer Report;

C.   failing to maintain reasonable procedures to assure the maximum possible accuracy of the information concerning the individual about whom a Consumer Report relates; and

D.   failing to provide a notice identical or substantially similar to the one attached as Attachment B to this Order, to any person to whom a Consumer Report is provided by Defendant, provided that Defendant may provide an electronic copy of the

4

1   notice to a user if: (a) in the ordinary course of business, the user obtains Consumer
2   Report information from Defendant in electronic form, and (b) the notice is Clear and
3   Prominent.

4       II.     MONETARY JUDGMENT FOR CIVIL PENALTY
5       **IT IS FURTHERED ORDERED** that:
6       A.      Judgment in the amount of Five Hundred Twenty-Five Thousand Dollars
7   ($525,000) is hereby entered in favor of Plaintiff and against Defendant as a civil penalty
8   for violations of the FCRA pursuant to Section 621(a) of the FCRA, 15 U.S.C. 1681s(a).

9       B.      Defendant is ordered to pay Plaintiff, by making payment to the Treasurer of
10  the United States, Five Hundred Twenty-Five Thousand Dollars ($525,000), which, as
11  Defendant stipulates, its undersigned counsel holds for no purpose other than payment to
12  Plaintiff.  Such payment must be made within seven (7) days of entry of this Order by
13  electronic fund transfer in accordance with instructions previously provided by a
14  representative of Plaintiff.

15      III.    ADDITIONAL MONETARY PROVISIONS
16      **IT IS FURTHER ORDERED** that:
17      A.      Defendant relinquishes dominion and all legal and equitable right, title, and
18  interest in all assets transferred pursuant to this Order and may not seek the return of any
19  assets.

20      B.      The facts as alleged in the Complaint will be taken as true, without further
21  proof, in any subsequent civil litigation filed by or on behalf of the Commission to enforce
22  its rights to any payment or money judgment pursuant to this Order.

23      C.      Defendant acknowledges that its Taxpayer Identification Numbers (Social
24  Security Numbers or Employer Identification Numbers), which Defendant previously
25  submitted to the Commission, may be used for collecting and reporting on any delinquent
26  amount arising out of this Order, in accordance with 31 U.S.C. §7701.

27  //
28  //

14cv0675-H(JMA)

IV.    ORDER ACKNOWLEDGEMENTS

**IT IS FURTHER ORDERED** that Defendant obtain acknowledgements of receipt of this Order:

A.    Defendant, within seven (7) days of entry of this Order, must submit to the Commission an acknowledgment of receipt of this Order sworn under penalty of perjury.

B.    For three (3) years after entry of this Order, Defendant must deliver a copy of this Order to: (1) all principals, officers, directors, and LLC managers and members; (2) all employees, agents, and representatives who participate in conduct related to the subject matter of the Order; and (3) any business entity resulting from any change in structure as set forth in the Section titled "Compliance Reporting." Delivery must occur within seven (7) days of entry of this Order for current personnel. To all others, delivery must occur before they assume their responsibilities. This deadline may be modified on motion to the Court for good cause shown.

C.    From each individual or entity to which Defendant delivered a copy of this Order, Defendant must obtain, within 30 days, a signed and dated acknowledgement of receipt of this Order.

V.    COMPLIANCE REPORTING

**IT IS FURTHER ORDERED** that Defendant make timely submissions to the Commission:

A.    One year after entry of this Order, Defendant must submit a compliance report, sworn under penalty of perjury:

1.    Defendant must: (a) identify the primary physical, postal, and email address and telephone number, as designated points of contact, which representatives of the Commission and Plaintiff may use to communicate with Defendant; (b) identify all of Defendant's businesses by all of their names, telephone numbers, and physical, postal, email, and internet addresses; (c) describe the activities of each business, including the goods and services offered, and the means of advertising, marketing and sales; (d) describe in detail whether and how Defendant is in compliance with each Section of this

14cv0675-H(JMA)

1  Order; and (e) provide a copy of each Order Acknowledgement obtained pursuant to this

2  Order, unless previously submitted to the Commission.

3         2.    For three (3) years following entry of this Order, Defendant must

4  submit a compliance notice, sworn under penalty of perjury, within 14 days of any change

5  in the following: (a) any designated point of contact; or (b) the structure of Defendant or

6  any entity that Defendant has any ownership interest in or controls directly or indirectly

7  that may affect compliance obligations arising under this Order, including: creation,

8  merger, sale, or dissolution of the entity or any subsidiary, parent, or affiliate that engages

9  in any acts or practices subject to this Order. This deadline may be modified on motion to

10  the Court for good cause shown.

