UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RADARIS, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-04735-VC<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 37 |

　　　　The Court will hold a telephonic case management conference in this case at 2:30 p.m. on Tuesday, April 12, to discuss the plaintiffs' class notice plan.  The plaintiffs' counsel should provide a conference line and access code to use during the hearing.

　　　　**IT IS SO ORDERED.**

Dated: April 8, 2016

_____
VINCE CHHABRIA
United States District Judge