## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## <u>CIVIL MINUTES</u>

| **Date:** 4/12/16 | **Time:** 14 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 14-cv-04735-VC | **Case Name:** John Huebner, et al. v. Radaris, LLC, et al. | |

**Attorney for Plaintiff:**
**Attorney for Defendant:**

**Deputy Clerk:** Tracy Kasamoto                    **Court Reporter:** n/a


## <u>PROCEEDINGS</u>

1) <u>  Further Case Management Conference - HELD by phone</u>

Order to be prepared by:  (  )Pltf    (   )Deft    (   )Court

Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to  <u>  @ 3:00 p.m.</u> for Further Case Management Conference

Case continued to  <u>  @ 9:00 a.m.</u>  for Motions
(Motion due:  , Opposition:  , Reply:  )

Case continued to  <u>  @ 3:30 p.m.</u>  for Pretrial Conference

Case continued to  <u>  @ 8:30 a.m.</u>  for  Trial  (   Days)
Discovery Cutoff:  , Designate Experts by:  ,
Rebuttal Experts:  , Expert Discovery Cutoff:


## <u>SUMMARY</u>

<u>**Plaintiff shall submit it's proposed class notice and notice plan by 5/3/16.**</u>