# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** 4/12/16 | **Time:** 14 minutes | **Judge:** VINCE CHHABRIA |
| **Case No.**: 14-cv-04735-VC | **Case Name:** John Huebner, et al. v. Radaris, LLC, et al. | |

**Attorney for Plaintiff:** Justin Kachadoorian
**Attorney for Defendant:** n/a

**Deputy Clerk:** Tracy Kasamoto        **Court Reporter:** n/a

## PROCEEDINGS

1)    Further Case Management Conference - HELD by phone

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to    @ **3:00 p.m.** for Further Case Management Conference

Case continued to   @ **9:00 a.m.**    for Motions
(Motion due:  , Opposition:  , Reply:  )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for  Trial  (   Days)
Discovery Cutoff:  , Designate Experts by:  ,
Rebuttal Experts:  , Expert Discovery Cutoff:

## SUMMARY

**Plaintiff shall submit it's proposed class notice and notice plan by 5/3/16.**