ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**[CLASS ACTION]**<br><br>**[PROPOSED] ORDER GRANTING CLASS NOTICE PLAN** |

**[PROPOSED] ORDER**

Plaintiffs' Motion for an Order Approving the Class Notice Plan [DE 43] is GRANTED. The proposed Notice provides the best notice practicable under Federal Rule of Civil Procedure 23(c)(2)(B). Plaintiffs are ordered to implement the Internet-based class notice described in their Motion within thirty (30) days of the date of this Order and file a document titled "Notice of Publication of Class Notice" informing the Court of the URL of the class-notice website. Class Members shall have sixty (60) days from the date of publication of the class notice to submit opt-outs. Plaintiffs shall file their Motion for Default Judgment within forty-five (45) days of the completion of the class-notice period. This timeline is set forth below:

| Event | Deadline |
| --- | --- |
| Publication of Internet-based Notice; Filing by Plaintiffs of "Notice of Publication of Class Notice" | [No later than 30 days from Court order approving notice plan] |
| Deadline to Submit Opt-outs | [60 days from publication of Internet notice] |
| Deadline to File Motion for Default Judgment | [45 days from conclusion of notice period] |

DATED: _____     _____
                                    The Honorable Vince Chhabria
                                    Judge of the U.S. District Court