ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN
LANGTON, on behalf of themselves and others similarly
situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated, | Case No. 3:14-cv-04735-VC |
| | [Assigned to the Honorable Vince Chhabria] |
| Plaintiffs, | **[CLASS ACTION]** |
| v. | **[PROPOSED] ORDER GRANTING CLASS NOTICE PLAN** |
| RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual, | |
| Defendants. | |

1                                **[PROPOSED] ORDER**

2           Plaintiffs' Motion for an Order Approving the Class Notice Plan [DE 43] is GRANTED.

3 The proposed Notice provides the best notice practicable under Federal Rule of Civil Procedure

4 23(c)(2)(B). Plaintiffs are ordered to implement the Internet-based class notice described in their

5 Motion within thirty (30) days of the date of this Order and file a document titled "Notice of

6 Publication of Class Notice" informing the Court of the URL of the class-notice website. Class

7 Members shall have sixty (60) days from the date of publication of the class notice to submit opt-

8 outs. Plaintiffs shall file their Motion for Default Judgment within forty-five (45) days of the

9 completion of the class-notice period. This timeline is set forth below:

| Event | Deadline |
|---|---|
| Publication of Internet-based Notice; Filing by Plaintiffs of "Notice of Publication of Class Notice" | June 16, 2016 |
| Deadline to Submit Opt-outs | August 15, 2016 |
| Deadline to File Motion for Default Judgment | September 29, 2016 |

DATED: May 17, 2016 _____

_____

The Honorable Vince Chhabria
Judge of the U.S. District Court

Case No. 3:14-cv-04735-VC
[Proposed] Order Granting Class Notice Plan