1  ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
   anthony@counselonegroup.com
2  JUSTIN KACHADOORIAN, Cal. Bar No. 260356
   justin@counselonegroup.com
3  COUNSELONE, P.C.
   9301 Wilshire Boulevard, Suite 650
4  Beverly Hills, California 90210
   Telephone: (310) 277-9945
5  Facsimile: (424) 277-3727

6  Attorneys for Plaintiffs JOHN HUEBNER and IRMIN
   LANGTON, on behalf of themselves and others similarly
7  situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**PLAINTIFFS' NOTICE OF PUBLICATION OF CLASS NOTICE** |
|---|---|

1   Plaintiffs hereby notify the Court that they have complied with the Order Granting Plaintiffs'
2   Notice Plan. [DE 44.]  The Notice of Class Certification appears at the following URL:
3   http://radarisclassaction.com/.  Plaintiffs have also launched a Google Adwords campaign for this
4   website, which will last for the duration of the notice period (i.e., 60 days).  The objective of the
5   campaign is to achieve placement of the class-notice website on the first page of results returned
6   from a Google search including the word "radaris."

7   Plaintiffs' counsel has also inserted a text box at the top of their existing website
8   www.radarisclassactionlawsuit.com informing visitors that a class has been certified and embedding
9   a hyperlink to http://radarisclassaction.com/.  Plaintiffs will not launch a Google Adwords campaign
10  for www.radarisclassactionlawsuit.com because the website already achieves high placement in
11  search results on Google with searches using terms like "radaris" and "lawsuit" or "radaris" and
12  "class action."  Indeed at the time of this writing the website appears as the first hit in the search
13  results on Google when using these search terms. Class Members who view
14  www.radarisclassactionlawsuit.com can click on a hyperlink directing them to the class-notice
15  website.

16                                                Respectfully submitted,

17  DATED:      June 16, 2016                     COUNSELONE, PC

19                                          By  /s/ Justin Kachadoorian
20                                                Anthony J. Orshansky
                                                  Alexandria Kachadoorian
21                                                Justin Kachadoorian
                                                  Attorneys for Plaintiffs and the Putative
22                                                Class