1  ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
   anthony@counselonegroup.com
2  ALEXANDRIA R. KACHADOORIAN, SBN 240601
   alexandria@counselonegroup.com
3  JUSTIN KACHADOORIAN, Cal. Bar No. 260356
   justin@counselonegroup.com
4  COUNSELONE, P.C.
   9301 Wilshire Boulevard, Suite 650
5  Beverly Hills, California 90210
   Telephone: (310) 277-9945
6  Facsimile: (424) 277-3727

7  Attorneys for Plaintiffs JOHN HUEBNER and IRMIN
   LANGTON, on behalf of themselves and others similarly
8  situated

9

10                 UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  JOHN HUEBNER and IRMIN LANGTON,       Case No. 3:14-cv-04735-VC
    on behalf of themselves and others similarly
14  situated,                            [Assigned to the Honorable Vince Chhabria]

15                Plaintiffs,

16        v.                            **DECLARATION OF JUSTIN
                                        KACHADOORIAN IN SUPPORT OF
17  RADARIS, LLC, a Massachusetts limited  PLAINTIFFS' SUPPLEMENTAL BRIEF IN
    liability company; RADARIS AMERICA,   RESPONSE TO ORDER RE FURTHER
18  INC., a Delaware corporation; and EDGAR  BRIEFING**
    LOPIN, an individual,
19
20                Defendants.

21

22

23

24

25

26

27

28

**Declaration of Justin Kachadoorian**

I, Justin Kachadoorian, declare:

1.      I am a competent adult, over the age of eighteen, and one of the attorneys of record for plaintiffs John Huebner and Irmin Langton ("Plaintiffs") in the above-captioned action.  The following is based upon my personal knowledge, and if called as a witness I could and would competently testify thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the order entered in *Lions Gate Films Inc. v. Does*, 214-cv-06033-MMM-AGR, 2014 WL 12580399, at *2 (C.D. Cal. Aug. 4, 2014).

3.      Attached hereto as **Exhibit B** is a true and correct copy of the ordered entered in *ABS-CBN Corp. v. Ashby*, D. Ore. Case No. 3:14-cv-1275, ECF No. 12 (Aug. 8, 2014).

4.      Attached hereto as **Exhibit C** are the WHOIS Lookup pages for the Subject Domain Names.  WHOIS is information that the Internet Corporation for Assigned Names and Numbers (ICANN) requires all registrars to obtain such information from all registrants and make it publicly available.  These lookup pages show that variations on the domain name "radaris" (e.g., radaris.com, radaris.us, radaris.org, as well as trustoria.com) share a common registrant, i.e., Tim Ostertag and Accuracy Consulting Ltd., which is likely a shell entity and possibly a fictitious individual.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed February 21, 2016.


_____/s/ _ Justin Kachadoorian __
Justin Kachadoorian

Exhibit A

2014 WL 12580399
Only the Westlaw citation is currently available.
United States District Court,
C.D. California, Western Division.

**Lions Gate Films** Inc., Plaintiff,
v.
John **Does** 1-10 Inclusive, d/b/a,
<limetorrents.com>, < billionuploads.com>,
<hulkfile.eu> <played.to>, <swankshare.com>
and < dotsemper.com>, et al., Defendants.

Case No. 2:14-cv-06033-MMM-AGR
|
Signed 08/04/2014

**Attorneys and Law Firms**

Christopher Theodore Varas, Dennis L. Wilson, Larry W. McFarland, Kilpatrick Townsend and Stockton LLP, Beverly Hills, CA, Joseph E. Petersen, Kilpatrick Townsend and Stockton LLP, Menlo Park, CA, for Plaintiff.

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Hon. Margaret M. Morrow, United States District Judge

**\*1** This matter came on before the Court on the *ex parte* application for a Temporary Restraining Order, Asset Restraining Order and to Show Cause why a Preliminary Injunction Should not Issue, filed by plaintiff Lions Gate Films Inc. ("Lions Gate"). The Court has considered the papers submitted by Lions Gate and, finding good cause, hereby GRANTS Lions Gate's application.

The Court finds that Lions Gate has satisfied the requirements for a temporary restraining order, an asset restraining order and an order to show cause why a preliminary injunction should not issue. Lions Gate has established that it is likely to succeed on the merits of its claims. It appears likely Lions Gate will be able to establish that the film at issue in this matter, "The Expendables 3" (hereinafter the "Film") is the subject of

valid copyrights and that Lions Gate is the exclusive licensee with the exclusive right to distribute and exploit the Film in the United States and throughout North America, including by means of direct exhibition in theaters, by means of the Internet and in all home video media, among other rights. It also appears likely that the Defendants are unlawfully distributing, reproducing, performing and otherwise disseminating the Film through the websites <limetorrents.com>, < billionuploads.com>, <hulkfile.eu>, <played.to>, <swankshare.com> and < dotsemper.com>.

Lions Gate has established that it will suffer irreparable harm in the absence of immediate relief. Among other things, Defendants' likely infringement has stripped Lions Gate of the critical right of first publication, is interfering with Lions Gate's contractual relationships with third parties, is damaging Lions Gate's goodwill among consumers, and is depriving Lions Gate of revenue that will be difficult or impossible to calculate, but is likely far in excess of any amount that Defendants could repay to Lions Gate in damages even if the amount could be calculated.

The balance of equities also tips sharply in Lions Gate's favor. The Court is not aware of any legitimate interest of Defendants that would be damaged by Lions Gate's requested injunction.

An injunction is also in the public interest because it will effectuate the policy and purpose of the Copyright Act to protect intellectual property rights and to incentivize the creation of copyrightable works.

The Court finds that no bond is required in this case because there is no realistic likelihood that Defendants will be harmed by Lions Gate's requested injunction.

The Court also finds that *ex parte* relief is appropriate in this case because Lions Gate has established that it will suffer further irreparable harm if its application is heard on the normal motion calendar and that Lions Gate has acted swiftly and is without fault in creating the crisis that prompted it to file its application. Lions Gate also gave Defendants notice of this application by electronic mail, giving them an opportunity to be heard.

Accordingly, the Court hereby ORDERS as follows:

**\*2** 1. Each and every one of the Defendants and their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with them, including but not limited to persons and

entities providing any services to or in connection with the domain names < limetorrents.com>, <billionuploads.com>, <hulkfile.eu>, <played.to>, < swankshare.com> and/or <dotsemper.com> or the websites to which any of those domain names resolve are, immediately upon receipt of notice of this Order, TEMPORARILY RESTRAINED AND ENJOINED from:

> a. Hosting, linking to, distributing, reproducing, performing, selling, offering for sale, making available for download, streaming or making any other use of any copy or copies of the Film or any portion thereof in any form;

> b. Taking any action that induces, causes or materially contributes to the direct infringement of Lions Gate's rights in the Film by any third party, including without limitation hosting, linking to or otherwise providing access to any torrent files, trackers, links (including without limitation magnet links), hash values or other instruction sets of any kind that enable users to locate or access any "swarm" or other location where any copy or copies of the Film or any portion thereof are being distributed, reproduced, performed or otherwise exploited in any form;

> c. Otherwise infringing Lions Gate's rights in the Film in any manner, whether directly, contributorily, vicariously or in any other way; and

> d. Transferring or performing any function that results in the transfer of the registration of the domain names <limetorrents.com>, < billionuploads.com>, <hulkfile.eu><played.to>, <swankshare.com> and < dotsemper.com>, or any of them, to any other registrant or registrar.

