UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, ET AL.,<br>　　　　Plaintiffs,<br>　　v.<br>RADARIS, LLC, et al.,<br>　　　　Defendants. | Case No. 14-cv-04735-VC<br><br>**JUDGMENT** |

　　　Having granted the plaintiffs' motion for default judgment, the Court now enters judgment in favor of the plaintiffs and against the defendants accordingly. *See* Dkt. No. 52. This case will remain open pending resolution of the class fund and attorney's fees distributions. *See id.*

　　　**IT IS SO ORDERED.**

Dated: June 19, 2017

_____
VINCE CHHABRIA
United States District Judge