Matthew Shayefar, Esq. (SBN 289685)
Boston Law Group, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 617-928-1806
Fax: 617-928-1802
matt@bostonlawgroup.com

Val Gurvits, Esq. (*pro hac vice* forthcoming)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804
Fax: 617-928-1802
vgurvits@bostonlawgroup.com

Attorneys for Non-Parties Accuracy Consulting Ltd. and Bitseller Expert Limited

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>RADARIS, LLC, a Massachusetts limited liability company;<br>RADARIS AMERICA, INC., a Delaware corporation; and<br>EDGAR LOPIN, an individual,<br><br>    Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**[PROPOSED] ORDER ON EMERGENCY MOTION FOR RELIEF FROM DEFAULT JUDGMENT** |

# [PROPOSED] ORDER ON EMERGENCY MOTION
# FOR RELIEF FROM DEFAULT JUDGMENT

Non-Party Movants Accuracy Consulting Ltd. and Bitseller Expert Limited's Emergency Motion for Relief from Default Judgment is GRANTED.  This Court has reviewed the papers submitted and arguments provided in support of the Motion and finds that Plaintiffs have named the wrong parties in this lawsuit and have failed to name or serve the interested parties in the domain name radaris.com and the website at radaris.com.  Accordingly, the due process rights of Accuracy Consulting Ltd. and Bitseller Expert Limited ("Movants") have been violated.  Accordingly, the Court orders as follows, without prejudice to further relief to Movants:

1.     This Court's previous Order Granting Motion for Default Judgment (Docket No. 52) is reversed and vacated as it applies to Movants and the radaris.com website and domain name.  Without limiting the foregoing:

2.     All banks, savings and loan associations, payment processors or other financial institutions, payment providers, third-party payment processors, including but not limited to Bank of America, Wells Fargo, Citibank, JP Morgan Chase, American Express, Capital One, PayPal, Discover and all advertising service providers of Movants (including but not limited to Google, Apple, Facebook, LinkedIn, and Instagram), shall, upon receiving notice of this Order, reverse any action that they took in accordance with this Court's order dated June 19, 2017 as it relates to radaris.com or as it may have affected Movants.  Without limiting the foregoing, such parties may continue transferring or disposing of any money or other assets residing in accounts connected to radaris.com or Movants, may allow funds to be transferred or withdrawn, and may allow diminutions to be made by Movants from such accounts pending further order of this Court.

1         3.      Movants, Movants' officers, agents, servants, employees, and all other persons in
2   active concert or participation with any of them, or third parties providing services used in
3   connection with Movants' operations who receive actual notice of this Order, including but not
4   limited to domain name registrars, domain name registries, website hosts, internet search
5   engines, and internet service providers, whether acting directly or indirectly, are immediately
6   ordered to reverse any action that they took in accordance with this Court's order dated June 19,
7   2017 as it relates to radaris.com or as it may have affected Movants.  Without limiting the
8   foregoing, such parties may continue to host, use, link to, transfer, sell, facilitate access to,
9   exercise control over, or otherwise own the domain name radaris.com (the "Subject Domain
10  Name").

11        4.      All website hosting, website optimization, website service provider, or cloud
12  computing services (including but not limited to Amazon, Microsoft, Cisco, Google, Oracle,
13  Verizon, Rackspace, and Cogeco Peer 1), and any other entity or person that provides services to
14  or in connection with the Subject Domain Name may continue to provide all website services in
15  connection with the Subject Domain Name.  All web service or cloud computing services
16  (including but not limited to Amazon, Microsoft, Cisco, Google, Oracle, Verizon, and
17  Rackspace) may continue housing and shall retain all databases underlying the Subject Domain
18  Name or used by the Subject Domain Name.  Movants may continue to store, use, or collected
19  and make available data through the Subject Domain Name; Movants may continue to collect,
20  assemble, and display such data on the Subject Domain Name or elsewhere; Movants may
21  transfer such data to third parties.

22        5.      The domain name registrar for the Subject Domain Name (including but not
23  limited to Godaddy.com) shall transfer to Movants the domain name registration and certificate
24

1   for the Subject Domain Name and shall transfer exclusive control of the Subject Domain Name
2   to Movants (including by moving the Subject Domain Name to the domain name registrar of
3   Movants' selection).  To the extent that the registrars do not assist in changing the registration or
4   registrar of record for the domains under their control within 1 business day of receipt of this
5   Order, the top-level domain (TLD) registrars (or their administrators) for the Subject Domain
6   Name within 5 business days of receipt of this Order shall change or assist in changing the
7   registrar of record for the Subject Domain name to the registrar of Movants' choosing.  Movants
8   may thereafter redirect the domain name to the website of this choosing.  To the extent that the
9   TLD registrars for the Subject Domain Name do not change the registrars or registrants of record
10  for the Subject Domain Name, the domain name registries shall transfer or assist in transferring
11  the Subject Domain Name to Movants' counsel.
12       6.    All advertising service providers and other providers of Movants and for the
13  radaris.com website and domain name, including but not limited to Google, Inc. and Apple, Inc.,
14  may continue providing advertising for radaris.com and may continue distributing or offering for
15  sale applications used in connection with the radaris.com website.
16       **IT IS SO ORDERED.**
17  Dated: March ___, 2018                                      _____
                                                                VINCE CHHABRIA
18                                                              United States District Judge