UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, et al.,<br><br>      Defendants. | Case No. 14-cv-04735-VC<br><br>**ORDER RE EMERGENCY MOTION FOR RELIEF FROM DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 54 |

The plaintiffs are ordered to file a response to the nonparty movants' emergency motion by March 8, 2018. Counsel for the plaintiffs is ordered to meet and confer immediately with counsel for Accuracy Consulting Ltd. and Bitseller Expert Ltd. to determine whether the issue can be resolved by stipulation.

**IT IS SO ORDERED.**

Dated: March 1, 2018

VINCE CHHABRIA
United States District Judge