1 | ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@counselonegroup.com
2 | ALEXANDRIA R. KACHADOORIAN, Cal. Bar No. 240601
alexandria@counselonegroup.com
3 | JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
4 | COUNSELONE, PC
9301 Wilshire Blvd., Suite 650
5 | Beverly Hills, California 90210
Telephone: (310) 277-9945
6 | Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the attorney listed below has appeared as counsel of record for plaintiffs John Huebner and Irmin Langton and the certified class in the action titled *Huebner, et al. v. Radaris, LLC, et al.,* Case No. 3:14-cv-04735-VC, and should be added to the list of attorneys receiving CM/ECF notifications for the above-captioned action. Please send further notifications to:

> Alexandria R. Kachadoorian
> alexandria@counselonegroup.com
> COUNSELONE, PC
> 9301 Wilshire Blvd., Suite 650
> Beverly Hills, California 90210
> Telephone: (310) 277-9945
> Facsimile: (424) 277-3727

DATED: March 8, 2018          Respectfully submitted,

                                    By: */s/ Alexandria R. Kachadoorian*
                                        Alexandria R. Kachadoorian
                                        alexandria@counselonegroup.com
                                        Attorney for Plaintiffs and the certified class