1  ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
   anthony@counselonegroup.com
2  ALEXANDRIA R. KACHADOORIAN, Cal. Bar No. 240601
   alexandria@counselonegroup.com
3  JUSTIN KACHADOORIAN, Cal. Bar No. 260356
   justin@counselonegroup.com
4  COUNSELONE, P.C.
   9301 Wilshire Boulevard, Suite 650
5  Beverly Hills, California 90210
   Telephone: (310) 277-9945
6  Facsimile: (424) 277-3727

7  Attorneys for Plaintiffs JOHN HUEBNER and IRMIN
   LANGTON, on behalf of themselves and others similarly
8  situated

9
                    UNITED STATES DISTRICT COURT
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13  JOHN HUEBNER and IRMIN LANGTON,      Case No. 3:14-cv-04735-VC
    on behalf of themselves and others similarly
14  situated,                            [Assigned to the Honorable Vince Chhabria]

15              Plaintiffs,

16          v.                           **DECLARATION OF JUSTIN
                                         KACHADOORIAN IN SUPPORT OF
17  RADARIS, LLC, a Massachusetts limited  PLAINTIFFS' RESPONSE IN
    liability company; RADARIS AMERICA,  OPPOSITION TO EMERGENCY MOTION
18  INC., a Delaware corporation; and EDGAR  FILED BY ACCURACY CONSULTING
    LOPIN, an individual,                LTD. AND BITSELLER EXPERT LTD.**
19
                Defendants.
20

21

22

23

24

25

26

27

28

<u>**Declaration of Justin Kachadoorian**</u>

I, Justin Kachadoorian, declare:

1.      I am a competent adult, over the age of eighteen and counsel of record for plaintiffs John Huebner and Irmin Langton ("Plaintiffs") in the above-captioned action.

2.      I am an attorney at CounselOne, PC and have been involved in this case since its inception.  The following is based upon my personal knowledge, and if called as a witness I could and would competently testify thereto.

3.      Class Counsel began investigating radaris.com in or around the fall of 2013, and on December 14, 2013, they posted a website (radarisclassactionlawsuit.com) asking members of the public about their experiences with radaris.com and advertising their legal services.

4.      In March 2014, Plaintiffs retained Class Counsel to prosecute this class action, and on May 27, 2014, Plaintiffs sent letters to Radaris America, Inc. and Edgar Lopin.  Plaintiffs received no response to these letters.

5.      On April 29, 2014, a separate action was filed against Radaris America, Inc., Radaris, LLC, and Edgar Lopin in Los Angeles Superior Court titled *Doe v. Radaris, LLC, et al.*, Case No. BC544146.  The summons and complaint in that action were drop served on the defendants' agent, "who refused to accept service of process."  Attached hereto as **Exhibit A** is a true and correct copy of the proof of service of summons filed in *Doe v. Radaris, LLC, et al.*

6.      In February 2015, after Radaris America, Inc. had defaulted and while Plaintiffs were attempting to serve co-defendants Radaris, LLC and Edgar Lopin, Plaintiffs were contacted by attorneys Matthew Shayefar and Val Gurvits of the Boston Law Group, located in Boston, purportedly representing all three Defendants.  The attorneys requested an extension of time to respond to the Complaint.  They also advised that Defendants wanted to mediate the case, and engaged in discussions regarding the place for mediation and potential mediators:  "Our client has agreed to mediate this case in Boston in May, preferably before a US Magistrate Judge.  Please let us know if this is acceptable to you and we will begin preparations."

7.      Plaintiffs notified the Boston attorneys of the first Case Management Conference ("CMC") in this action, and Plaintiffs sent them the Case Management Statement and arranged for

1

their telephonic participation at the CMC. On March 31, 2015, the morning of the CMC, the Boston attorneys advised that they would not appear on Defendants' behalf in this matter.

8. They explained that while they believed the Boston Law Group was being retained, Defendants were rethinking the costs involved in defending the action but might still be agreeable to mediation in Boston.

9. When Plaintiffs inquired whether the Boston Law Group could accept service of process on April 3, 2015, the attorneys completely changed position. The Boston Law Group suddenly claimed they had not been retained, only that they had represented Defendants in the past, that they had no way to presently contact Defendants, and that they were not authorized to accept service, though they somehow knew that Lopin may be in Russia.

10. Attached hereto as **Exhibit B** is a true and correct copies of emails exchange between the Boston Law Group and CounselOne, PC.

11. On February 14, 2018, class counsel sent a letter and email to euroDNS, which is the former domain name registrar for radaris.com, requesting compliance with the Court's Order and Judgment.

12. EuroDNS refused to comply with the Court's Order and Judgment. A true and correct copy of the response from euroDNS to Class Counsel is attached hereto as **Exhibit C**.

13. Thereafter class counsel requested Verisign, Inc., a US company that is the official operator of the .com registry, to change the registrar of record from euroDNS to GoDaddy, Inc., another US company.

14. Verisign complied with the Court's order, and GoDaddy thereafter changed the registrant to Plaintiffs care of class counsel.

