UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RADARIS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04735-VC<br><br>**ORDER REQUIRING REPLY IN SUPPORT OF EMERGENCY MOTION**<br><br>Re: Dkt. No. 54 |

Movants Accuracy Consulting Ltd. and Bitseller Expert Limited are ordered to file a reply to the plaintiffs' opposition to their emergency motion by March 16, 2018.

**IT IS SO ORDERED.**

Dated: March 13, 2018

　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge