Matthew Shayefar, Esq. (SBN 289685)
Boston Law Group, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 617-928-1806
Fax: 617-928-1802
matt@bostonlawgroup.com

Val Gurvits, Esq. (*pro hac vice* forthcoming)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804
Fax: 617-928-1802
vgurvits@bostonlawgroup.com

Attorneys for Non-Parties Accuracy Consulting Ltd.
and Bitseller Expert Limited

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RADARIS, LLC, a Massachusetts limited liability company;<br>RADARIS AMERICA, INC., a Delaware corporation; and<br>EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**DECLARATION OF MATTHEW SHAYEFAR IN SUPPORT OF REPLY IN SUPPORT OF EMERGENCY MOTION FOR RELIEF FROM DEFAULT JUDGMENT** |

**Declaration of Matthew Shayefar**

I, Matthew Shayefar, declare as follows:

1. My name is Matthew Shayefar. I am over the age of 18 years. I am an attorney licensed in the Commonwealth of Massachusetts, the State of California and the State of Florida. I am counsel to the named Accuracy Consulting Ltd. ("Accuracy") and Bitseller Expert Limited ("Bitseller," and together with Accuracy, "Movants"). I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. On Friday, March 2, 2018, I had a telephone conversation with Attorney Anthony J. Orshansky and Attorney Justin Kachadoorian, counsel for Plaintiffs in the above captioned case. The phone call started at approximately 2:00pm Pacific Time and went until approximately 2:30pm Pacific Time. During the call, I engaged in good faith discussions with counsel regarding this dispute.

3. Although we could not come to a resolution during the call, during the call, I suggested that while the emergency motion is pending before the Court, that the radaris.com domain name be immediately redirected back to the radaris.com website so as to mitigate the damages that Bitseller was suffering at the time. However, counsel did not agree to do so while we were on the phone.

4. Even before filing the emergency motion, I requested that Plaintiffs' counsel redirect the website. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a thread of emails I had with Plaintiffs' counsel.

5. Later in the day of March 2, 2018, at approximately 4:11pm, Attorney Kachadoorian proposed that they would redirect the website while the emergency motion was pending. That email and follow-up discussions at also set forth in Exhibit 1 hereto.

2
Shayefar Reply Declaration i/s/o Emergency Motion for Relief – 3:14-cv-04735-VC

6.     On March 15, 2018, I contacted the British Virgin Islands' Financial Services Commission via telephone and asked them whether there existed a company on its books named "Accuracy Consulting Ltd." They confirmed that the company does in fact exist, and that its Company Number is 1794948. On the same day I sent the Financial Services Commission a return to provide to me a certified certificate of incorporation for Accuracy Consulting Ltd., but as of the time of the filing of this document, I did not receive back from them the document.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 16, 2018, in West Hollywood, California.

/s/ Matthew Shayefar
Matthew Shayefar

# Exhibit 1

**Emergency Motion in Huebner v. Radaris 3:14-cv-04735-VC**

**Justin Kachadoorian** <Justin@counselonegroup.com>   Sat, Mar 3, 2018 at 7:28 PM
To: Matthew Shayefar <matt@bostonlawgroup.com>, "Anthony J. Orshansky" <Anthony@counselonegroup.com>, "Alexandria R. Kachadoorian" <Alexandria@counselonegroup.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Matthew,

This has been completed.

Justin

---

**From:** Matthew Shayefar <matt@bostonlawgroup.com>
**Sent:** Saturday, March 3, 2018 8:56:36 AM
**To:** Justin Kachadoorian; Anthony J. Orshansky; Alexandria R. Kachadoorian
**Cc:** Val Gurvits
**Subject:** RE: Emergency Motion in Huebner v. Radaris 3:14-cv-04735-VC

Hi Justin,

Thank you for following up.  I apologize for the delayed response, but it's as a result differing time zones between me and my clients.

My clients agree to your proposed temporary solution without prejudice to any of their rights.  While the motion is pending before the judge, you may continue to hold the domain name in your name, however you will cease the redirect and instead reset the DNS to point back to the website as it was before.  Accordingly, until such time as the court rules on the emergency motion (and even afterwards if the court rules in my clients' favor) you agree to waive enforcement of the default judgment as it may have otherwise applied to my clients continuing to operate the website (this relates to your repeated statement that my clients are subject to the Court's order and judgment, which we disagree with for reasons unnecessary for getting into at this point).  And of course if the court rules in your favor, we will have to proceed accordingly.

As I explained on our call, and as you acknowledge below, this is a step that will stem the short term losses being suffered by my clients and allow for there to even be a potential for any other form of resolution.

If this comports with your understanding, please confirm and as soon as possible halt the redirect and reset the DNS to the previous values, which should be as follows:

   ns-957.awsdns-55.net

   ns-1186.awsdns-20.org

   ns-1859.awsdns-40.co.uk

   ns-60.awsdns-07.com

I may be temporarily unavailable for the next few hours, but available the remainder of the day and tomorrow if there are any issues. My co-counsel Val Gurvits, copied on this email, should also be available should he be needed.

