UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN HUEBNER, et al., | Case No. 14-cv-04735-VC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING ON EMERGENCY MOTION FOR RELIEF FROM DEFAULT JUDGMENT** |
| RADARIS, LLC, et al., | Re: Dkt. No. 54 |
| Defendants. | |

Plaintiff and movants Accuracy Consulting Ltd. and Bitseller Expert Limited are ordered to appear for a hearing on movants' emergency motion for relief from default judgment on Thursday, April 5, 2018 at 10:00 a.m. Client representatives from Accuracy and Bitseller are ordered to attend the hearing. Appearance at this hearing will not waive any jurisdictional objections movants may have.

**IT IS SO ORDERED.**

Dated: March 20, 2018

VINCE CHHABRIA
United States District Judge