1  Matthew Shayefar, Esq. (SBN 289685)
   Boston Law Group, PC
2  925 N La Brea Ave
   West Hollywood, California 90038
3  Tel: 617-928-1806
   Fax: 617-928-1802
4  matt@bostonlawgroup.com

5  Val Gurvits, Esq. (*pro hac vice* forthcoming)
   Boston Law Group, PC
6  825 Beacon Street, Suite 20
   Newton Centre, Massachusetts 02459
7  Tel: 617-928-1804
   Fax: 617-928-1802
8  vgurvits@bostonlawgroup.com

9  Attorneys for Non-Parties Accuracy Consulting Ltd.
   and Bitseller Expert Limited

10

11                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
12

13  JOHN HUEBNER and IRMIN LANGTON, on          Case No. 3:14-cv-04735-VC
    behalf of themselves and other similarly situated,
14                                              [Assigned to the Honorable Vince
       Plaintiffs,                              Chhabria]
15
    vs.                                         **MOTION TO CONTINUE HEARING**
16                                              **ON EMERGENCY MOTION FOR**
    RADARIS, LLC, a Massachusetts limited       **RELIEF FROM DEFAULT**
17  liability company;                          **JUDGMENT**
    RADARIS AMERICA, INC., a Delaware
18  corporation; and                           Hearing Date: April 5, 2018
    EDGAR LOPIN, an individual,                Hearing Time: 10:00am
19                                              Courtroom:     4
       Defendants.                              Judge:        Hon. Vince Chhabria
20

21

22

23

24

                                       1
          Motion to Continue Hearing on Motion for Relief – 3:14-cv-04735-VC

1    Non-Parties Accuracy Consulting Ltd. and Bitseller Expert Limited (collectively

2  "Movants"), by and through their undersigned counsel, hereby move this Court to issue a

3  continuance of the hearing currently set forth 10:00am on April 5, 2018 on Movants' Emergency

4  Motion for Relief from Default Judgment.  This Motion is made on two distinct and separate

5  reasons: (1) Counsel for Movants is unavailable to appear on April 5 due to another, and earlier

6  issued, court ordered appearance in Santa Ana and (2) the client representative for Movants does

7  not have a visa to appear in person on April 5, 2018 or anytime in the next few weeks.

8  Moreover, given that Plaintiffs have in the meantime redirected the website, the emergency

9  nature of the Motion has been mitigated.  In furtherance of the foregoing, Movants state as

10  follows:

11  **I.      Attorney Shayefar Has a Court Ordered Deposition on April 5 in Santa Ana**

12    Counsel for Movants, Attorney Matthew Shayefar, is the only counsel to plaintiffs in the

13  case *Tristar Realty Group, LLC v. Koury Engineering & Testing, Inc. et al.* pending in the Los

14  Angeles Superior Court (Case No. LC104767).  Declaration of Matthew Shayefar ["Shayefar

15  Decl."], filed herewith, ¶ 3.  That case is set to go to trial on April 23, 2018 (three weeks from

16  the date hereof).  *Id.*

17    On March 19, 2018, the day before this Court issued its order setting a hearing on

18  Movants' Motion (Dkt. No. 60), the court in the *Tristar Realty* case issued an order requiring that

19  the representative of Attorney Shayefar's clients in *Tristar Realty* appear for a deposition on

20  Thursday, April 5, 2018 at 1:00pm in Santa Ana, California.  *Id.*, ¶ 4 and <u>Exhibit 1</u> thereto.  This

21  is the same date that this Court has set for the hearing on Movants' Motion.  Given the

22  scheduling in the *Tristar Realty* case, including the quickly approaching trial date, it is not

23  feasible to change the date of the April 5 deposition.  *Id.*

24

1    It would be virtually impossible for Attorney Shayefar to appear for this Court's hearing

2    at 10:00am in San Francisco and then to appear at 1:00pm in Santa Ana for the *Tristar Realty*

3    deposition.[1]  *Id.*, ¶ 5.  Attorney Shayefar is therefore in a position that he will be in violation of at

4    least one of the court orders unless this Court continues the hearing currently scheduled for April

5    5 at 10:00am.

6    On March 28, 2018, Attorney Shayefar emailed counsel for Plaintiffs in this case asking

7    whether they were amenable to a continuance of the hearing in this case.  *Id.*, ¶ 6.  On March 30,

8    Attorney Justin Kachadoorian responded to Attorney Shayefar stating that he was available on

9    April 12, but he did not indicate that he assented to a continuance.  *Id.*

10

11   **II.      Movants' Representative Cannot Appear in Person on April 5 Because of a Lack of a Visa**

12   Pursuant to this Court's Order setting the hearing on Movants' Motion, this Court has

13   required that client representatives from Accuracy and Bitseller attend the hearing.  Dkt. No. 60.

14   Mr. Dmytro Lobashevskyi has been designated by Movants as the person best suited to represent

15   both Movants at the hearing.  Declaration of Dmytro Lobashevskyi ["Lobashvskyi Decl."], filed

16   herewith, ¶ 2.  Mr. Lobashevskyi is the Chief Information Officer of Bitseller Expert Limited and

17   the part-time Information Technology manager of Accuracy Consulting Ltd.  *Id.*, ¶ 1.

18   Mr. Lobashevskyi lives in Odessa, Ukraine and is a citizen of Ukraine.  *Id.*, ¶ 3 and

19   Exhibit 1 thereto.  Although Mr. Lobashevskyi has previously held a visa to visit the United

20   States, he does not have a current visa.  *Id.*, ¶ 4 and Exhibit 2 thereto.  In his experience it will

21

22   [1] Using Google Flights, the only flight from San Francisco Airport to Santa Ana Airport on April
     5 that leaves after 10am and lands before 1pm is a flight leaving San Francisco at 11am and
23   landing in Santa Ana at 12:38pm.  Shayefar Decl., ¶ 5 fn. 1.  To get to the airport by 10:45am
     from the San Francisco Courthouse, Attorney Shayefar would need to leave the Courthouse no
24   later than 15 minutes after the scheduled start of the hearing.

take him at least 3-4 weeks to obtain a visa to visit the United States, but there is no guarantee when and if at all the United States visa will be issued to him. *Id.* Accordingly, Mr. Lobashevskyi will not be able to personally attend the hearing in this case as currently scheduled for April 5, 2018, nor would he be able to attend any hearing in person until such time as he receives a visa to visit the United States. *Id.*, ¶ 5.

If the Court so wishes, Mr. Lobashevskyi can telephonically appear for any hearing that the Court may set on this matter. *Id.*, ¶ 6. If the Court will continue the hearing to permit Mr. Lobashevskyi time to obtain a visa, Mr. Lobashevskyi will apply for a visa and, if the visa is granted, will be able to appear at the hearing in person on behalf of both Movants.

## Conclusion

On the basis of the foregoing, Movants respectfully request that this honorable Court continue the presently scheduled hearing and modify the Court's previous order scheduling the hearing in one of the following ways:

1.      Order that the hearing be continued to April 12, 2018 at 10:00am and that Mr. Lobashevskyi may appear on behalf of Movants telephonically;

or

2.      Order that the hearing be continued for at least 35 days to permit Mr. Lobashevskyi to apply for and receive a United States visa to appear in person, during which time Movants will provide status updates to the Court as to Mr. Lobashevskyi's visa application.

DATED:      April 2, 2018                                    Boston Law Group, PC

                                                      By /s/ Matthew Shayefar
                                                         Matthew Shayefar
                                                         Attorneys for Accuracy Consulting Ltd.
                                                         and Bitseller Expert Limited