1  Matthew Shayefar, Esq. (SBN 289685)
   Boston Law Group, PC
2  925 N La Brea Ave
   West Hollywood, California 90038
3  Tel: 617-928-1806
   Fax: 617-928-1802
4  matt@bostonlawgroup.com

5  Val Gurvits, Esq. (*pro hac vice* forthcoming)
   Boston Law Group, PC
6  825 Beacon Street, Suite 20
   Newton Centre, Massachusetts 02459
7  Tel: 617-928-1804
   Fax: 617-928-1802
8  vgurvits@bostonlawgroup.com

9  Attorneys for Non-Parties Accuracy Consulting Ltd.
   and Bitseller Expert Limited

10

11              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12

13  JOHN HUEBNER and IRMIN LANGTON, on          Case No. 3:14-cv-04735-VC
    behalf of themselves and other similarly situated,
14                                               [Assigned to the Honorable Vince
        Plaintiffs,                              Chhabria]
15
    vs.                                          **DECLARATION OF MATTHEW**
16                                               **SHAYEFAR**
    RADARIS, LLC, a Massachusetts limited
17  liability company;
    RADARIS AMERICA, INC., a Delaware
18  corporation; and
    EDGAR LOPIN, an individual,
19
        Defendants.
20

21

22

23

24

1

## **Declaration of Matthew Shayefar**

2   I, Matthew Shayefar, declare as follows:

3       1.      My name is Matthew Shayefar.  I am over the age of 18 years.  I am an attorney

4   licensed in the Commonwealth of Massachusetts, the State of California and the State of Florida.

5   I am counsel to the named Accuracy Consulting Ltd. ("Accuracy") and Bitseller Expert Limited

6   ("Bitseller," and together with Accuracy, "Movants").  I am familiar with the facts herein and

7   make this declaration from my own personal knowledge.

8       2.      On March 20, 2018, this Court issued an order (Dkt. No. 60) setting a hearing on

9   Movants' Emergency Motion for Relief from Default Judgment (Dkt. No. 54).  The Court has

10   required counsel for Movants to appear in person on Thursday, April 5, 2018 at 10:00am at this

11   Court's courtroom in San Francisco, California.

12       3.      Separately, I am the only counsel to the plaintiffs in the case *Tristar Realty*

13   *Group, LLC v. Koury Engineering & Testing, Inc. et al.* pending in the Los Angeles Superior

14   Court (Case No. LC104767).  That case is set to go to trial on April 23, 2018.

15       4.      On March 19, 2018, the day before this Court issued its order setting a hearing on

16   Movants' Motion, the court in the *Tristar Realty* case issued an order requiring that the

17   representative of my clients in *Tristar Realty* appear for a deposition on Thursday, April 5, 2018

18   at 1:00pm in Santa Ana, California.  A true and correct copy of that order is attached hereto as

19   Exhibit 1.  This is the same date that this Court has set for the hearing on Movants' Motion.

20   Given the scheduling in the *Tristar Realty* case, including the quickly approaching trial date, it is

21   not feasible to change the date of the April 5 deposition.

22

23

24

5.      It would be virtually impossible for me to appear for this Court's hearing at 10:00am in San Francisco and then to appear at 1:00pm in Santa Ana for the deposition.[1]  I am therefore in a position that I will be in violation of at least one of the court orders unless this Court continues the hearing currently scheduled for April 5 at 10:00am.

6.      On March 28, 2018, I emailed counsel for Plaintiffs in this case to ask whether they were amenable to a continuance of the hearing in this case.  On March 30, Attorney Justin Kachadoorian responded to my email stating that he was available on April 12, but he did not indicate that he assented to a continuance.  On April 2, 2018, I left a voice message for Attorney Kachadoorian to explicitly confirm that he did not assent to the continuance, but as of the time of the filing of this document, Attorney Kachadoorian did not return my call.


I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 2, 2018, in West Hollywood, California.


