Matthew Shayefar, Esq. (SBN 289685)
Boston Law Group, PC
925 N La Brea Ave
West Hollywood, California 90038
Tel: 617-928-1806
Fax: 617-928-1802
matt@bostonlawgroup.com

Val Gurvits, Esq. (*pro hac vice* forthcoming)
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1804
Fax: 617-928-1802
vgurvits@bostonlawgroup.com

Attorneys for Non-Parties Accuracy Consulting Ltd. and Bitseller Expert Limited

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> RADARIS, LLC, a Massachusetts limited liability company; <br> RADARIS AMERICA, INC., a Delaware corporation; and <br> EDGAR LOPIN, an individual, <br><br> Defendants. | Case No. 3:14-cv-04735-VC <br><br> [Assigned to the Honorable Vince Chhabria] <br><br> **DECLARATION OF DMYTRO LOBASHEVSKYI** |

**Declaration of Dmytro Lobashevskyi**

I, Dmytro Lobashevskyi, declare as follows:

1. My name is Dmytro Lobashevskyi. I am over the age of 18. I am the Chief Information Officer of Bitseller Expert Limited ("Bitseller"). I am also the part-time Information Technology manager of Accuracy Consulting Ltd. ("Accuracy"). I am familiar with the facts herein and make this declaration from my own personal knowledge.

2. I am the person best suited to represent both Bitseller and Accuracy at the hearing on their Emergency Motion for Relief from Default Judgment filed in the above captioned case.

3. I live in Odessa, Ukraine. A copy of my current passport is attached hereto as Exhibit 1.

4. Although I have previously held a visa to visit the United States, I do not have a current visa. In my experience, it will take me at least 3-4 weeks to obtain a visa to visit the United States, but there is no guaranty when and if at all the US visa will be issued. A copy of my expired US visa is attached hereto as Exhibit 2.

5. Accordingly, I will not be able to personally attend the hearing in the above captioned case currently scheduled for April 5, 2018, nor would I be able to attend any hearing in person until such time as I receive a visa to visit the United States.

6. If the Court so wishes, I can telephonically appear for any hearing that the Court may set on this matter.

7. If the Court will continue the hearing to permit me time to obtain a visa, I will apply for a visa so as to appear at the hearing in person on behalf of both Bitseller and Accuracy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2018 at Odessa, Ukraine.

_____
Dmitry Lobashevskyi

# Exhibit 1

## Паспорт є власністю України
## This passport is the property of Ukraine

Іменем України Міністр закордонних справ України просить усіх, кого це може стосуватися, всіма можливими заходами полегшити поїздку пред'явника паспорта і надавати йому необхідну допомогу та захист.

In the name of Ukraine, the Minister of Foreign Affairs of Ukraine requests all those whom it may concern to facilitate in every possible way the travel of the bearer of this passport and to provide the bearer with all necessary assistance and protection.

---

**УКРАЇНА / UKRAINE**

ПАСПОРТ / PASSPORT

| | |
|---|---|
| Тип/ Type: P | Код держави/ Country code: UKR |
| Номер паспорта/ Passport No.: EH208471 | |
| Прізвище/ Surname: ЛОБАШЕВСЬКИЙ/LOBASHEVSKYI | |
| Ім'я/ Given Names: ДМИТРО/DMYTRO | |
| Громадянство/ Nationality: УКРАЇНА/UKRAINE | |
| Дата народження/ Date of birth: 15 БЕР/MAR 68 | Персональний номер/ Personal No.: 2491111719 |
| Стать/ Sex: Ч/M | Місце народження/ Place of birth: РОСІЙСЬКА ФЕДЕРАЦІЯ/RUS |
| Дата видачі/ Date of issue: 05 СЕР/AUG 10 | Орган, що видав/ Authority: 5109 |
| Дата закінчення строку дії/ Date of expiry: 05 СЕР/AUG 20 | Підпис пред'явника/ Holder's signature |

```
P<UKRLOBASHEVSKYI<<DMYTRO<<<<<<<<<<<<<<<<<<<<
EH208471<1UKR6803155M20080552491111719<<<<80
```

# Exhibit 2





**Issuing Post Name:** KYIV
**Surname:** LOBASHEVSKYI
**Given Name:** DMYTRO
**Passport Number:** EH208471
**Sex:** M
**Entries:** M
**Issue Date:** 10NOV2010
**Control Number:** 20103139640001
**Visa Type/Class:** R  B1/B2
**Birth Date:** 15MAR1968
**Nationality:** UKR
**Expiration Date:** 08NOV2015
0100
C8251501

```
VNUSALOBASHEVSKYI<<DMYTRO<<<<<<<<<<<<<<<<<<<<
EH208471<1UKR6803155M1511088B3KEV091QW941971
```