UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HUEBNER, et al.,

Plaintiffs,

v.

RADARIS, LLC, et al.,

Defendants.

Case No. 14-cv-04735-VC

**ORDER GRANTING MOTION FOR RELIEF FROM DEFAULT JUDGMENT**

Re: Dkt. No. 54

The motion of non-parties Accuracy Consulting Ltd. and Bitseller Expert Limited for relief from the default judgment is granted. The current record does not permit a conclusion that Accuracy and Bitseller are acting in concert with the named defendants in this case. *See* Fed. R. Civ. P. 65(d)(2). Moreover, it appears from the current record that the plaintiffs, in the exercise of diligence, could have named Accuracy and Bitseller as defendants at the outset of this litigation. And, as counsel for the plaintiffs concedes, the plaintiffs never submitted evidence before entry of judgment that Accuracy and Bitseller were involved in the unlawful conduct that was the subject of this lawsuit. These facts raise additional concerns about the propriety of applying the injunction to Accuracy and Bitseller at this stage.

If the plaintiffs wish to proceed against Bitseller and Accuracy, they may do so, but Bitseller and Accuracy will have a chance to defend themselves if they wish. The Court expresses no opinion at this time on whether it would be more appropriate for the plaintiffs to seek to amend this complaint or to file a separate one. If the plaintiffs file a separate lawsuit in the Northern District of California, they may seek to relate the new lawsuit to this one under Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: May 4, 2018

VINCE CHHABRIA
United States District Judge