UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>RADARIS, LLC, et al.,<br><br>        Defendants. | Case No. 14-cv-04735-VC<br><br>**ORDER CLOSING CASE**<br><br>Re: Dkt. No. 65 |

In light of the plaintiffs' status report, the Clerk is ordered to close the case.

**IT IS SO ORDERED.**

Dated: June 12, 2018

_____

VINCE CHHABRIA
United States District Judge