11         3.    Defendant must submit to the Commission notice of the filing of any

12  bankruptcy petition, insolvency proceeding, or similar proceeding by or against Defendant

13  within 14 days of its filing.

14         4.    Any submission to the Commission required by this Order to be sworn

15  under penalty of perjury must be true and accurate and comply with 28 U.S.C. § 1746,

16  such as by concluding: "I declare under penalty of perjury under the laws of the United

17  States of America that the foregoing is true and correct. Executed on: _____" and

18  supplying the date, signatory's full name, title (if applicable), and signature.

19         5.    Unless otherwise directed by a Commission representative in writing,

20  all submissions to the Commission pursuant to this Order must be emailed to

21  Debrief@ftc.gov or sent by overnight courier (not the U.S. Postal Service) to: Associate

22  Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission,

23  600 Pennsylvania Avenue, N.W., Washington, D.C. 20580. The subject line must begin:

24  U.S. v. Instant Checkmate, File No. 1223221.

25  //

26  //

27  //

28

VI.   RECORDKEEPING

**IT IS FURTHER ORDERED** that Defendant must create and maintain certain records for three (3) years after entry of the Order. Specifically, Defendant must maintain the following records:

   A.   Accounting records showing the revenues from all goods or services sold, all costs incurred in generating those revenues, and the resulting net profit or loss;

   B.   Personnel records showing each employee's: name, addresses, and telephone numbers; job title or position; dates of service; and, if applicable, the reason for termination;

   C.   All employee training materials;

   D.   Documents sufficient to demonstrate compliance with each provision of this Order, including, but not limited to, copies of acknowledgments of receipt of this Order, required by the Section titled "Compliance Reporting";

   E.   Complaints and refund requests, whether received directly or indirectly, and any responses;

   F.   A copy of each unique advertisement or other marketing material;

   G.   Documents sufficient to demonstrate Defendant's compliance with Section 604 of the FCRA;

   H.   Documents sufficient to demonstrate Defendant's compliance with Section 607(a) of the FCRA, including but not limited to:

      1.   the name, address, and telephone number of each Consumer Report user;

      2.   each user's certification of the purposes for which the Consumer Report information is sought; and

      3.   documents sufficient to demonstrate Defendant's efforts to verify the identity of each user and the uses certified by such user; and

//

//

8

I.    Documents sufficient to demonstrate Defendant's compliance with Section 607(d) of the FCRA, including but not limited to:

1.    a copy of each notice provided by Defendant to those who regularly furnish information to Defendant with respect to any consumer;

2.    a copy of each notice provided by Defendant to those to whom a Consumer Report is provided by Defendant; and

3.    the name, address, and  telephone number of each person to whom Defendant provided a notice described in Subsection I(1) and I(2).

J.    This deadline may be modified on motion to the Court for good cause shown.

VII.  COMPLIANCE MONITORING

**IT IS FURTHER ORDERED** that for the purpose of monitoring Defendant's compliance with this Order, including any failure to transfer any assets as required by this Order:

A.    Within 14 days of receipt of a written request from a representative of the Commission or Plaintiff, Defendant must: submit additional compliance reports or other requested information, which must be sworn under penalty of perjury; appear for depositions; and produce documents for inspection and copying.  The Commission and Plaintiff are also authorized to obtain discovery, without further leave of court, using any of the procedures prescribed by Fed. R. Civ. P. 29, 30 (including telephonic depositions), 31, 33, 34, 36, 45, and 69.

B.    For matters concerning this Order, the Commission and Plaintiff are authorized to communicate directly with Defendant.    Defendant must permit representatives of the Commission and Plaintiff to interview any employee or other person affiliated with Defendant who has agreed to such an interview.  The person interviewed may have counsel present.

C.    The Commission and Plaintiff may use all other lawful means, including posing, through its representatives, as consumers, suppliers, or other individuals or entities, to Defendant or any individual or entity affiliated with Defendant, without the

14cv0675-H(JMA)

1  necessity of identification or prior notice. Nothing in this Order limits the Commission's
2  lawful use of compulsory process, pursuant to Sections 9 and 20 of the FTC Act,
3  15 U.S.C. §§ 49, 57b-1.