This temporary restraining order is issued and effective as of 4:00 p.m. on August 4, 2014 and will expire on August 8, 2014 at 4 p.m.

2. Lions Gate is not required to post any bond prior to the issuance of this temporary restraining order.

3. All banks, savings and loan associations, payment processors or other financial institutions, payment providers, third party processors and advertising service providers of Defendants or any of them must, upon receiving notice of this Order, immediately locate all accounts connected to Defendants or to <limetorrents.com>, <billionuploads.com>, <hulkfile.eu><played.to>, < swankshare.com> and/or <dotsemper.com> and immediately cease transferring or

disposing of any money or other assets residing in such accounts, cease allowing such funds to be transferred or withdrawn, and cease allowing any diminutions to be made by Defendants from such accounts pending further order of this Court.

4. The Court hereby ORDERS Defendants and each of them to show cause why the terms of this Temporary Restraining Order set forth in Paragraphs 1 through 3 above should not be entered as a preliminary injunction. For purposes of this Order to Show Cause the Court construes Lions Gate's application as a motion for entry of a preliminary injunction, and hereby sets a hearing on Lions Gate's motion on August 8, 2014 at 4 p.m. Any opposition to Lions Gate's motion must be filed and served on all parties no later than August 6, 2014 at 12 p.m. Lions Gate shall file its reply to any opposition no later than August 7, 2014 at 9 a.m.

5. No later than 6 p.m. on August 4, 2014, Lions Gate shall give each of the Defendants notice of this Order by electronic mail to the same email addresses Lions Gate used to give them notice of its intention to file its application. Such notice shall include a copy of this Order and a copy of or link to all of the papers Lions Gate has filed in this action. Lions Gate's obligations under this Paragraph 5 shall be satisfied upon transmission of the email notice as provided herein. Lions Gate has no obligation to confirm that the email notice was successfully delivered. Lions Gate shall file a declaration attesting to its compliance with this Paragraph 5 no later than August 7, 2014 at 9 a.m. In light of counsel's efforts to locate and identify defendants as well as the urgency necessitated by Lions Gate's application for a temporary restraining order and preliminary injunction, the court approves service by email of the temporary restraining order and order to show cause why the court should not issue a preliminary injunction. The court makes no determination herein whether service by email of the complaint and summons is appropriate under Rule 4. Lions Gate is directed to serve limetorrents.com at the email address kof_javed @hotmail.com as well as by mail at its physical address in Pakistan. Lions Gate is directed to serve billionuploads.com at dmca@billionuploads.com and at admin @billionuploads.com. It is directed to serve hulkfile.eu at abuse@hulkfile.com. It is directed to serve played.to at dmca@played.to as well as via email to played.to's counsel John A. Arsenault. It is directed to serve swankshare.com at swankshare@gmail.com as well as by mail at its physical address in Singapore. Finally, it is directed to serve dotsemper.com at dotsemper.com @domainbyproxy.com.

*3 6. Lions Gate shall include a copy of this Order in any

**Lions Gate Films Inc. v. Does, Slip Copy (2014)**

correspondence it sends to any person or entity it believes is acting in active concert or participation with any of the Defendants, including without limitation any person or entity who provides hosting services for one or more of the websites specified in this Order.

7. Lions Gate may apply to this Court for modifications of this Temporary Restraining Order as appropriate, including without limitation to request that the terms of this Order be extended to such further and additional domain names as Lions Gate may discover are being used by any or all of the Defendants or their officers, agents, servants, employees, attorneys, or anyone in active

concert or participation with any of them to infringe any of Lions Gate's rights.

IT IS SO ORDERED

**All Citations**

Slip Copy, 2014 WL 12580399

---

End of Document                © 2017 Thomson Reuters. No claim to original U.S. Government Works.

# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ABS-CBN CORPORATION**, a Philippine
corporation; **ABS-CBN FILM
PRODUCTIONS, INC.** d/b/a Star Cinema, a
Philippine corporation; and **ABS-CBN
INTERNATIONAL**, a California
corporation,

Plaintiffs,

vs.

**JEFFREY ASHBY**, an individual; **LENIE
ASHBY**, an individual; jointly d/b/a
**WEBPINOYTAMBAYAN.COM**;
**WATCHFILIPINOTV.COM**;
**WATCHFILIPINOMOVIES.COM**;
**PINOY-TVKO.COM**; **PINOYTVKO.BIZ**;
**PINOY-TUBE.COM**;
**MYPINOYTUBETV.COM**;
**PINOYTALAGA.COM**;
**PINOYSTREAMING.COM**;
**PINOYMOVIEFAN.COM**;
**PINOYTVEPISODES.NET**;
**PINOYTVEPISODES.INFO**; and DOES 1-
100,

Defendants.

Case No. 3'14 - CV - 1275  HU,

**ORDER GRANTING *EX PARTE*
APPLICATION FOR ENTRY OF
TEMPORARY RESTRAINING
ORDER AND SETTING HEARING
ON MOTION FOR PRELIMINARY
INJUNCTION**

**FILED UNDER SEAL**

**THIS CAUSE** is before the Court on Plaintiffs' *Ex Parte* Application for Entry of

Temporary Restraining Order and Preliminary Injunction ("Application for Temporary

Restraining Order"). The Court has carefully reviewed the Application for Temporary

Restraining Order and is otherwise fully advised in the premises.

Plaintiff ABS-CBN Corporation, Plaintiff ABS-CBN Film Productions, Inc. d/b/a Star

Cinema, and Plaintiff ABS-CBN International ( "Plaintiffs" or "ABS-CBN") move, pursuant to

15 U.S.C. § 1116, 17 U.S.C. § 502(a), and Fed. R. Civ. P. 65, for alleged violations of the

**Page 1 -     ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF
           TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON
           MOTION FOR PRELIMINARY INJUNCTION**

Lanham Act, 15 U.S.C. §§ 1114, and 1125(a); and copyright infringement under the Copyright

Act, 17 U.S.C. § 101 *et seq.*, for entry of a temporary restraining Order, and upon expiration of

the temporary restraining order, a preliminary injunction against Defendants,[1] for alleged

violations of the Lanham Act, 15 U.S.C. § 1114, 1125(a) and (d) and the Copyright Act, 17

U.S.C. § 101 *et seq.*

## I.    Factual Background[2]

1.     Plaintiff ABS-CBN International is the registered owner of the following

trademarks, which are valid and registered on the Principal Register of the United States Patent

and Trademark Office (the "ABS-CBN Registered Marks"):

| Trademark | Registration Number | Registration Date | Class / Services |
|---|---|---|---|
| **ABS-CBN** | 2,334,131 | March 28, 2000 | IC 038 – television broadcasting services via satellite and cable |
| **THE FILIPINO CHANNEL** | 1,994,383 | Aug. 20, 1996 | IC 038 – Cable television broadcast<br>IC 041 – television show production and programming. |

*See* Declaration of Elisha Lawrence in Support of Plaintiffs' Application for Temporary

Restraining Order ["Lawrence Decl."] ¶ 5; *see also* United States Trademark Registrations of the

ABS-CBN Registered Marks at issue attached as Composite Exhibit A to the Declaration of

Elisha Lawrence in Support of Plaintiffs' Application for Temporary Restraining Order. The

---

[1] Defendants are Jeffrey Ashby and Lenie Ashby (the "Individual Defendants"), d/b/a the Subject Domain Names identified on Schedule "A" attached hereto, and Does 1-100.