15. Pursuant to the Court's Order [Dkt. No. 52, at ¶ 5.c], Plaintiffs instituted a domain name redirection to http://radarisclassaction.com, whereon copies of this Order and other documents related to this case are displayed.

16. On March 2, 2018, I called Matthew Shayefar, counsel for Movants, to discuss a resolution of the instant motion. During the call Mr. Shayefar refused to accept service on behalf of his clients or otherwise engage with class counsel regarding the dispute.

17. However, following the call I proposed suspending the redirect to radarisclassaction.com until the Court decides the instant motion, to which proposal Mr. Shayefar has agreed.

18. On or around March 2, 2018, I performed a search for "Accuracy Consulting Limited" and "Accuracy Consulting Ltd." at official websites in California,[1] Delaware,[2] and Massachusetts,[3] as well as the Republic of Cyprus,[4] but these searches returned no results.

19. On or around March 2, 2018, I performed a search of the Department of Registrar of Companies and Official Receiver in Cyprus (where the registrant of radaris.com is purportedly located) does not list any companies called "Accuracy Consulting Ltd."  The closest search result is for an "Accuracy Consult*ancy* Ltd.," which is identified as "Not Registered Organization." Attached hereto as **Exhibit D** are true and correct copies of the search pages on the website maintained by Department of Registrar of Companies and Official Receiver in Cyprus.

///
///
///
///
///
///
///
///
///
///
///
///
///

---

[1] https://businesssearch.sos.ca.gov/
[2] https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx
[3] http://corp.sec.state.ma.us/corpweb/CorpSearch/CorpSearch.aspx
[4] https://efiling.drcor.mcit.gov.cy/DrcorPublic/SearchForm.aspx?sc=0&lang=EL&cultureInfo=en-AU

20. Attached hereto as **Exhibit E** are printouts from the historical WhoIs report for radaris.com that I obtained from DomainTools.com on March 4, 2018.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed March 8, 2018.

By: /s/ Justin Kachadoorian

**SIGNATURE ATTESTATION**

I, Alexandria Kachadoorian, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ Alexandria Kachadoorian
Alexandria Kachadoorian

EXHIBIT A

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Maurice Pessah (SBN 275955)
PESSAH LAW GROUP, PC
450 N. Roxbury Drive, Suite 1050
Beverly Hills, CA 90210
TELEPHONE NO.: 310.651.2371    FAX NO. *(Optional):* 310-247-0507
E-MAIL ADDRESS *(Optional):* maurice@pessahgroup.com
ATTORNEY FOR *(Name):* John Doe

FILED
*FOR COURT USE ONLY*
Superior Court of California
County of Los Angeles

AUG 0 4 2014

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Shanyia Bolden

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90212
BRANCH NAME: Central

PLAINTIFF/PETITIONER: John Doe, an Individual

DEFENDANT/RESPONDENT: RADARIS LLC, et al.

CASE NUMBER: BC544146

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

D-55

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ summons

   b. ☑ complaint

   c. ☑ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☑ other *(specify documents):* Notice of Case Assignment, Additional Parties Attachement

3. a. Party served *(specify name of party as shown on documents served):*

   Radaris LLC / Radaris America Inc.

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   34 Washington Street, Suite 201, Wellesley Hills, MA 02481

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* 05/08/2014 at *(time):* 12:05p I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   Drop Served Tanya Miller who refused to accept service of process

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

VIA FAX

| PLAINTIFF/PETITIONER: John Doe, an Individual | CASE NUMBER: BC544146 |
|---|---|
| DEFENDANT/RESPONDENT: RADARIS LLC, et al. | |

5.    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date):*                     (2) from *(city):*

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
   a. Name: Cynthia Paris
   b. Address: 607 Boylston Street, PMB 334 - Lower Level, Boston, MA 02116
   c. Telephone number: 617-480-8777
   d. The fee for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☑ **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

      or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: MAY 12, 2014

▶ _(signature)_ Cynthia Paris

_____                _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

EXHIBIT B

**Anthony J. Orshansky**

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Friday, March 20, 2015 8:16 AM |
| **To:** | Anthony J. Orshansky |
| **Cc:** | Val Gurvits |
| **Subject:** | Huebner v Radaris |

Dear Anthony,

Thank you once again for your call yesterday.  We have talked to our client about your proposal to mediate the issue and they are discussing it internally.

The one question we have though at this point is whether you would be willing to do the mediation in Boston.  Would that be possible?

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed

------------------------------------------------------------

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5751 / Virus Database: 4311/9340 - Release Date: 03/19/15

**Anthony J. Orshansky**

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Monday, March 23, 2015 1:17 PM |
| **To:** | Anthony J. Orshansky |
| **Cc:** | Val Gurvits |
| **Subject:** | RE: Huebner v Radaris |

Dear Anthony,

Our client has agreed to mediate this case in Boston in May, preferably before a US Magistrate Judge.