Very truly yours,

Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

---

**From:** Justin Kachadoorian <Justin@counselonegroup.com>
**Sent:** Friday, March 2, 2018 4:12 PM
**To:** Matthew Shayefar <matt@bostonlawgroup.com>; Anthony J. Orshansky <Anthony@counselonegroup.com>; Alexandria R. Kachadoorian <Alexandria@counselonegroup.com>
**Cc:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject:** RE: Emergency Motion in Huebner v. Radaris 3:14-cv-04735-VC

Matthew,

Following up on our call today, I want to emphasize that I strongly disagree with the points raised in your emergency motion and specifically that we perpetrated any kind of fraud or misrepresentation on your clients or the Court. As I have expressed, your clients were in active concert or participation with the defendants in this action and are therefore subject to the Court's order and judgment.

I propose a temporary solution pending the Court's decision that should assuage your clients' concerns in the short term. Plaintiffs will undo the redirect of radaris.com but the class will retain ownership of the domain name pending a decision by the Court of your clients' motion. This is our attempt to show our good faith in trying to cooperate with you to resolve this matter favorably for all parties. As I said during our call, I remain committed to working through a resolution over the next week or even over this weekend, whether with or without the assistance of a mediator.

Regards,

Justin

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, March 01, 2018 5:35 PM
**To:** Anthony J. Orshansky <Anthony@counselonegroup.com>; Alexandria R. Kachadoorian <Alexandria@counselonegroup.com>; Justin Kachadoorian <Justin@counselonegroup.com>
**Cc:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject:** Re: Emergency Motion in Huebner v. Radaris 3:14-cv-04735-VC


Okay, I will await your call. You can reach me on the number below.

Matthew Shayefar

617-928-1806

Sent from my mobile device. Please excuse brevity.

---

**From:** Justin Kachadoorian <Justin@counselonegroup.com>
**Sent:** Thursday, March 1, 2018 5:27:33 PM
**To:** Matthew Shayefar; Anthony J. Orshansky; Alexandria R. Kachadoorian
**Cc:** Val Gurvits
**Subject:** Re: Emergency Motion in Huebner v. Radaris 3:14-cv-04735-VC


Tomorrow at 2 pm works.


Justin

---

**From:** Matthew Shayefar <matt@bostonlawgroup.com>
**Sent:** Thursday, March 1, 2018 3:04:01 PM
**To:** Justin Kachadoorian; Anthony J. Orshansky; Alexandria R. Kachadoorian
**Cc:** Val Gurvits
**Subject:** RE: Emergency Motion in Huebner v. Radaris 3:14-cv-04735-VC


Hi Justin,


I'm available to speak today until 345pm, and also have an open calendar tomorrow.  Let me know when is a good time for you to speak.


Best,


Matthew Shayefar


Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

---

**From:** Justin Kachadoorian [mailto:Justin@counselonegroup.com]
**Sent:** Thursday, March 01, 2018 2:06 PM
**To:** Matthew Shayefar <matt@bostonlawgroup.com>; Anthony J. Orshansky <Anthony@counselonegroup.com>; Alexandria R. Kachadoorian <Alexandria@counselonegroup.com>
**Cc:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject:** Re: Emergency Motion in Huebner v. Radaris 3:14-cv-04735-VC

Matthew,

I have been traveling most of the week.  Let me know if you want to set up a time to talk tomorrow afternoon.

Regards,

Justin

---

**From:** Matthew Shayefar <matt@bostonlawgroup.com>
**Sent:** Wednesday, February 28, 2018 2:54:11 PM
**To:** Justin Kachadoorian; Anthony J. Orshansky; Alexandria R. Kachadoorian
**Cc:** Val Gurvits
**Subject:** Emergency Motion in Huebner v. Radaris 3:14-cv-04735-VC

Dear Counsel,

We have been retained by Accuracy Consulting Ltd. and Bitseller Expert Limited in connection with the radaris.com domain name and website.

As you are certainly aware, Accuracy Consulting Ltd. was the domain name registrant for the radaris.com domain name and Bitseller Expert Limited was the operator of the website at radaris.com until recently when the domain name and website were transferred to your control pursuant to the default judgment received in Huebner v. Radaris LLC et al., Case No. 3:14-cv-04735-VC, pending in

the United States District Court for the Northern District of California.  As you further know, the domain name and website were taken out of their control just earlier this week.

Because our clients were never named as parties to the litigation, and were never served in the litigation, the taking of their property without due process is a violation of their rights.  Furthermore, the taking of their property has caused them substantial damage which grows on a minute by minute basis.

Accordingly, unless otherwise resolved, we will be moving on an emergency basis for relief from the default judgment order.  We are hereby providing you notice out our intent to seek emergency relief pursuant to Judge Chhabria's Standing Order for Civil Cases.

We are certain, and the written record will show, that Plaintiffs have improperly withheld from and misrepresented to the Court important information about the proper owner and operator of radaris.com in violation of their Rule 11 obligations.  We therefore demand that you immediately transfer the radaris.com domain name back to Accuracy Consulting Ltd.'s domain name account with euroDNS, from where you fraudulently transferred it through abuse of legal process.

Will you consent to the immediate return of the domain name and website?

Your prompt response to this email is appreciated.

Very truly yours,


Matthew Shayefar


Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.