/s/  Matthew Shayefar
Matthew Shayefar

---

[1] Using Google Flights, the only flight from San Francisco Airport to Santa Ana Airport on April 5 that leaves after 10am and lands before 1pm is a flight leaving San Francisco at 11am and landing in Santa Ana at 12:38pm.  To get to the airport by 10:45am from the San Francisco Courthouse I would need to leave the Courthouse no later than 15 minutes after the scheduled start of the hearing.

Shayefar Declaration  – 3:14-cv-04735-VC

# Exhibit 1

1  Matthew Shayefar, Esq. (SBN 289685)
   Law Office of Matthew Shayefar, PC
2  925 North La Brea Avenue
   West Hollywood, California 90038
3  Telephone: 323-948-8101
   Email: matt@shayefar.com
4
   Attorney for Plaintiffs/Cross-Defendants
5

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 19 2018

John A. Clarke, Executive Officer/Clerk
By Sabrina Skorich, Deputy

6          SUPERIOR COURT FOR THE STATE OF CALIFORNIA
7      FOR THE COUNTY OF LOS ANGELES, VAN NUYS EAST

8  TRISTAR REALTY GROUP, LLC and          Case No.: LC104767
   18131 VENTURA BLVD, LLC,
9                                         [~~PROPOSED~~] ORDER ON
        Plaintiffs,                       PLAINTIFF TRISTAR REALTY
10                                        GROUP, LLC'S *EX PARTE* NOTICE
    vs.                                   OF MOTION AND MOTION TO
11                                        COMPEL ATTENDANCE AND
    KOURY ENGINEERING & TESTING, INC.,    TESTIMONY OF RICHARD D.
12  KOURY GEOTECHNICAL SERVICES, INC.,    KOURY, DAVE MENEFEE, JACQUES
    RICHARD D. KOURY,                     BERTRAND ROY, MICHELE SHAMS
13  DAVE MENEFEE,                         AND KOURY ENGINEERING &
    JACQUES BERTRAND ROY, and             TESTING, INC. AT DEPOSITIONS
14  DOES 1-10,
15      Defendants.

16  ─────────────────────────────
    KOURY ENGINEERING & TESTING, INC.,    Hearing Date: March 19, 2018
17                                        Hearing Time: 8:30am
        Cross-Complainant,
18                                        **RES ID: 180315298168**
    v.
19                                        Assigned for all purposes to Dept.: NWT
    TRISTAR REALTY GROUP, LLC,            The Honorable John J. Kralik
20  18131 VENTURA BLVD, LLC, and          Unlimited Civil Case
    ROES 1 through 50, inclusive,         Complaint Filed: 10-17-16
21                                        Trial Date: 04-23-18
        Cross-Defendants
22

23

                                    1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered Plaintiff Tristar Realty Group, LLC's *Ex Parte* Motion to Compel Attendance and Testimony of Richard D. Koury, Dave Menefee, Jacques Bertrand Roy, Michele Shams and Koury Engineering & Testing, Inc. at Depositions (the "Motion"), arguments for counsel, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1.     The Motion is **GRANTED**; and

2.     Defendants must appear and testify at depositions at the Law Office of Matthew Shayefar, PC as follows:

| Deponent | Date and Time |
|---|---|
| Dave Menefee | March 26, 2018 at 10:00am |
| Jacques Bertrand Roy | March 27, 2018 at 10:00am |
| Michele Shams | March 27, 2018 at 2:00pm |
| Richard D. Koury | March 28, 2018 at 10:00am |
| Koury Engineering & Testing, Inc. | March 28, 2018 at 2:00pm |

3.     Plaintiffs' rights to move for sanctions via a regularly noticed motion against Defendants and their attorneys of record, William R. Hart, Christopher R. Elliot and James S. Morse of Hart King, PC, for their failures to comply with their discovery obligations are hereby reserved.

*Danny Kashani.      April 4 and April 5 1:00 pm*
*Robin Kashani      April 9 and April 13 1:00 pm*
*at Hart King*

Dated: _____ 2018 ___      By: _____
                                          Judge

*Supplemental interrogatory responses by d's - March 27, 2008*
*π's docs by March 30, 2008*

*So Ordered*
*MAR 1 9 2018*

_____
DATE d