4      VIII. <u>RETENTION OF JURISDICTION</u>

5      **IT IS FURTHER ORDERED** that this Court retains jurisdiction of this matter for
6  purposes of construction, modification, and enforcement of this Order. The Court directs
7  the Clerk to close this case. The Court will re-open the case upon motion of a party for
8  good cause within three years of this order.

9      IX. <u>COSTS AND ATTORNEYS' FEES</u>

10     **IT IS FURTHER ORDERED** that each party shall bear its own costs and
11 attorneys' fees incurred in connection with this action.

12     X. <u>DEADLINES</u>

13     The deadlines set in this Order will only be modified on motion to the Court for
14 good cause shown.

15     **IT IS SO ORDERED.**

16     Dated: March 28, 2014

HON. MARILYN L. HUFF
United States District Judge

10

# EXHIBIT J



**Professional Reviews**
Complete people directory in the US

🔒 Login   About   Principles

🛡 TRUSTED SITE   ⭐ XML ETHICAL SITE

| People Search | Reviews | Background Check | Reverse Phone | More Services ... |

Find a person  👥 [redacted]  🔍  **Search**


Download APPs

[redacted], ~25

[redacted], AR

Related to: [redacted] · ~66 · [redacted] · ~62 · [redacted] · ~26

**Options ▼**

Reference link to this profile

8+1  f Like  🐦 Tweet

Login to view premium data
f connect  8 connect

---

**Professional Reviews**   **Background Check**   **Phones & Addresses**   **Mentions**

## Professional Summary
Records found at public sources and written by people

👍 **Write a Review**   ❶ If this page is about you

**Reviews**  People's opinions and recommendations

Specify an Occupation and Write a Review about [redacted] professional capacity

[redacted] **as a Marketing / Sales specialist**

**Rating summary**  ◉◉◉◉◉  ❶ 1 person has reviewed [redacted] as a Marketing / Sales specialist   Add a Review

[redacted]  ◉◉◉◉◉  ❶ May 25 2014   ✉

I have not witnessed her work performance, but engaging in an ilicit affairs with married men is a very concerning character flaw. It signifies either an immaturity or frank untrustworthiness that would alert any hiring authority against employing Miss [redacted]

---

## Personal & Contact Information
Provided by commercial agencies or found at public sources

| **Background check** **Get Full Report** | | Provided by Centerex ❶ |

📋 Background
**View public records**

📱 Phone
**Look up phone**

✉ Email address
**Search email**

📍 Address
**\*\*\***

🌐 City & State
[redacted], AR

🏠 Properties records
**See available results**

👥 Marital status
**Check status**

👥 Family members
**4 relatives found**

🔨 Lawsuits records
**See available results**

**Phones & Addresses**  **Get Full Report**   Provided by Centerex ❶

More results for
[redacted] AR
[redacted] AR
[redacted] AR
View more...

, Arkansas Public profile, contact information, references, people reviews & opinions at Radaris.



**** , AR
.**** details ...

**** AR
.**** details ...

, AR



## Mentions *Possibly related*

**Public records**

, AR - People search service  ❶

Provides instant reports with publically available data including (if available): Date of birth, Address History, Properties, Relatives, Neighbors, Social profile searches, Genealogy searches, Marriage/Divorce records, Lawsuite records, Bankruptcies, Criminal check

, AR - Public records database  ❶

Provides contact information and detailed background report with public records (if available): Full Name, Age, Phone, Address, Prior Residences, Relatives, Neighbors, Bankruptcies, Judgments, Liens, Businesses, Properties, Work Info

All data offered is derived from public sources. Radaris does not verify or evaluate each piece of data, and makes no warranties or guarantees about any of the information offered. Radaris does not possess or have access to secure or private financial information. Radaris is not a credit reporting agency and does not offer consumer reports. None of the information offered by Radaris is to be considered for purposes of determining any entry or person's eligibility for credit, insurance, employment, housing, or for any other purposes covered under the FCRA.