[2] The Court bases this Order on the following facts from Plaintiffs' Complaint, Application for Temporary Restraining Order, and supporting evidentiary submissions.

**Page 2 -    ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

ABS-CBN Registered Marks are used in connection with high quality services in the categories identified above.  (Id.)

2.     ABS-CBN International is also, and at all times relevant hereto has been, the owner of all rights in and to the following common law trademark (the "Common Law Mark"):

| Trademark |
|:---------:|
|  |

The ABS-CBN Common Law Mark is used in connection with high quality television broadcasting services via satellite and cable and has been in use for over 60 years.  (Lawrence Decl. ¶ 6.)  The ABS-CBN Registered Marks and the ABS-CBN Common Law Mark are collectively referred to herein as the "ABS-CBN Marks." *(Id.)*

3.     Plaintiffs are also the owners of the copyrighted works identified in Exhibit 1 to the Complaint.

4.     Defendants, through the Internet websites operating under the domain names identified on Schedule "A" hereto (the "Subject Domain Names"), have advertised, promoted, publically performed, reproduced, and offered for reproduction by others Plaintiffs' copyrighted works using counterfeits, infringements, reproductions, and/or colorable imitations of the ABS-CBN Marks.  (*See id.* ¶¶ 11-18.)  Plaintiffs have submitted sufficient evidence showing Defendants have infringed the ABS-CBN Marks and copyrighted works.  (*Id.*)

**Page 3 -     ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF
          TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON
          MOTION FOR PRELIMINARY INJUNCTION**

5. Although Defendants may not copy and infringe each ABS-CBN Mark for each category of services protected, Plaintiffs have submitted sufficient evidence showing Defendants have infringed, at least, one or more of the ABS-CBN Marks. (*See* Lawrence Decl. ¶¶ 11-18.)

## II.    LEGAL STANDARD

In order to obtain a temporary restraining order, a party must demonstrate that: (1) it is likely to succeed on the merits, (2) it is likely to suffer irreparable harm in the absence of preliminary relief, (3) the balance of equities tips in its favor, and (4) an injunction is in the public interest. *Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1127 (9th Cir. 2009) (citing *Winter v. Natural Res. Def. Council, Inc.,* 129 S. Ct. 365, 374 (2008). *See also Am. Trucking Ass'n v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009) (applying the test to a preliminary injunction in a Lanham Act case). Additionally, a court may only issue a temporary restraining order without notice to the adverse party or its attorney if:

(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1). *Ex parte* temporary restraining orders "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing and no longer." *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Local No. 70 of Alameida Cnty.,* 415 U.S. 423, 439 (1974).

## III.    ANALYSIS

The declarations Plaintiffs have submitted in support of its Application for Temporary Restraining Order support the following conclusions of law:

**Page 4 -    ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

A.    Plaintiffs have a very strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, distribution and public performance of Plaintiffs' copyrighted works using counterfeits, reproductions, and/or colorable imitations of the ABS-CBN Marks.

B.    Because of the infringement of the ABS-CBN Marks and Plaintiffs' copyrighted works, Plaintiffs are likely to suffer immediate and irreparable injury if a temporary restraining order is not granted. It clearly appears from the following specific facts, as set forth in Plaintiffs' Complaint, Application for Temporary Restraining Order, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiffs and to consumers before Defendants can be heard in opposition unless Plaintiffs' request for relief is granted:

1.    Defendants own or control the Subject Domain Names and associated websites which advertise, promote, and offer broadcasting distribution services using counterfeit and infringing ABS-CBN trademarks and infringing works in violation of Plaintiffs' copyrights;

2.    There is good cause to believe that Defendants will continue to violate Plaintiffs' intellectual property rights; that consumers are likely to be misled, confused, and disappointed by the quality of Defendants' services; and that Plaintiffs may suffer loss of sales for their competing genuine services as well as an unnatural erosion of the legitimate marketplace in which Plaintiffs operate; and

C.    The balance of potential harm to Defendants in restraining their operations if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiffs, their reputations and goodwill as creators and distributors of quality programming, if such relief is not issued.

**Page 5 -    ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

D.     The public interest favors issuance of the temporary restraining order in order to

protect Plaintiffs' trademark and copyright interests and protect the public from being defrauded

by the Defendants palming off of their services as Plaintiffs' genuine services.

## IV.     CONCLUSION

For the foregoing reasons, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Application for Temporary Restraining

Order is hereby **GRANTED** as follows:

(1)     The Defendants, their officers, directors, employees, agents, subsidiaries,

distributors, and all persons in active concert or participation with the Defendants having actual

notice of this Order are hereby temporarily restrained from advertising, promoting, performing,

copying, broadcasting, performing, and/or distributing any ABS-CBN content or copyrighted

works; from infringing, counterfeiting, or diluting the ABS-CBN Marks, or using any marks

similar thereto, in connection with the advertisement, promotion, or distribution of broadcasting

services, from using any logo, trade name or trademark or trade dress that may be calculated to

falsely advertise the content or broadcast services of Defendants as being sponsored by,

authorized by, endorsed by, or in any way associated with Plaintiffs; from falsely representing

themselves as being connected with Plaintiffs, through sponsorship or association, or engaging in

any act that is likely to falsely cause members of the public to believe any content or

broadcasting services of Defendants are in any way endorsed by, approved by, and/or associated

with Plaintiffs; from using any reproduction, counterfeit, infringement, copy or colorable

imitation of the ABS-CBN Marks in connection with the publicity, promotion, advertising, or

distribution of any content or broadcast services by Defendants; from affixing, applying,

annexing or using in connection with the promotion, distribution, or advertisement of any

**Page 6 -     ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON
MOTION FOR PRELIMINARY INJUNCTION**

content or broadcasting services, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' content or services as being connected with Plaintiffs, or in any way endorsed by Plaintiffs; from engaging in search engine optimization strategies using colorable imitations of the ABS-CBN name or trademarks; and from otherwise unfairly competing with Plaintiffs;

(2)     Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants having notice of this Order shall immediately discontinue the use of the ABS-CBN Marks or any confusingly similar trademarks, and ABS-CBN's copyrighted works or other broadcast content on or in connection with all Internet websites, and/or domain names owned, operated, or controlled by them, including the Internet websites operating under the Subject Domain Names as identified on Schedule "A" attached hereto (the "Subject Domain Names");

(3)     Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants having notice of this Order shall immediately discontinue the use of the ABS-CBN Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the Internet websites operating under the domain names used and controlled by Defendants;

(4)     Upon Plaintiffs' request, those with actual notice of the injunction, including any Internet search engines, Web hosts, domain-name registrars, and domain name registries or their

**Page 7 -     ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

administrators, shall cease facilitating access to any or all domain names and websites through

which Defendants engage in the (i) copying, distribution, performance, and promotion of

Plaintiffs' copyrighted works and\or broadcast content or (ii) use of the ABS-CBN Marks;

(5)     Defendants shall not transfer ownership of the Subject Domain Names during the

pendency of this Action, or until further Order of the Court;

(6)     The domain name Registrars for the Subject Domain Names are directed to

transfer to Plaintiffs' counsel, for deposit with this Court, domain name certificates for the

Subject Domain Names;

(7)     Upon Plaintiffs' request, the privacy protection service for any Subject Domain