Please let us know if this is acceptable to you and we will begin preparations.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s)  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Matthew Shayefar
**Sent:** Friday, March 20, 2015 11:16 AM
**To:** 'anthony@counselonegroup.com'
**Cc:** Val Gurvits
**Subject:** Huebner v Radaris

Dear Anthony,

Thank you once again for your call yesterday.  We have talked to our client about your proposal to mediate the issue and they are discussing it internally.

The one question we have though at this point is whether you would be willing to do the mediation in Boston.  Would that be possible?

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s)  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5751 / Virus Database: 4311/9366 - Release Date: 03/23/15

## Anthony J. Orshansky

| | |
|---|---|
| **From:** | Matthew Shayefar <matt@bostonlawgroup.com> |
| **Sent:** | Tuesday, February 24, 2015 11:08 AM |
| **To:** | Justin Kachadoorian; Anthony J. Orshansky |
| **Cc:** | Val Gurvits; Evan Fray-Witzer |
| **Subject:** | RE: Huebner v Radaris et al, N.D. Cal Docket No. 3:14-cv-04735-VC |

Thank you Justin, we will let you know as soon as we can.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-----------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Friday, February 20, 2015 6:01 PM
**To:** Matthew Shayefar; Anthony J. Orshansky
**Cc:** Val Gurvits; Evan Fray-Witzer
**Subject:** RE: Huebner v Radaris et al, N.D. Cal Docket No. 3:14-cv-04735-VC
**Importance:** High

Matthew,

We need to know if you are going to represent any of the defendants prior to 3/24, the date our 26(f) report is due. As you may know, the scheduling conference is on 3/31.

Regards,

Justin

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Wednesday, February 18, 2015 1:57 PM
**To:** Justin Kachadoorian; Anthony J. Orshansky
**Cc:** Val Gurvits; Evan Fray-Witzer
**Subject:** Huebner v Radaris et al, N.D. Cal Docket No. 3:14-cv-04735-VC

Dear Counsel,

This law firm is in the process of being engaged to represent some or all of the defendants in the above referenced suit.

We are writing to request a 30 day extension until March 18 to respond to the Complaint as lead counsel, Val Gurvits, is on vacation this week and we have a trial next week.

1

Thank you for your consideration, I look forward to hearing back from you.

Very truly yours,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

---

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5751 / Virus Database: 4306/9316 - Release Date: 03/16/15

**Anthony J. Orshansky**

| | |
|---|---|
| **From:** | Val Gurvits <vgurvits@bostonlawgroup.com> |
| **Sent:** | Tuesday, April 14, 2015 4:23 PM |
| **To:** | Anthony J. Orshansky |
| **Cc:** | Justin Kachadoorian; Matthew Shayefar |
| **Subject:** | Re: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference |

Anthony,

I presume they're not interested in mediation given that I have not been contacted with further instructions. Given that we're not getting paid for spending any time on this and given that we have not been retained, we are unfortunately unable to allocate any further time to these discussions.

With respect to service of process, I would imagine that any US corporate entity can be served through their registered agent. However, based on the above we are unfortunately unable to further assist with this.

Best,

Val Gurvits
Sent from my iPhone

On Apr 14, 2015, at 6:50 PM, Anthony J. Orshansky <Anthony@counselonegroup.com> wrote:

> Dear Val, what information leads you to believe the defendants are in Russia?  Please provide any
> contact information for defendants.  Are they still agreeable to mediation?  Anthony
>
> **CounselOne**
> 9301 Wilshire Boulevard Suite 650
> Beverly Hills, CA 90210
> T: 310.277.9945
> F: 424.277.3727
> E: anthony@counselonegroup.com
>
> ====================================================
>
> The information in this e-mail, including any attachments, may be confidential, legally privileged, and may be restricted from
> disclosure by applicable state and federal law. It is intended solely for the addressee. Access to this email by anyone else is
> unauthorized. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the contents of this
> message is strictly prohibited. If you received this e-mail message in error, please reply to this e-mail indicating so. Please also
> permanently delete all copies of the original e-mail and any attachments. Thank you.
>
> ====================================================
>
>
> **From:** Val Gurvits [mailto:vgurvits@bostonlawgroup.com]
> **Sent:** Tuesday, April 14, 2015 2:47 PM
> **To:** Justin Kachadoorian; Matthew Shayefar
> **Cc:** Anthony J. Orshansky
> **Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management
> Conference

Dear Anthony,

I am following up on your telephone conversation with my associate Matthew Shayefar which you had a few minutes ago.  As he sated during the telephone conversation, and as I made it clear in my last email to you, we do not (and have not) represented Edgar Lopin in any capacity.  We have no idea how to even get in touch with him.

With respect to Radaris, while we have represented them in the past, we have not been retained to represent them at this time and have no authorization for acceptance of service on their behalf.  We do not represent them, (and although Matthew thought we can get a message to them) we are NOT in touch with this company any longer, we do not undertake to forward any communications or filings to Radaris, and we have no way of knowing if such communication would even be received.  We have unsuccessfully tried to be retained for this case, but were unable to get a response.  It is our impression that the management of Radaris is in Russia.

Please make sure to include a copy of this email with any filing for alternative process service which you choose to make involving us.