  

People Search | Terms of Service | About | Share:
Mobile Apps | Cancellation Policy | In the news
Background check | Privacy Policy | Principles
Reviews | Careers | Help center
Reverse phone lookup | Blog | Affiliate Program | Our pages on:
Public Records | All States | Contact | Google+
Property records | Regional sites | Facebook
Email lookup | Sitemap | Twitter

© 2014 Radaris





**** ██████ NY
██-**** ██6-**** details ...
██ NY

## Social & Media

**Social networks:**

Linkedin ██████ ❶

## Mentions *Possibly related*

**Public records**

████████, ████, NY - People search service ❶
Provides instant reports with publically available data including (if available): Date of birth, Address History, Properties, Relatives, Neighbors, Social profile searches, Genealogy searches, Marriage/Divorce records, Lawsuits records, Bankruptcies, Criminal check

████████, ████, NY - Public records database ❶
Provides contact information and detailed background report with public records (if available): Full Name, Age, Phone, Address, Prior Residences, Relatives, Neighbors, Bankruptcies, Judgments, Liens, Businesses, Properties, Work Info

**Video & Images**

Second Skin Miami - Body Paint ████ ❶
Duration: **2m 25s**
Published: **13 Jan, 2008**
Category: **People & Blogs**
Body Paint Photo Shoot with Model ████ r Airbrush: ████ Photography: ████ Music: ████
Exit to Eternity

**Social networks**

Myspace

Koala Bear MySpace Music ... ❶
All music is composed and performed by ████. Koala Bear Songs and is (c) 2008 ████ - all rights reserved May not be commercially used without the ...

MIDBAR MySpace Music Fr... ❶
Original Members: ████ ████
was ████ & ████

████ - Wink ❶
████ - Wink ❶

All data offered is derived from public sources. Radaris does not verify or evaluate each piece of data, and makes no warranties or guarantees about any of the information offered. Radaris does not possess or have access to secure or private financial information. Radaris is not a credit reporting agency and does not offer consumer reports. None of the information offered by Radaris is to be considered for purposes of determining any entity or person's eligibility for credit, insurance, employment, housing, or for any other purposes covered under the FCRA.

5/26/2014 — Jo York ... New York Public profile, contact information, references, people reviews & opinions at Radaris.

Case 3:14-cv-04735-VC Document 37-1 Filed 02/11/16 Page 69 of 72

People Search
Mobile Apps
Background check
Reviews
Reverse phone lookup
Public Records
Property records
Email lookup

Terms of Service
Cancellation Policy
Privacy Policy
Careers
Blog
All States
Regional sites
Sitemap

Principles
Help center
Affiliate Program
Contact

Norton
SECURED
powered by **Symantec**

Trustwave
Trusted Commerce
Click to Validate

Our pages on:
Google+
Facebook
Twitter

© 2014 Radaris

# EXHIBIT K

a Centerex company

## Terms of Service:

You agree to the following terms and conditions in order to have access to the Radaris sites (the "Sites") and the information and data contained therein (the "Data"):

**ACCESS TO THE SITES:** Upon your acceptance of these terms and conditions, Radaris hereby grants you a revocable, non-exclusive, non-transferable, and limited license to access the Sites and the Data, solely for the purpose of identity verification and/or fraud prevention for individual business use in the United States only. In exchange for the foregoing, you agree to pay the fees set forth under each product. In consideration of your access to the Data, you represent that you are of legal age to form a binding contract and are not a person barred from receiving our services under the laws of the United States or any other applicable jurisdiction.

**OWNERSHIP OF DATA:** You agree and acknowledge that the Data is and remains the property of Radaris or its data providers. You understand that you do not have nor will you acquire any ownership interest in the Sites or Data. You have no right to sell, resell, license, rent, transfer, or otherwise provide any of the Data to any other party. You shall not combine all or any portion of any Data with any other service, data, or database created or maintained by you. The Data obtained from any query of the Sites may only be used one-time by you. You shall not cache the Data. You shall not disassemble, decompile, or in any way reverse engineer the Sites or Data in any way.

**RESTRICTIONS ON USE OF DATA:** You agree to use the Data for appropriate, legal purposes and in compliance with all application federal, state and local laws and regulations and for no marketing purposes; you have obtained all necessary licenses, certificates, permits, approvals or other authorizations required by law, statute or regulation; you will not use a bot program or other automated/data extraction programs to access the Data; and you will use best commercial efforts to insure that the data is received and stored in a secure manner. Furthermore, you agree that the Data will not be used to: seek information about a minor or public figure; cause physical or emotional harm or injury against any group or individual; stalk or otherwise harass another person; or promote any illegal activities.