Name for which the Registrant uses such privacy protection service to conceal the Registrant's

identity and contact information is ordered to disclose to Plaintiffs the true identities and contact

information of those Registrants;

(8)     Upon entry of this Order, Plaintiffs shall provide a copy of the Order by e-mail to

the registrar of record for each of the Subject Domain Names, so that the registrar of record of

each of the Subject Domain Names may, in turn, notify each registrant of the Order and provide

notice of the locking of the domain name to the registrant of record. After providing such notice

to the registrars so the domain names may be locked, Plaintiffs shall also provide notice and a

copy of this Order to the registrant of each Subject Domain Name via e-mail to the e-mail

address provided as part of the domain registration data for each of the Subject Domain Names

identified in the Application for Temporary Restraining Order. If an e-mail address was not

provided as part of the domain registration data for a Subject Domain Name, Plaintiffs shall

provide notice and a copy of this Order to the operators of the Internet website via an e-mail

address or online submission form provided on the Internet website operating under such Subject

**Page 8 -     ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF
              TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON
              MOTION FOR PRELIMINARY INJUNCTION**

Domain Names. Plaintiffs shall provide a copy of this Order to the registrars and the registries for the Subject Domain Names for the purposes described in Paragraph 8, *infra*;

(9)     The domain name Registrars for the Subject Domain Names shall immediately assist in changing the Registrar of record for the Subject Domain Names, excepting any such domain names which such Registrars have been notified in writing by Plaintiffs have been or will be dismissed from this action, to a holding account with a Registrar of Plaintiffs' choosing (the "New Registrar"). To the extent the Registrars do not assist in changing the Registrars of Record for the domains under their respective control within one (1) business day of receipt of this Order and instructions on the change of the Registrars of Record, the top-level domain (TLD) Registries (or their administrators) for the respective Subject Domain Names, within five (5) business days of receipt of this Order, shall, change or assist in changing, the Registrars of record for the Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by Plaintiffs have been or will be dismissed from this action, to a holding account with the New Registrar. As a matter of law, this Order shall no longer apply to any Defendant or associated domain name dismissed from this action. Upon the change of the Registrar of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/abscbn2/index.html whereon copies of the Complaint and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Subject Domain Names, which links the domain names to the IP addresses where their associated

**Page 9 -     ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF
                TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON
                MOTION FOR PRELIMINARY INJUNCTION**

websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will

cause the domain names to resolve to the website where copies of the Complaint, Temporary

Restraining Order, and all other documents on file in this action are displayed. After the New

Registrar has effected this change, the Subject Domain Names shall be placed on Lock status,

preventing the modification or deletion of the domains by the New Registrar or Defendants;

(10)    Plaintiffs may enter the Subject Domain Names into Google's Webmaster Tools

and cancel any redirection of the domains that have been entered there by Defendants which

redirect traffic to a new domain name or website and thereby evade the provisions of this Order;

(11)    Each Defendant shall preserve copies of all its computer files relating to the use of

any of the Subject Domain Names and shall take all steps necessary to retrieve computer files

relating to the use of the Subject Domain Names that may have been deleted before the entry of

this Order;

(12)    This Temporary Restraining Order shall remain in effect until ~~the hearing on the~~ *further order of the Court.*

~~Motion for Preliminary Injunction as set forth below, or until such further dates as set by the~~

~~Court or stipulated to by the parties;~~

(13)    This Temporary Restraining Order shall apply to the Subject Domain Names,

associated websites, and any other domain names or websites properly brought to the Court's

attention and verified by affidavit as being used by Defendants for the purpose of infringing the

ABS-CBN Marks at issue in this action, for the purpose of infringing Plaintiffs' copyrighted

works, and/or unfairly competing with Plaintiffs on the World Wide Web;

(14)    Pursuant to 15 U.S.C. § 1116(d)(5)(D), 17 U.S.C. § 502(a), and Fed. R. Civ. P.

65(c), Plaintiffs shall post a bond in the amount of Ten Thousand Dollars and Zero Cents

**Page 10 -    ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF
TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON
MOTION FOR PRELIMINARY INJUNCTION**

($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful

injunction or restraint, during the pendency of this action, or until further Order of the Court;

(15)    A hearing before this Court is **SET** for **8|15**, 2014, at *1:30 pm.*, *Courtroom 14A*

of the *U.S. Courthouse, 1000 SW Third Ave, Portland*    , Oregon. At that hearing,

Defendants and/or any other affected persons may challenge the appropriateness of this Order

and move to dissolve the same, and the Court will hear argument on Plaintiffs' Motion for

Preliminary Injunction;

(16)    **SERVICE:** Plaintiffs shall serve a copy of the Complaint, the Application for

Temporary Restraining Order, this Order, and all other pleadings and documents on file in this

action on Defendants by personally delivery, electronic mail and as described above and by

posting copies of the Complaint, the Application for TRO, and this Order, as well as all other

documents filed in this action on the website located at

http://servingnotice.com/abscbn2/index.html, within forty-eight (48) hours of control of the

Subject Domain Names being changed to the Court via the New Registrar's holding account, and

such notice so given shall be deemed good and sufficient service thereof.  Plaintiffs shall

continue to provide notice of these proceedings and copies of the documents on file in this matter

to Defendants by regularly updating the website located at

http://servingnotice.com/abscbn2/index.html or by other means reasonably calculated to give

notice which are permitted by the Court;

Noon ~

(17)    By **8|13**, 2014, Defendants shall file with the Court and serve on Plaintiffs'

*Restraining Order*

counsel any Response to Plaintiffs' Motion for ~~Preliminary Injunction.~~ Plaintiffs shall file and

Noon

serve any Reply by **8|14**__, **2014**. These dates may be revised upon stipulation by all parties

and approval of the Court;

**Page 11 -   ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF
            TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON
            MOTION FOR PRELIMINARY INJUNCTION**

(18)   By ____ ~~on~~ _____, **2014**, Plaintiffs and Defendants shall file Witness Lists identifying any witnesses that the parties expect to call at the preliminary-injunction hearing. At the option of the parties, direct testimony may be submitted in the form of written affidavits; however, all affidavits will be subject to live cross examination at the hearing;

(19)   Also by ____ on _____, **2014**, Plaintiffs and Defendants shall file Exhibit Lists identifying any exhibits that the parties intend to introduce at the preliminary-injunction hearing. All exhibits shall be pre-labeled in accordance with the proposed Exhibit Lists. Exhibit labels must include the case number; and

(20)   **All Defendants are hereby notified that if they do not timely respond to**
*as ordered herein*
~~**Plaintiffs' Motion for Preliminary Injunction**~~ **and do not appear at the scheduled hearing,**
*or other orders*
**the Court may enter a preliminary injunction against them by default.**

**DONE AND ORDERED** in Chambers at **US Courthouse**, **Portland** , Oregon, this **8** day of **August**, 2014, at **10:55 a.m**

_____
United States District Judge

Submitted by:

By: _____
Matthew A. Levin, OSB #003054
MattLevin@MHGM.com
MARKOWITZ, HERBOLD, GLADE
 & MEHLHAF, P.C.
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
Tel: (503) 295-3085
Fax: (503) 323-9105
Of Attorneys for Plaintiff

Copies provided to:   Counsel of record via CM/ECF

**Page 12 -   ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF**
**TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON**
**MOTION FOR PRELIMINARY INJUNCTION**