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

---------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

**From:** Val Gurvits
**Sent:** Friday, April 03, 2015 1:38 PM
**To:** Justin Kachadoorian; Matthew Shayefar
**Cc:** Anthony J. Orshansky
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Dear Justin,

We are not authorized to accept service on behalf of either party.  We do not (and have not) represented Edgar Lopin in any capacity.  With respect to Radaris, while we have represented them in the past, we have not been retained to represent them at this time and have no authorization for acceptance of service on their behalf.

Best regards,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
(617) 928-1800 main
(617) 928-1802 fax
vgurvits@bostonlawgroup.com

------------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.

Boston Law Group, PC
tel: 617/928-1800
e-mail: info@bostonlawgroup.com

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Friday, April 03, 2015 1:32 PM
**To:** Matthew Shayefar
**Cc:** Val Gurvits; Anthony J. Orshansky
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Matthew,

Are you authorized to accept service of the summons and complaint on behalf of Radaris, LLC and Edgar Lopin?

Best,

Justin

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Tuesday, March 31, 2015 11:39 AM
**To:** Justin Kachadoorian
**Cc:** Val Gurvits
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Justin,

It was our understanding that we were going to be retained as well, however, as I've spoken to Anthony about, my client is having second thoughts about moving forward with this litigation because the costs of defense would be more than they think the company is worth. That said, as I've also discussed with Anthony, the defendants are still willing to try to mediate this matter if it can be held in Boston.

Best,

Matthew Shayefar

Boston Law Group, PC

3

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Tuesday, March 31, 2015 2:13 PM
**To:** Matthew Shayefar
**Subject:** FW: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Matthew,

It was my understanding that you were retained by defendants.  Am I incorrect?

Justin

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Tuesday, March 31, 2015 9:47 AM
**To:** Justin Kachadoorian
**Cc:** Anthony J. Orshansky; Alexandria R. Kachadoorian; Val Gurvits
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Hi Justin,

Thank you again for the email.  However, I wanted to let you know that I will not be joining the conference call because I have not been authorized to enter my appearance in the lawsuit.

Very truly yours,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Thursday, March 26, 2015 6:13 PM
**To:** Matthew Shayefar
**Cc:** Anthony J. Orshansky; Alexandria R. Kachadoorian; VCCRD@cand.uscourts.gov
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Just to make sure everyone has the conference call information, see below:

Conference Call Information
Toll-Free Dial-in: 1-800-356-8278
Conference Code: 603058

Sincerely,

Justin Kachadoorian, Esq.
CounselOne, PC
9301 Wilshire Blvd., Suite 650
Beverly Hills, CA 90210
Tel: (310) 277-9945
Fax: (424) 277-3727

The information in this e-mail, including any attachments, may be confidential, legally privileged, and may be restricted from disclosure by applicable state and federal law. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please reply to this e-mail indicating so. Please also permanently delete all copies of the original e-mail and any attachments. Thank you.

**From:** Alexandria R. Kachadoorian
**Sent:** Thursday, March 26, 2015 1:43 PM
**To:** Justin Kachadoorian
**Subject:** FW: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

**From:** VCCRD@cand.uscourts.gov [mailto:VCCRD@cand.uscourts.gov]
**Sent:** Thursday, March 26, 2015 1:07 PM
**To:** Alexandria R. Kachadoorian
**Subject:** RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Hi,

I don't see opposing counsel on this email. Please resend this information and include opposing counsel per the Clerk's Notice.

Thank you,
Kristen Melen, Courtroom Deputy to the Honorable Vince Chhabria

-----"Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com> wrote: -----
To: "VCCRD@cand.uscourts.gov" <VCCRD@cand.uscourts.gov>
From: "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Date: 03/26/2015 01:04PM
Subject: RE: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

Below is the conference line to use for the hearing:


Conference Call Information

Toll-Free Dial-in: 1-800-356-8278

Conference Code: 603058


To begin a call as the host:

Dial into the conference line

Enter conference code 603058

Host code: 8287




**From:** VCCRD@cand.uscourts.gov [mailto:VCCRD@cand.uscourts.gov]
**Sent:** Thursday, March 26, 2015 7:47 AM
**To:** Alexandria R. Kachadoorian
**Subject:** Re: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management
Conference


Good morning, Alexandria,


My apologies for getting back to you so late. We have had numerous long calendars this
week and have just been slammed.


I just sent out a clerk's notice providing instructions to send a telephone conference line to
the Court and to opposing counsel. Please email this to us no later than C.O.B. today.


Thank you for your patience.

Kristen Melen, Courtroom Deputy to the Honorable Vince Chhabria

-----"Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com> wrote: -----

To: "vccrd@cand.uscourts.gov" <vccrd@cand.uscourts.gov>
From: "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Date: 03/25/2015 05:07PM
Subject: Case No. 3:14-CV-04735-VC, Huebner, et al. v. Radaris, LLC, et al., Case Management Conference

This email is to follow up on my voice mails to set up a telephone appearance in the Case Management Conference in the above-referenced matter scheduled for March 31, 2015 at 10:00 a.m. We represent Plaintiffs and the Putative Class in this matter. Counsel for all parties are located outside of the District. Please let me know what additional information is required to arrange the telephone appearance. Thank you.