**FCRA RESTRICTIONS ON USE OF DATA:** You understand that Radaris is not a "Consumer-Reporting Agency" (as that term is defined by the Fair Credit Reporting Act ("FCRA")), and you agree that you will not use the Sites or Data for any purpose enumerated by the FCRA. You shall not use the Sites or Data for the purpose of serving as a factor in: (a) establishing an individual's eligibility for personal credit or insurance or assessing risks associated with existing credit obligations, (b) evaluating an individual for employment purposes, (c) for determination of an individual's eligibility for a license or other benefit that depends on an applicant's financial responsibility or status, or (d) in connection with any other personal business transaction with an individual. You agree not to use any of the Data in the preparation of a "Consumer Report" (as that term is defined by the FCRA) or in such a manner that may cause such Data to be characterized as a Consumer Report. No "Adverse Action" (as that term is defined by the FCRA) may be taken against any "Consumer" (as that term is defined by the FCRA), which is based in whole or in part on the Data. Before taking any Adverse Action based on this Data, the Data must be re-verified by an additional, independent source.

**MISUSE OF DATA:** Radaris reserves the right, in its sole discretion, to immediately and without notice suspend your access to the Sites if Radaris suspects that: (a) you are abusing or misusing the Sites or Data, (b) you have violated this agreement or any applicable law, or (c) an actual or threatened breach of security jeopardizes the safety, confidentiality and/or integrity of the Sites or Data.

**SEARCH LOGS:** You agree that Radaris can log all of your searches of the Sites. Such search logs may be provided in response to a lawful governmental process or request (e.g. subpoena or warrant), in order to respond to an audit of Radaris, to respond to or investigate a consumer complaint, or as part of an investigation into a possible impermissible use of the Data. You further agree to fully cooperate with an audit of our customers.

**FEES:** You agree to pay Radaris for Data as set forth in the fee disclosures on the Radaris website. These fees may be changed, from time to time and Radaris shall post all such changes on its website. Customer shall pay for access to the Sites and Data and services in advance. Radaris reserves the right to terminate this agreement upon email notice sent by Radaris.

**TERM:** The initial term of this Agreement shall commence upon the date you accept the terms of this Agreement and shall continue in full force and effect for a period of one year. Radaris reserves the right to terminate this agreement upon email notice sent by Radaris. In the event of termination, you agree to immediately destroy the Data, including all copies. The terms and conditions of this Agreement shall remain in full force so long as you retain any Data.

**INFORMATION USE, SHARING AND DISCLOSURE:** We do not share or disclose your registration information. By entering your email, you agree to receive occasional communications from Radaris. The email information you enter will remain private.

Radaris may use a Profile owner's email address to send updates, account notifications, newsletters or news regarding the service. Profile owners may specify the types of emails that they wish to receive under their notification settings "Unsubscribe from our newsletters" in the user "Settings".

To understand how other information is stored and used, please read our full Privacy Policy.

**DISCLAIMERS:** Radaris and its data providers make every reasonable effort to ensure that the Sites and the Data are an accurate reflection of the information received from its originating source. However, neither Radaris, nor its data providers can or does represent or warrant that the Sites or Data will be complete or accurate. This data is provided "as is". Neither Radaris, nor its data providers shall be responsible or liable for any inaccuracy in the Sites or the Data, or for interruption in service caused by the failure of the Internet or the World Wide Web, by any Act of God, or by any other force majeure.

RADARIS AND ITS DATA PROVIDERS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF CORRECTNESS, COMPLETENESS, ACCURACY, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. UNDER NO CIRCUMSTANCES SHALL RADARIS OR ITS DATA PROVIDERS BE LIABLE FOR ANY DAMAGES, INCLUDING, WITHOUT LIMITATION, DIRECT, CONSEQUENTIAL, INCIDENTAL, INDIRECT, EXEMPLARY OR SPECIAL DAMAGES, INCLUDING LOST PROFITS, EVEN IF WE HAVE BEEN MADE AWARE OF THE POTENTIAL FOR SUCH DAMAGES.

**INDEMNIFICATION:** You agree to indemnify and hold harmless, Radaris, and its data providers from and against any claim made by any third-party that may arise from your use or misuse of the Sites or Data.

**OPERATING COMPANY:** Radaris is operated by Bitseller Expert LIMITED, Nicosia Cyprus.

Public Relations Agency: Radaris has a public relations agency located in the US. All public relations inquires should be sent to Radaris America, Inc, 831 Beacon Street, Ste 129, Newton Center, MA 02459 USA.

*This TOS was last updated on January 14, 2013*

        

| All Services | About | In the news |
|---|---|---|
| People Directory | Terms of Service | Blog |
| Radar | Cancellation Policy | Help center |
| Mobile Apps | Privacy Policy | Affiliate Program |
| Regional sites | Contact | |

**SHARE:**

**FOLLOW RADARIS:**

Google+ · Facebook · Twitter