**SCHEDULE A**
**DOMAINS BY NUMBER AND SUBJECT DOMAIN NAMES**

| Domain Number | Domain Name |
|:---:|:---:|
| 1 | WEBPINOYTAMBAYAN.COM |
| 2 | WATCHFILIPINOTV.COM |
| 3 | WATCHFILIPINOMOVIES.COM |
| 4 | PINOY-TVKO.COM |
| 5 | PINOYTVKO.BIZ |
| 6 | PINOY-TUBE.COM |
| 7 | MYPINOYTUBETV.COM |
| 8 | PINOYTALAGA.COM |
| 9 | PINOYSTREAMING.COM |
| 10 | PINOYMOVIEFAN.COM |
| 11 | PINOYTVEPISODES.NET |
| 12 | PINOYTVEPISODES.INFO |

**Page 13 -   ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF**
**TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON**
**MOTION FOR PRELIMINARY INJUNCTION**

Exhibit C

ACCOUNT LOGIN　　WEBMAIL LOGIN

Call Sales 800-401-5250　　Find a Domain 

DOMAINS　　HOSTING　　EMAIL　　BUSINESS SOLUTIONS　　WEB DESIGN　　AFFILIATES　　SUPPORT

Back to Control Panel

# WHOIS Lookup

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: RADARIS.COM
Registrar: EURODNS S.A
Sponsoring Registrar IANA ID: 1052
Whois Server: whois.eurodns.com
Referral URL: http://www.EuroDNS.com
Name Server: NS-1186.AWSDNS-20.ORG
Name Server: NS-60.AWSDNS-07.COM
Name Server: NS-957.AWSDNS-55.NET
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 08-dec-2015
Creation Date: 30-jul-2009
Expiration Date: 30-jul-2023

Last update of whois database: Mon, 13 Feb 2017 19:52:59 GMT

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrars sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrants agreement with the sponsoring
registrar. Users may consult the sponsoring registrars Whois database to
view the registrars reported date of expiration for this registration.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

Domain Name: RADARIS.COM
Registry Domain ID: D14324302-COM
Registrar WHOIS Server: whois.eurodns.com
Registrar URL: http://www.eurodns.com
Updated Date: 2015-12-08T16:39:18Z
Creation Date: 2009-07-30T00:00:00Z
Registrar Registration Expiration Date: 2023-07-29T00:00:00Z
Registrar: Eurodns S.A.
Registrar IANA ID: 1052
Registrar Abuse Contact Email: legalservicesateurodns.com
Registrar Abuse Contact Phone: 352.27220150
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Ostertag Tim
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: 6 Agias Elenis, Agios Dometios
Registrant City: Nicosia
Registrant State/Province:
Registrant Postal Code: 2363
Registrant Country: CY
Registrant Phone: 44.2035145353
Registrant Fax:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Ostertag Tim
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: 6 Agias Elenis, Agios Dometios
Admin City: Nicosia
Admin State/Province:
Admin Postal Code: 2363
Admin Country: CY
Admin Phone: 44.2035145353
Admin Fax:

Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Ostertag Tim
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: 6 Agias Elenis, Agios Dometios
Tech City: Nicosia
Tech State/Province:
Tech Postal Code: 2363
Tech Country: CY
Tech Phone: 44.2035145353
Tech Fax:
Tech Email: webmaster-dept@radaris.com
Name Server: ns-1186.awsdns-20.org
Name Server: ns-60.awsdns-07.com
Name Server: ns-957.awsdns-55.net
DNSSEC: unsigned
ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2017-02-13T19:53:18Z

Please email the listed admin email address if you wish to raise a legal issue.

Whois History: 502 records have been archived since 2007-03-15
http://www.domaintools.com/research/whois-history/pageresultsAffiliate_ID1001861qRADARIS.COM

The Data in EuroDNS WHOIS database is provided for information purposes only.
The fact that EuroDNS display such information does not provide any guarantee
expressed or implied on the purpose for which the database may be used, its
accuracy or usefulness. By submitting a WHOIS query, you agree that you will
use this Data only for lawful purposes and that, under no circumstances will
you use this Data to:

1 allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via e-mail spam or
2 enable high volume, automated, electronic processes that apply to EuroDNS
or its systems. EuroDNS reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by the above policy.

For more information on Whois status codes, please visit: https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Domain: 

 

 

Privacy & Terms

Lookup

- For .ORG domain name whois information please visit: http://www.pir.org/index.php?mode=whois
- For .INFO domain name whois information please visit: http://www.afilias.info/whois_search/
- For .BIZ domain name whois information please visit: http://www.whois.biz
- For .US domain name whois information please visit: http://www.whois.us
- For .TEL domain name whois information please visit: http://www.telnic.org/whois.html

The data contained in the WHOIS database, while believed by the company to be reliable, is provided "as is", with no
guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in
obtaining information about domain name registration records. Any use of this data for any other purpose, including but not
limited to, allowing or making possible dissemination or collection of this data in part or in its entirety for any purpose, such
as the transmission of unsolicited advertising and solicitations, is expressly forbidden without the prior written permission of
this company. You may not use the data to allow, enable, or otherwise support any marketing activities, regardless of the
medium used. Such media include but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts.
In addition, you may not sell or redistribute the data. By submitting an inquiry, you agree to these terms of usage and
limitations of warranty. Please limit your queries to 10 per minute and one connection.

| **Hosting and Email** | **Domains** | **Website Services** | **I Want To ...** | |
| --- | --- | --- | --- | --- |
| Linux Hosting Plans | Domain Registration | SSL Certificates | Register a Domain Name | |
| Email Hosting | Domain Renewal | Custom Web Design | Host My Websites | Questions? Just Call Sales |
| cPanel VPS | Transfer Domains | Email Marketing | Start a Blog | 800-401-5250 |

ACCOUNT LOGIN     WEBMAIL LOGIN

Call Sales **800-401-5250**     Find a Domain 

DOMAINS   HOSTING   EMAIL   BUSINESS SOLUTIONS   WEB DESIGN   AFFILIATES   SUPPORT

Back to Control Panel

# WHOIS Lookup

Domain Name: RADARIS.US
Domain ID: D22090005-US
Sponsoring Registrar: GODADDY.COM, INC.
Sponsoring Registrar IANA ID: 146
Registrar URL registration services: whois.godaddy.com
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Variant: RADARIS.US
Registrant ID: CR18164436
Registrant Name: Tim Ostertag
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Address1: PO Box 3469
Registrant Address2: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: VIRGIN ISLANDS, BRITISH
Registrant Country Code: VG
Registrant Phone Number: 44.2035145353
Registrant Email: webmaster-dept@radaris.com
Registrant Application Purpose: P1
Registrant Nexus Category: C11
Administrative Contact ID: CR18164438
Administrative Contact Name: Tim Ostertag
Administrative Contact Organization: ACCURACY CONSULTING LTD.
Administrative Contact Address1: PO Box 3469
Administrative Contact Address2: Geneva Place, Waterfront Drive
Administrative Contact City: Road Town
Administrative Contact State/Province: Tortola
Administrative Contact Postal Code: Tortola
Administrative Contact Country: VIRGIN ISLANDS, BRITISH
Administrative Contact Country Code: VG
Administrative Contact Phone Number: 44.2035145353
Administrative Contact Email: webmaster-dept@radaris.com
Administrative Application Purpose: P1
Administrative Nexus Category: C11
Billing Contact ID: CR18164439
Billing Contact Name: Tim Ostertag
Billing Contact Organization: ACCURACY CONSULTING LTD.
Billing Contact Address1: PO Box 3469
Billing Contact Address2: Geneva Place, Waterfront Drive
Billing Contact City: Road Town
Billing Contact State/Province: Tortola
Billing Contact Postal Code: Tortola
Billing Contact Country: VIRGIN ISLANDS, BRITISH
Billing Contact Country Code: VG
Billing Contact Phone Number: 44.2035145353
Billing Contact Email: webmaster-dept@radaris.com
Billing Application Purpose: P1
Billing Nexus Category: C11
Technical Contact ID: CR18164437
Technical Contact Name: Tim Ostertag
Technical Contact Organization: ACCURACY CONSULTING LTD.
Technical Contact Address1: PO Box 3469
Technical Contact Address2: Geneva Place, Waterfront Drive
Technical Contact City: Road Town
Technical Contact State/Province: Tortola
Technical Contact Postal Code: Tortola
Technical Contact Country: VIRGIN ISLANDS, BRITISH
Technical Contact Country Code: VG
Technical Contact Phone Number: 44.2035145353
Technical Contact Email: webmaster-dept@radaris.com
Technical Application Purpose: P1
Technical Nexus Category: C11
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM

Created by Registrar: GODADDY.COM, INC.
Last Updated by Registrar: GODADDY.COM, INC.
Domain Registration Date: Wed Sep 02 16:24:37 GMT 2009
Domain Expiration Date: Fri Sep 01 23:59:59 GMT 2017
Domain Last Updated Date: Wed Sep 02 13:29:42 GMT 2015
DNSSEC: false

Whois database was last updated on: Mon Feb 13 19:59:01 GMT 2017

All domain names are subject to certain additional domain name registration
rules. For details, please visit our site at www.whois.us.

Domain:

Type the text

Privacy & Terms

Lookup

- For .ORG domain name whois information please visit: http://www.pir.org/index.php?mode=whois
- For .INFO domain name whois information please visit: http://www.afilias.info/whois_search/
- For .BIZ domain name whois information please visit: http://www.whois.biz
- For .US domain name whois information please visit: http://www.whois.us
- For .TEL domain name whois information please visit: http://www.telnic.org/whois.html

The data contained in the WHOIS database, while believed by the company to be reliable, is provided "as is", with no
guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in
obtaining information about domain name registration records. Any use of this data for any other purpose, including but not
limited to, allowing or making possible dissemination or collection of this data in part or in its entirety for any purpose, such
as the transmission of unsolicited advertising and solicitations, is expressly forbidden without the prior written permission of
this company. You may not use the data to allow, enable, or otherwise support any marketing activities, regardless of the
medium used. Such media include but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts.
In addition, you may not sell or redistribute the data. By submitting an inquiry, you agree to these terms of usage and
limitations of warranty. Please limit your queries to 10 per minute and one connection.

**Hosting and Email**
Linux Hosting Plans
Email Hosting
cPanel VPS

**Domains**
Domain Registration
Domain Renewal
Transfer Domains
Domain Tools
Private Registration

**Website Services**
SSL Certificates
Custom Web Design
Email Marketing

**I Want To ...**
Register a Domain Name
Host My Websites
Start a Blog
Transfer My Domain to
Dotster
Log Into My Account
Get Help
Follow Dotster on Google+

Questions? Just Call Sales
800-401-5250

Contact Us | About Us | Careers | SiteMap | WHOIS Search | Registration Agreement | Privacy Policy | Terms of Service

© 2017 Dotster. All rights reserved.

ACCOUNT LOGIN    WEBMAIL LOGIN

Call Sales 800-401-5250    Find a Domain    

DOMAINS    HOSTING    EMAIL    BUSINESS SOLUTIONS    WEB DESIGN    AFFILIATES    SUPPORT

Back to Control Panel

# WHOIS Lookup

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: TRUSTORIA.COM
Registrar: GODADDY.COM, LLC
Sponsoring Registrar IANA ID: 146
Whois Server: whois.godaddy.com
Referral URL: http://www.godaddy.com
Name Server: NS-1514.AWSDNS-61.ORG
Name Server: NS-224.AWSDNS-28.COM
Name Server: NS-772.AWSDNS-32.NET
Status: clientDeleteProhibited https://icann.org/eppclientDeleteProhibited
Status: clientRenewProhibited https://icann.org/eppclientRenewProhibited
Status: clientTransferProhibited https://icann.org/eppclientTransferProhibited
Status: clientUpdateProhibited https://icann.org/eppclientUpdateProhibited
Updated Date: 07-dec-2015
Creation Date: 07-may-2012
Expiration Date: 07-may-2020

Last update of whois database: Mon, 13 Feb 2017 23:06:09 GMT

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrars sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrants agreement with the sponsoring
registrar. Users may consult the sponsoring registrars Whois database to
view the registrars reported date of expiration for this registration.


The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

Domain Name: TRUSTORIA.COM
Registrar URL: http://www.godaddy.com
Registrant Name: Tim Ostertag
Registrant Organization: Accuracy Consulting Ltd
Name Server: NS-224.AWSDNS-28.COM
Name Server: NS-772.AWSDNS-32.NET
Name Server: NS-1514.AWSDNS-61.ORG
DNSSEC: unsigned

For complete domain details go to:
http://who.godaddy.com/whoischeck.aspxdomainTRUSTORIA.COM

The data contained in GoDaddy.com, LLCs WhoIs database,
while believed by the company to be reliable, is provided as is
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the registrant section. In most cases, GoDaddy.com, LLC

is not the registrant of domain names listed in this database.

Domain:

Type the text

Privacy & Terms

Lookup

- For .ORG domain name whois information please visit: http://www.pir.org/index.php?mode=whois
- For .INFO domain name whois information please visit: http://www.afilias.info/whois_search/
- For .BIZ domain name whois information please visit: http://www.whois.biz
- For .US domain name whois information please visit: http://www.whois.us
- For .TEL domain name whois information please visit: http://www.telnic.org/whois.html

The data contained in the WHOIS database, while believed by the company to be reliable, is provided "as is", with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose, including but not limited to, allowing or making possible dissemination or collection of this data in part or in its entirety for any purpose, such as the transmission of unsolicited advertising and solicitations, is expressly forbidden without the prior written permission of this company. You may not use the data to allow, enable, or otherwise support any marketing activities, regardless of the medium used. Such media include but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts. In addition, you may not sell or redistribute the data. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. Please limit your queries to 10 per minute and one connection.

**Hosting and Email**

Linux Hosting Plans

Email Hosting

cPanel VPS

**Domains**

Domain Registration

Domain Renewal

Transfer Domains

Domain Tools

Private Registration

**Website Services**

SSL Certificates

Custom Web Design

Email Marketing

**I Want To ...**

Register a Domain Name

Host My Websites

Start a Blog

Transfer My Domain to Dotster

Log Into My Account

Get Help

Follow Dotster on Google+

Questions? Just Call Sales
800-401-5250

Contact Us | About Us | Careers | SiteMap | WHOIS Search | Registration Agreement | Privacy Policy | Terms of Service

© 2017 Dotster. All rights reserved.