Counsel for Plaintiffs is:

CounselOne, P.C.

Anthony Orshansky

310-277-9945 extension 1002

Justin Kachadoorian

310-277-9945 extension 1003


Counsel for Defendants is:

Boston Law Group, PC

Matthew Shayefar

(617) 928-1800

Direct: (617) 928-1806


Alexandria Kachadoorian

CounselOne, P.C.

Attorneys for Plaintiffs and the

Putative Class

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5863 / Virus Database: 4321/9480 - Release Date: 04/07/15
Internal Virus Database is out of date.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.5863 / Virus Database: 4321/9480 - Release Date: 04/07/15
Internal Virus Database is out of date.

8

EXHIBIT C

| | |
|---|---|
| **From:** | legalservices@support.eurodns.com |
| **Sent:** | Monday, February 19, 2018 4:58 AM |
| **To:** | Justin Kachadoorian |
| **Subject:** | Re: Request for Domain Name Transfer Pursuant to Court Order |

Type your response ABOVE THIS LINE to reply

**Justin Kachadoorian**
**Subject:** Request for Domain Name Transfer Pursuant to Court Order

FEB 19, 2018 | 01:57PM CET
**Pierre** replied:
Dear Mr Kachadoorian,

We hereby acknowledge receipt of your email and attached court order.

Please know that EuroDNS always abide to applicable court order.
However, as this matter is slightly complicated by some technical and legal issues, kindly allow us to bring some clarifications on this matter.

First of all, please note that EuroDNS SA is solely the domain name registrar of the domain names radaris.com and radaris.biz.
Indeed, EuroDNS SA doesn't provide any hosting services to the website pointed by these domain names.

Also, please know that EuroDNS SA is not providing any other services, such as whois privacy services, to these domain names.

Moreover, and as you know, EuroDNS SA is a Luxembourgish based company.
As such, we can only take action upon receipt of a court order issued by a Luxembourgish court addressed to our company.
Indeed, should we took action on a domain name upon request of an other country court decision without being named, we would render ourselves liable toward our customer who has registered it.

As you will understand, EuroDNS SA would only be entitled to take action immediately when being notified of websites used for phishing, racial hatred or pedophiliac purposes in examples.

We thank you for your comprehension on this matter.

Best regards

Pierre
EuroDNS Legal Department

FEB 16, 2018 | 08:06PM CET
**Original message**
**Justin** wrote:

1

Dear General Counsel:

Attached please find correspondence relating to the class action Huebner, et al. v. Radaris, LLC, et al., Case No. 14-cv-04735-VC, in the United States District Court for the Northern District of California.

If you have any questions, please do not hesitate to contact me at the number below.

Sincerely,

Justin Kachadoorian
Attorney at Law
CounselOne, PC
9301 Wilshire Blvd., Suite 650
Beverly Hills, CA 90210
Tel: (310) 277-9945, ext. 1003
Fax: (424) 277-3727
www.counselonegroup.com<http://www.counselonegroup.com>

The information in this e-mail, including any attachments, may be confidential, legally privileged, and may be restricted from disclosure by applicable state and federal law. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please reply to this e-mail indicating so. Please also permanently delete all copies of the original e-mail and any attachments. Thank you.

This message was sent to justin@counselonegroup.com in reference to Case #: 771938.

EXHIBIT D

Ελληνικά | Türkçe

**Login** 🖶 Print

- □ **Home**
  - **About Us**
  - **Press Room**
  - **Hamonization with the European Acquis**
  - **Services**
  - **Statistics**
  - **Applications**
  - **International Trade Marks Classification**
  - **Fees**
  - **Results of Name Examination**
- □ **Online Services**
  - **Organisation and Name Search / Study File**
  - **Organisation and Name Search / Annual Company Fee**
  - **Electronic Filing**
  - **Confirmation of Authenticity of Certificates and Certified Copies**

Orders Basket (0)

## Search Results

New Search

### Search Criteria

⦿ **With all these words**    ○ **With any of these words**    ☐ **Sound Like**

Name          accuracy

Reg. Number

The results are presented sorted based on the Name.