ACCOUNT LOGIN      WEBMAIL LOGIN

Call Sales 800-401-5250      Find a Domain      

DOMAINS      HOSTING      EMAIL      BUSINESS SOLUTIONS      WEB DESIGN      AFFILIATES      SUPPORT

Back to Control Panel

# WHOIS Lookup

Domain Name: RADARIS.ORG
Registry Domain ID: D157015537-LROR
Registrar WHOIS Server:
Registrar URL: http://www.godaddy.com
Updated Date: 2015-09-03T14:21:17Z
Creation Date: 2009-09-02T16:24:44Z
Registry Expiry Date: 2017-09-02T16:24:44Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientDeleteProhibited https://icann.org/eppclientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/eppclientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/eppclientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/eppclientUpdateProhibited
Registry Registrant ID: CR13419197
Registrant Name: Tim Ostertag
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: VG
Registrant Phone: 44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID: CR13419199
Admin Name: Tim Ostertag
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: VG
Admin Phone: 44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID: CR13419198
Tech Name: Tim Ostertag
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: VG
Tech Phone: 44.2035145353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
Last update of WHOIS database: 2017-02-13T19:56:46Z

For more information on Whois status codes, please visit https://icann.org/epp

Access to Public Interest Registry WHOIS information is provided to assist persons in determining the contents of a domain
name registration record in the Public Interest Registry registry database. The data in this record is provided by Public
Interest Registry for informational purposes only, and Public Interest Registry does not guarantee its accuracy. This service

is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to a allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipients own existing customers or b enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest Registry reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain: [                    ]



[Type the text        ]    🔄

Privacy & Terms

[ Lookup ]

- For .ORG domain name whois information please visit: http://www.pir.org/index.php?mode=whois
- For .INFO domain name whois information please visit: http://www.afilias.info/whois_search/
- For .BIZ domain name whois information please visit: http://www.whois.biz
- For .US domain name whois information please visit: http://www.whois.us
- For .TEL domain name whois information please visit: http://www.telnic.org/whois.html

The data contained in the WHOIS database, while believed by the company to be reliable, is provided "as is", with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose, including but not limited to, allowing or making possible dissemination or collection of this data in part or in its entirety for any purpose, such as the transmission of unsolicited advertising and solicitations, is expressly forbidden without the prior written permission of this company. You may not use the data to allow, enable, or otherwise support any marketing activities, regardless of the medium used. Such media include but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts. In addition, you may not sell or redistribute the data. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. Please limit your queries to 10 per minute and one connection.

| **Hosting and Email** | **Domains** | **Website Services** | **I Want To ...** | |
|---|---|---|---|---|
| Linux Hosting Plans | Domain Registration | SSL Certificates | Register a Domain Name | |
| Email Hosting | Domain Renewal | Custom Web Design | Host My Websites | Questions? Just Call Sales |
| cPanel VPS | Transfer Domains | Email Marketing | Start a Blog | 800-401-5250 |
| | Domain Tools | | Transfer My Domain to Dotster | |
| | Private Registration | | Log Into My Account | |
| | | | Get Help | |
| | | | Follow Dotster on Google+ | |

Contact Us | About Us | Careers | SiteMap | WHOIS Search | Registration Agreement | Privacy Policy | Terms of Service

© 2017 Dotster. All rights reserved.

**Case 3:14-cv-04735-VC   Document 49-1   Filed 02/21/17   Page 30 of 35**

ACCOUNT LOGIN    WEBMAIL LOGIN

Call Sales 800-401-5250    Find a Domain   

DOMAINS    HOSTING    EMAIL    BUSINESS SOLUTIONS    WEB DESIGN    AFFILIATES    SUPPORT

Back to Control Panel

# WHOIS Lookup

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: RADARIS.NET
Registrar: GODADDY.COM, LLC
Sponsoring Registrar IANA ID: 146
Whois Server: whois.godaddy.com
Referral URL: http://www.godaddy.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
Status: clientDeleteProhibited https://icann.org/eppclientDeleteProhibited
Status: clientRenewProhibited https://icann.org/eppclientRenewProhibited
Status: clientTransferProhibited https://icann.org/eppclientTransferProhibited
Status: clientUpdateProhibited https://icann.org/eppclientUpdateProhibited
Updated Date: 02-apr-2016
Creation Date: 02-sep-2009
Expiration Date: 02-sep-2017

Last update of whois database: Mon, 13 Feb 2017 19:56:15 GMT

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrars sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrants agreement with the sponsoring
registrar. Users may consult the sponsoring registrars Whois database to
view the registrars reported date of expiration for this registration.


The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

Domain Name: RADARIS.NET
Registrar URL: http://www.godaddy.com
Registrant Name: Tim Ostertag
Registrant Organization: ACCURACY CONSULTING LTD.
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned

For complete domain details go to:
http://who.godaddy.com/whoischeck.aspxdomainRADARIS.NET

The data contained in GoDaddy.com, LLCs WhoIs database,
while believed by the company to be reliable, is provided as is
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the registrant section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

Domain: [                    ]



[Type the text                    ]

Privacy & Terms

[Lookup]

- For .ORG domain name whois information please visit: http://www.pir.org/index.php?mode=whois
- For .INFO domain name whois information please visit: http://www.afilias.info/whois_search/
- For .BIZ domain name whois information please visit: http://www.whois.biz
- For .US domain name whois information please visit: http://www.whois.us
- For .TEL domain name whois information please visit: http://www.telnic.org/whois.html

The data contained in the WHOIS database, while believed by the company to be reliable, is provided "as is", with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose, including but not limited to, allowing or making possible dissemination or collection of this data in part or in its entirety for any purpose, such as the transmission of unsolicited advertising and solicitations, is expressly forbidden without the prior written permission of this company. You may not use the data to allow, enable, or otherwise support any marketing activities, regardless of the medium used. Such media include but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts. In addition, you may not sell or redistribute the data. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. Please limit your queries to 10 per minute and one connection.

**Hosting and Email**

Linux Hosting Plans

Email Hosting

cPanel VPS

**Domains**

Domain Registration

Domain Renewal

Transfer Domains

Domain Tools

Private Registration

**Website Services**

SSL Certificates

Custom Web Design

Email Marketing

**I Want To ...**

Register a Domain Name

Host My Websites

Start a Blog

Transfer My Domain to Dotster

Log Into My Account

Get Help

Follow Dotster on Google+

Questions? Just Call Sales
800-401-5250

Contact Us | About Us | Careers | SiteMap | WHOIS Search | Registration Agreement | Privacy Policy | Terms of Service          © 2017 Dotster. All rights reserved.