Found 1                                                          Last Updated 03/03/2018

| Name | Reg. Number | Type | Name Status | Organisation Status |
|------|-------------|------|-------------|---------------------|
| ACCURACY CONSULTANCY LIMITED | | | Name Application | |

**1 of 1**

⏮ ◀ ▶ ⏭



The project is co-financed by the European Regional Development Fund
The Website is best viewed with screen resolution: 1024 with 768 pixels
©2005 - 2011 Republic of Cyprus, Ministry of Commerce, Industry and Tourism
Department of Registrar of Companies and Official Receiver

**STRUCTURAL FUNDS**
of the European Union in Cyprus
our ideas, actions for development



EUROPEAN UNION

Home Page| Disclaimer| Webmaster

Ελληνικά | Türkçe

⊟ **Home**

**About Us**

**Press Room**

**Hamonization with the European Acquis**

**Services**

**Statistics**

**Applications**

**International Trade Marks Classification**

**Fees**

**Results of Name Examination**

⊟ **Online Services**

**Organisation and Name Search / Study File**

**Organisation and Name Search / Annual Company Fee**

**Electronic Filing**

**Confirmation of Authenticity of Certificates and Certified Copies**

Not Registered Organisation



STRUCTURAL FUNDS
of the European Union in Cyprus
our ideas, actions for development

The project is co-financed by the European Regional Development Fund
The Website is best viewed with screen resolution: 1024 with 768 pixels
©2005 – 2011 Republic of Cyprus, Ministry of Commerce, Industry and Tourism
Department of Registrar of Companies and Official Receiver



EUROPEAN UNION

Home Page| Disclaimer| Webmaster

EXHIBIT E

# Whois Record on Mar 8, 2011

Registrant:
    Radaris
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: RADARIS.COM
        Created on: 30-Jul-09
        Expires on: 30-Jul-19
        Last Updated on: 01-Sep-09

Administrative Contact:
    Norman, Gary  garynor@radaris.com
    Radaris
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States
    +1.8008619713       Fax --

Technical Contact:
    Norman, Gary  garynor@radaris.com
    Radaris
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States
    +1.8008619713       Fax --

Domain servers in listed order:
    NS.COMFI.COM
    NS2.EPROFIT.COM



Screenshot taken Dec 5, 2010

# Whois Record on Apr 13, 2011

Registrant:
    Radaris
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: RADARIS.COM
        Created on: 30-Jul-09
        Expires on: 30-Jul-19
        Last Updated on: 12-Apr-11

    Administrative Contact:
        Norman, Gary  garynor@radaris.com
        Radaris
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713     Fax --

    Technical Contact:
        Norman, Gary  garynor@radaris.com
        Radaris
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713     Fax --

    Domain servers in listed order:
        NS1.RADARIS.COM
        NS2.RADARIS.COM



Screenshot taken Dec 5, 2010

# Whois Record on Apr 27, 2011



Screenshot taken Dec 5, 2010

```
Registrant:
    Radaris LLC
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: RADARIS.COM
        Created on: 30-Jul-09
        Expires on: 30-Jul-19
        Last Updated on: 12-Apr-11

    Administrative Contact:
        Norden, Gary  garynor@radaris.com
        Radaris LLC
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713      Fax --

    Technical Contact:
        Norden, Gary  garynor@radaris.com
        Radaris LLC
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713      Fax --

    Domain servers in listed order:
        NS1.RADARIS.COM
        NS2.RADARIS.COM
```

# Whois Record on Sep 20, 2011

Registrant:
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: RADARIS.COM
       Created on: 30-Jul-09
       Expires on: 30-Jul-19
       Last Updated on: 12-Apr-11

    Administrative Contact:
       Norden, Gary  garynor@radaris.com
       Humanbook, Inc
       831 Beacon Street
       Suite 129
       Newton Centre, Massachusetts 02459
       United States
       +1.8008619713     Fax --

    Technical Contact:
       Norden, Gary  garynor@radaris.com
       Humanbook, Inc
       831 Beacon Street
       Suite 129
       Newton Centre, Massachusetts 02459
       United States
       +1.8008619713     Fax --

Domain servers in listed order:
    NS1.RADARIS.COM
    NS2.RADARIS.COM



Screenshot taken Dec 5, 2010

# Whois Record on Dec 21, 2011



Screenshot taken Nov 21, 2011

Registrant:
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: RADARIS.COM
        Created on: 30-Jul-09
        Expires on: 30-Jul-19
        Last Updated on: 12-Apr-11

    Administrative Contact:
        Norden, Gary  garynor@radaris.com
        Humanbook, Inc
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713      Fax --

    Technical Contact:
        Norden, Gary  garynor@radaris.com
        Humanbook, Inc
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713      Fax --

    Domain servers in listed order:
        NS1.RADARIS.COM
        NS2.RADARIS.COM

# Whois Record on Jan 1, 2012



Screenshot taken Nov 21, 2011

Registrant:
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: Go Daddy
    Domain Name: RADARIS.COM
        Created on: 30-Jul-09
        Expires on: 30-Jul-19
        Last Updated on: 12-Apr-11

    Administrative Contact:
        Norden, Gary  garynor@radaris.com
        Humanbook, Inc
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713      Fax --

    Technical Contact:
        Norden, Gary  garynor@radaris.com
        Humanbook, Inc
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713      Fax --

    Domain servers in listed order:
        NS1.RADARIS.COM
        NS2.RADARIS.COM

# Whois Record on Mar 12, 2012



Screenshot taken Nov 21, 2011

Registrant:
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: RADARIS.COM
        Created on: 30-Jul-09
        Expires on: 30-Jul-19
        Last Updated on: 12-Apr-11

    Administrative Contact:
        Norden, Gary  garynor@radaris.com
        Humanbook, Inc
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713      Fax --