ACCOUNT LOGIN  WEBMAIL LOGIN

Call Sales 800-401-5250  Find a Domain 

**DOMAINS**  **HOSTING**  **EMAIL**  **BUSINESS SOLUTIONS**  **WEB DESIGN**  **AFFILIATES**  **SUPPORT**

Back to Control Panel

# WHOIS Lookup

Domain Name: RADARIS.INFO
Registry Domain ID: D29554290-LRMS
Registrar WHOIS Server:
Registrar URL: http://www.godaddy.com
Updated Date: 2015-09-03T14:21:43Z
Creation Date: 2009-09-02T16:24:40Z
Registry Expiry Date: 2017-09-02T16:24:40Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientDeleteProhibited https://icann.org/eppclientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/eppclientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/eppclientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/eppclientUpdateProhibited
Registry Registrant ID: CR13419189
Registrant Name: Tim Ostertag
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: VG
Registrant Phone: 44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID: CR13419193
Admin Name: Tim Ostertag
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: VG
Admin Phone: 44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID: CR13419191
Tech Name: Tim Ostertag
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: VG
Tech Phone: 44.2035145353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Registry Billing ID: CR13419195
Billing Name: Tim Ostertag
Billing Organization: ACCURACY CONSULTING LTD.
Billing Street: PO Box 3469
Billing Street: Geneva Place, Waterfront Drive
Billing City: Road Town
Billing State/Province: Tortola
Billing Postal Code: Tortola
Billing Country: VG
Billing Phone: 44.2035145353
Billing Phone Ext:

Billing Fax:
Billing Fax Ext:
Billing Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
Last update of WHOIS database: 2017-02-13T20:01:40Z

For more information on Whois status codes, please visit https://icann.org/epp

Access to AFILIAS WHOIS information is provided to assist persons in determining the contents of a domain name
registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational
purposes only, and Afilias does not guarantee its accuracy. This service is intended only for query-based access. You
agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to a allow,
enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial
advertising or solicitations to entities other than the data recipients own existing customers or b enable high volume,
automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias
except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias
reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain: [                    ]



Type the text

Privacy & Terms

Lookup

- For .ORG domain name whois information please visit: http://www.pir.org/index.php?mode=whois
- For .INFO domain name whois information please visit: http://www.afilias.info/whois_search/
- For .BIZ domain name whois information please visit: http://www.whois.biz
- For .US domain name whois information please visit: http://www.whois.us
- For .TEL domain name whois information please visit: http://www.telnic.org/whois.html

The data contained in the WHOIS database, while believed by the company to be reliable, is provided "as is", with no
guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in
obtaining information about domain name registration records. Any use of this data for any other purpose, including but not
limited to, allowing or making possible dissemination or collection of this data in part or in its entirety for any purpose, such
as the transmission of unsolicited advertising and solicitations, is expressly forbidden without the prior written permission of
this company. You may not use the data to allow, enable, or otherwise support any marketing activities, regardless of the
medium used. Such media include but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts.
In addition, you may not sell or redistribute the data. By submitting an inquiry, you agree to these terms of usage and
limitations of warranty. Please limit your queries to 10 per minute and one connection.

**Hosting and Email**
Linux Hosting Plans
Email Hosting
cPanel VPS

**Domains**
Domain Registration
Domain Renewal
Transfer Domains
Domain Tools
Private Registration

**Website Services**
SSL Certificates
Custom Web Design
Email Marketing

**I Want To ...**
Register a Domain Name
Host My Websites
Start a Blog
Transfer My Domain to Dotster
Log Into My Account
Get Help
Follow Dotster on Google+

Questions? Just Call Sales
800-401-5250

Contact Us | About Us | Careers | SiteMap | WHOIS Search | Registration Agreement | Privacy Policy | Terms of Service          © 2017 Dotster. All rights reserved.

ACCOUNT LOGIN    WEBMAIL LOGIN

Call Sales 800-401-5250      Find a Domain    

DOMAINS    HOSTING    EMAIL    BUSINESS SOLUTIONS    WEB DESIGN    AFFILIATES    SUPPORT

Back to Control Panel

# WHOIS Lookup

Domain Name: RADARIS.BIZ
Domain ID: D33464177-BIZ
Sponsoring Registrar: EURODNS SA
Sponsoring Registrar IANA ID: 1052
Registrar URL registration services: www.eurodns.com
Domain Status: clientTransferProhibited
Variant: RADARIS.BIZ
Registrant ID: EDS_R13820368
Registrant Name: Ostertag Tim
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Address1: 6 Agias Elenis
Registrant Address2: Agios Dometios
Registrant City: Nicosia
Registrant Postal Code: 2363
Registrant Country: Cyprus
Registrant Country Code: CY
Registrant Phone Number: 44.2035145353
Registrant Email: webmaster-dept@radaris.com
Administrative Contact ID: EDS_A13820368
Administrative Contact Name: Ostertag Tim
Administrative Contact Organization: ACCURACY CONSULTING LTD.
Administrative Contact Address1: 6 Agias Elenis
Administrative Contact Address2: Agios Dometios
Administrative Contact City: Nicosia
Administrative Contact Postal Code: 2363
Administrative Contact Country: Cyprus
Administrative Contact Country Code: CY
Administrative Contact Phone Number: 44.2035145353
Administrative Contact Email: webmaster-dept@radaris.com
Billing Contact ID: EDS_BILLING
Billing Contact Name: Julien Franck
Billing Contact Organization: EuroDNS S.A.
Billing Contact Address1: 2, rue Leon Laval
Billing Contact City: Leudelange
Billing Contact State/Province: -
Billing Contact Postal Code: L-3372
Billing Contact Country: Luxembourg
Billing Contact Country Code: LU
Billing Contact Phone Number: 352.2637252
Billing Contact Facsimile Number: 352.26372537
Billing Contact Email: finance@eurodns.com
Technical Contact ID: EDS_T13820368
Technical Contact Name: Ostertag Tim
Technical Contact Organization: ACCURACY CONSULTING LTD.
Technical Contact Address1: 6 Agias Elenis
Technical Contact Address2: Agios Dometios
Technical Contact City: Nicosia
Technical Contact Postal Code: 2363
Technical Contact Country: Cyprus
Technical Contact Country Code: CY
Technical Contact Phone Number: 44.2035145353
Technical Contact Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
Created by Registrar: GODADDY.COM, INC.
Last Updated by Registrar: EURODNS SA
Last Transferred Date: Wed Apr 29 20:33:38 GMT 2015
Domain Registration Date: Wed Sep 02 16:24:33 GMT 2009
Domain Expiration Date: Sat Sep 01 23:59:59 GMT 2018
Domain Last Updated Date: Tue Aug 16 07:35:14 GMT 2016
DNSSEC: false

Whois database was last updated on: Mon Feb 13 19:58:32 GMT 2017

Domain:



Type the text

Privacy & Terms

Lookup

- For .ORG domain name whois information please visit: http://www.pir.org/index.php?mode=whois
- For .INFO domain name whois information please visit: http://www.afilias.info/whois_search/
- For .BIZ domain name whois information please visit: http://www.whois.biz
- For .US domain name whois information please visit: http://www.whois.us
- For .TEL domain name whois information please visit: http://www.telnic.org/whois.html

The data contained in the WHOIS database, while believed by the company to be reliable, is provided "as is", with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose, including but not limited to, allowing or making possible dissemination or collection of this data in part or in its entirety for any purpose, such as the transmission of unsolicited advertising and solicitations, is expressly forbidden without the prior written permission of this company. You may not use the data to allow, enable, or otherwise support any marketing activities, regardless of the medium used. Such media include but are not limited to e-mail, telephone, facsimile, postal mail, SMS, and wireless alerts. In addition, you may not sell or redistribute the data. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. Please limit your queries to 10 per minute and one connection.

**Hosting and Email**

Linux Hosting Plans

Email Hosting

cPanel VPS

**Domains**

Domain Registration

Domain Renewal

Transfer Domains

Domain Tools

Private Registration

**Website Services**

SSL Certificates

Custom Web Design

Email Marketing

**I Want To ...**

Register a Domain Name

Host My Websites

Start a Blog

Transfer My Domain to Dotster

Log Into My Account

Get Help

Follow Dotster on Google+

Questions? Just Call Sales
800-401-5250

Contact Us | About Us | Careers | SiteMap | WHOIS Search | Registration Agreement | Privacy Policy | Terms of Service

© 2017 Dotster. All rights reserved.