    Technical Contact:
        Norden, Gary  garynor@radaris.com
        Humanbook, Inc
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713      Fax --

    Domain servers in listed order:
        NS1.RADARIS.COM
        NS2.RADARIS.COM

# Whois Record on May 4, 2012



Screenshot taken Mar 23, 2012

Registrant:
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: RADARIS.COM
        Created on: 30-Jul-09
        Expires on: 30-Jul-19
        Last Updated on: 12-Apr-11

    Administrative Contact:
        Norden, Gary  garynor@radaris.com
        Humanbook, Inc
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713

    Technical Contact:
        Norden, Gary  garynor@radaris.com
        Humanbook, Inc
        831 Beacon Street
        Suite 129
        Newton Centre, Massachusetts 02459
        United States
        +1.8008619713

    Domain servers in listed order:
      NS1.RADARIS.COM
      NS2.RADARIS.COM

## Whois Record on Oct 2, 2012

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: RADARIS.COM
    Created on: 30-Jul-09
    Expires on: 30-Jul-19
    Last Updated on: 12-Apr-11

Registrant:
Humanbook, Inc
831 Beacon Street
Suite 129
Newton Centre, Massachusetts 02459
United States

Administrative Contact:
    Norden, Gary  garynor@radaris.com
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States
    +1.8008619713

Technical Contact:
    Norden, Gary  garynor@radaris.com
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States
    +1.8008619713

Domain servers in listed order:
    NS1.RADARIS.COM
    NS2.RADARIS.COM
```



Screenshot taken Mar 23, 2012

# Whois Record on May 4, 2012



Screenshot taken Mar 23, 2012

```
Registrant:
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: RADARIS.COM
        Created on: 30-Jul-09
        Expires on: 30-Jul-19
        Last Updated on: 12-Apr-11

Administrative Contact:
    Norden, Gary   garynor@radaris.com
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States
    +1.8008619713

Technical Contact:
    Norden, Gary   garynor@radaris.com
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States
    +1.8008619713

Domain servers in listed order:
    NS1.RADARIS.COM
    NS2.RADARIS.COM
```

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Oct 2, 2012

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: RADARIS.COM
    Created on: 30-Jul-09
    Expires on: 30-Jul-19
    Last Updated on: 12-Apr-11

Registrant:
Humanbook, Inc
831 Beacon Street
Suite 129
Newton Centre, Massachusetts 02459
United States

Administrative Contact:
    Norden, Gary  garynor@radaris.com
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States
    +1.8008619713

Technical Contact:
    Norden, Gary  garynor@radaris.com
    Humanbook, Inc
    831 Beacon Street
    Suite 129
    Newton Centre, Massachusetts 02459
    United States
    +1.8008619713

Domain servers in listed order:
    NS1.RADARIS.COM
    NS2.RADARIS.COM



Screenshot taken Mar 23, 2012

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Dec 10, 2012



Screenshot taken Mar 23, 2012

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: RADARIS.COM
   Created on: 30-Jul-09
   Expires on: 30-Jul-19
   Last Updated on: 12-Apr-11

Registrant:
Media Network
P.O. Box 146
Road Town, Tortola Tortola
Virgin Islands (British)

Administrative Contact:
   Norden, Gary  garynor@radaris.com
   Media Network
   P.O. Box 146
   Road Town, Tortola Tortola
   Virgin Islands (British)
   +44.2035145353

Technical Contact:
   Norden, Gary  garynor@radaris.com
   Media Network
   P.O. Box 146
   Road Town, Tortola Tortola
   Virgin Islands (British)
   +44.2035145353

Domain servers in listed order:
   NS1.RADARIS.COM
   NS2.RADARIS.COM

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Mar 13, 2013

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: RADARIS.COM
   Created on: 30-Jul-09
   Expires on: 30-Jul-19
   Last Updated on: 12-Apr-11

Registrant:
Media Network
P.O. Box 146
Road Town, Tortola Tortola
Virgin Islands (British)

Administrative Contact:
   Administrator, Site  webmaster-dept@radaris.com
   Media Network
   P.O. Box 146
   Road Town, Tortola Tortola
   Virgin Islands (British)
   +44.2035145353

Technical Contact:
   Administrator, Site  webmaster-dept@radaris.com
   Media Network
   P.O. Box 146
   Road Town, Tortola Tortola
   Virgin Islands (British)
   +44.2035145353

Domain servers in listed order:
   NS1.RADARIS.COM
   NS2.RADARIS.COM



Screenshot taken Feb 8, 2013

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Apr 25, 2013

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: RADARIS.COM
   Created on: 30-Jul-09
   Expires on: 30-Jul-22
   Last Updated on: 04-Apr-13

Registrant:
Media Network
P.O. Box 146
Road Town, Tortola Tortola
Virgin Islands (British)

Administrative Contact:
   Administrator, Site  webmaster-dept@radaris.com
   Media Network
   P.O. Box 146
   Road Town, Tortola Tortola
   Virgin Islands (British)
   +44.2035145353

Technical Contact:
   Administrator, Site  webmaster-dept@radaris.com
   Media Network
   P.O. Box 146
   Road Town, Tortola Tortola
   Virgin Islands (British)
   +44.2035145353

Domain servers in listed order:
   NS1.RADARIS.COM
   NS2.RADARIS.COM



Screenshot taken Feb 8, 2013

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Aug 13, 2013

```
Domain Name: RADARIS.COM
Registrar URL: http://www.godaddy.com
Updated Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrant Name: Site Administrator
Registrant Organization: Media Network
Registrant Street: P.O. Box 146
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Admin Name: Site Administrator
Admin Organization: Media Network
Admin Street: P.O. Box 146
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Fax:
Admin Email: webmaster-dept@radaris.com
Tech Name: Site Administrator
Tech Organization: Media Network
Tech Street: P.O. Box 146
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Fax:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
```



Image Supplied By DomainTools.com

Screenshot taken Feb 8, 2013

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 25, 2013



Screenshot taken Aug 20, 2013

```
Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Site Administrator
Registrant Organization: Media Network
Registrant Street: P.O. Box 146
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Site Administrator
Admin Organization: Media Network
Admin Street: P.O. Box 146
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Site Administrator
Tech Organization: Media Network
Tech Street: P.O. Box 146
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
```

© 2018 DomainTools, LLC All Rights Reserved

Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Dec 2, 2013



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Site Administrator
Registrant Organization: Media Network
Registrant Street: P.O. Box 146
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Site Administrator
Admin Organization: Media Network
Admin Street: P.O. Box 146
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Site Administrator
Tech Organization: Media Network
Tech Street: P.O. Box 146
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com

Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Whois Record on Dec 9, 2013



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Site Administrator
Registrant Organization: Media Network
Registrant Street: P.O. Box 146
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Site Administrator
Admin Organization: Media Network
Admin Street: P.O. Box 146
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Site Administrator
Tech Organization: Media Network
Tech Street: P.O. Box 146
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com

Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 11, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Site Administrator
Registrant Organization: Media Network
Registrant Street: P.O. Box 146
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Site Administrator
Admin Organization: Media Network
Admin Street: P.O. Box 146
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Site Administrator
Tech Organization: Media Network
Tech Street: P.O. Box 146
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com



Screenshot taken Aug 20, 2013

```
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Dec 16, 2013



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Whois Record on Jan 2, 2014



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 6, 2014



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:

```
Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Jan 30, 2014



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Whois Record on Feb 5, 2014



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

# Whois Record on Feb 6, 2014



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 17, 2014



Screenshot taken Aug 20, 2013

```
Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:
```

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

## Whois Record on Feb 19, 2014

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:



Screenshot taken Aug 20, 2013

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Feb 25, 2014



Screenshot taken Aug 20, 2013

```
Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:
```

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Mar 19, 2014

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:



Screenshot taken Aug 20, 2013

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

# Whois Record on Mar 27, 2014



Screenshot taken Aug 20, 2013

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 28, 2014

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:



Screenshot taken Aug 20, 2013

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 5, 2014

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Edgar Lopin
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Edgar Lopin
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Edgar Lopin
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:



Screenshot taken Apr 17, 2014

© 2018 DomainTools, LLC All Rights Reserved

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 24, 2014

Domain Name: RADARIS.COM
Registry Domain ID: 1564046797_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-04-04 15:44:33
Creation Date: 2009-07-30 11:13:08
Registrar Registration Expiration Date: 2022-07-30 11:13:08
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Tim Ostertag
Registrant Organization: ACCURACY CONSULTING LTD.
Registrant Street: PO Box 3469
Registrant Street: Geneva Place, Waterfront Drive
Registrant City: Road Town
Registrant State/Province: Tortola
Registrant Postal Code: Tortola
Registrant Country: Virgin Islands (British)
Registrant Phone: +44.2035145353
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: webmaster-dept@radaris.com
Registry Admin ID:
Admin Name: Tim Ostertag
Admin Organization: ACCURACY CONSULTING LTD.
Admin Street: PO Box 3469
Admin Street: Geneva Place, Waterfront Drive
Admin City: Road Town
Admin State/Province: Tortola
Admin Postal Code: Tortola
Admin Country: Virgin Islands (British)
Admin Phone: +44.2035145353
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: webmaster-dept@radaris.com
Registry Tech ID:
Tech Name: Tim Ostertag
Tech Organization: ACCURACY CONSULTING LTD.
Tech Street: PO Box 3469
Tech Street: Geneva Place, Waterfront Drive
Tech City: Road Town
Tech State/Province: Tortola
Tech Postal Code: Tortola
Tech Country: Virgin Islands (British)
Tech Phone: +44.2035145353
Tech Phone Ext:



Screenshot taken Apr 17, 2014

© 2018 DomainTools, LLC All Rights Reserved

Tech Fax:
Tech Fax Ext:
Tech Email: webmaster-dept@radaris.com
Name Server: NS1.RADARIS.COM
Name Server: NS2.RADARIS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/